# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>HOWARD R. ROSS, AND<br>FIRST BANK, INC.,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed February 27, 2007 |

**ORDER**

On November 17, 2006, this Court filed an opinion and order granting in part plaintiff First Bank's motion for summary judgment on liability. Defendant filed a motion for reconsideration on December 19, 2006, which the Court denied in an opinion and order filed February 20, 2007. Also on February 20, 2007, this Court denied plaintiff's motion for summary judgment with respect to damages as well as defendant's cross-motion for summary judgment with respect to damages. In that opinion, the Court stated that it would schedule a status conference to consider the nature and timing of further proceedings.

In light of the above, and having consulted with counsel, the Court ORDERS that the parties shall participate in a telephonic status conference on **Monday, March 19, 2007, at 2:00 p.m. Eastern Daylight Time** regarding the nature and timing of further proceedings. The Court will initiate the conference call.

In advance of the status conference, the Court FURTHER ORDERS that the parties shall file and serve by **Monday, March 12, 2007**, proposed schedules or a joint proposed schedule for the conduct of further proceedings. The Court has in mind updated versions of earlier proposed schedules such as those set forth in the Court's Scheduling Order filed January 14, 2005 (docket entry 218); Plaintiffs' Proposed Schedule for the Conduct of Further Proceedings, filed October 25, 2005 (docket entry 286); and Defendant's Proposed Schedule, filed October 28, 2005 (docket entry 287). In their submissions the parties shall also state and explain their positions with respect to the location and duration of trial.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge