# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>HOWARD R. ROSS, AND<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed February 28, 2007 |

**ORDER**

This matter is before the Court on defendant's motion for reconsideration filed February 27, 2007 (docket entry 353). The Court's opinion and order filed February 20, 2007 (docket entry 347) did not address the effect on any future damages award of the payment made by FDIC as manager of the FRF to plaintiff First Bank's predecessor in interest pursuant to the August 14, 1991 Settlement Agreement. That issue therefore remains open. However, the Court believes it would be a mistake to delay further proceedings looking toward a trial on damages while that issue is briefed on a motion for reconsideration of the Court's opinion and order filed February 20, 2007, which denied, after full briefing, defendant's earlier motion for reconsideration (docket entry 340) of the Court's opinion and order filed November 17, 2006 (docket entry 339). Should the Court determine to award damages there will be time enough then to consider whether any such damages should be reduced by the amount paid to plaintiff First Bank's predecessor in interest pursuant to the Settlement Agreement. Accordingly, defendant's motion is DENIED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge