**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HOMER J. HOLLAND,<br>HOWARD R. ROSS,<br>AND FIRST BANK<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 95-524 C<br><br>(Judge G. Miller) |

**PLAINTIFFS' PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS**

Pursuant to the Court's Order of February 27, 2007, Plaintiffs hereby submit a proposed schedule for further proceedings in this case.

Further, in accordance with this Court's liability ruling, and the development of Federal Circuit *Winstar* damages jurisprudence in the three years that have elapsed since this case was initially set for trial, Plaintiffs seek leave to submit certain revisions to their damages calculations. Specifically, Plaintiffs will revise their existing damages claims as necessary to account for the $5 million in FSLIC-owned preferred stock that the Court has now ruled was not capital contractually promised to River Valley. *See*, *Holland v. United States*, 74 Fed. Cl. 225, 258-263 (2006).[1] In addition, Plaintiffs seek to submit a supplemental damages analysis to recover mitigation damages measured by the cost to retain earnings to replace the breached regulatory capital in the years following the breach, an analysis that the Federal Circuit has endorsed since Plaintiffs' experts last presented any damages calculations in this case. *See Home*

[1] Revisions to damages calculations relating to the Court's recent decision on liability will be submitted either in expert reports or in the Memorandum of Contentions of Fact and Law.

*Savings of America, FSB v. United States*, 399 F.3d. 1341, 1353-1355 (Fed. Cir. 2005) (affirming award of mitigation damages base on cost of retained earnings). Plaintiffs will disclose their retained earnings damages through a supplemental expert report authored by Dr. Homer Holland. Recognizing that Defendant will likely wish to depose Dr. Holland concerning his retained earnings analysis, and submit an opposition report, Plaintiffs propose a pretrial schedule to accommodate such activities.

In accordance with the proposed schedule set forth below, Plaintiffs propose a two-week trial in Washington, D.C., commencing October 29, 2007 and concluding November 9, 2007. Plaintiffs generally adopt the intervals between pre-trial activities that the Court set in its January 14, 2005 and December 14, 2005 Scheduling Orders, which are consistent with the deadlines set forth in the Rules of the Court of Federal Claims, Appendix A:

| **Event** | **Date** |
|---|---|
| • Plaintiffs submit Dr. Holland's supplemental expert report | April 30, 2007 |
| • Deadline to depose Dr. Holland | May 30, 2007 |
| • Defendant's opposition expert report(s) due | June 27, 2007 |
| • Deadline to depose Defendant's expert(s) | July 25, 2007 |
| • Preliminary pretrial conference to be held at the National Courts Building, Washington, DC, beginning at 10 a.m. to discuss the terms of an order governing procedures and logistics relating to the conduct of trial | August 3, 2007 |
| • Parties confer and make the exchanges required by paragraph 13 of Appendix A, RCFC. (Preliminary witness lists and exhibits) | August 10, 2007 |
| • Plaintiff files Memorandum of Contentions of Fact and Law, final witness list, and exhibit list in accordance with paragraphs 14, 15 and 16 of Appendix A. | August 24, 2007 |

- Defendant files Memorandum of Contentions of Fact and Law, final witness list, and exhibit list in accordance with paragraphs 14, 15 and 16 of Appendix A. — September 21, 2007

- Parties file motions in limine, including any objections to witnesses or exhibits that can be made in advance of trial. — October 5, 2007

- Parties file responses to motions in limine. — October 15, 2007

- Final Pre-Trial Conference and oral argument upon motions in limine — October 25, 2007

- Trial at the National Courts Building Washington, DC — October 29-November 9, 2007

Respectfully Submitted,

/s/ David B. Bergman
David B. Bergman
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (tel.)
(202) 942-5999 (fax)

Counsel for plaintiffs
Holland and Ross and First Bank.

*Of Counsel*:
Melvin C. Garbow
Howard N. Cayne
Michael A. Johnson
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

*Co-counsel for First Bank*:
Donald J. Gunn, Jr., Esq.
Sharon R. Wice, Esq.
Gunn and Gunn
First Bank Building
Creve Coeur
11901 Olive Blvd., Suite 312
P.O. Box 419002
St. Louis, Missouri 63141
(314) 432-4550 (tel.)
(314) 432-4489 (fax)

Dated: March 12, 2007

**CERTIFICATE OF SERVICE**

I certify that on this 12th day of March 2007, I caused the foregoing **Plaintiffs' Proposed Schedule for Further Proceedings** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: March 12, 2007 /s/ Joshua P. Wilson
Joshua P. Wilson