# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>HOWARD R. ROSS, AND<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed March 13, 2007 |

**ORDER**

The Court has reviewed "Defendant's Proposed Schedule" filed March 12, 2007. Defendant indicates therein that it intends to file a motion for leave to file an amended answer in order to assert a counterclaim based on "plaintiffs' breach of [the] covenant not to sue" described in the Court's opinion and order filed February 20, 2007. In light of the desirability of resolving such a motion before counsel of record for defendant begins trial in the *Astoria* case on April 19, 2007, the Court does hereby **ORDER** that defendant shall file and serve its motion for leave to file an amended answer in order to assert a counterclaim, together with its proposed amended answer and counterclaim, by **Tuesday, March 20, 2007**; plaintiffs shall file and serve their response by **Tuesday, April 3, 2007**; and defendant shall file and serve its reply by **Tuesday, April 10, 2007.**

The Court has also reviewed "Plaintiffs' Proposed Schedule for Further Proceedings" filed March 12, 2007. Plaintiffs indicate that they will seek leave to revise their existing damages claims and "to submit a supplemental damages analysis to recover mitigation damages [pursuant to] an analysis that the Federal Circuit has endorsed since Plaintiffs' experts last presented any damages calculations in this case." In view of the desirability of also resolving these matters before April 19, 2007, the Court does hereby **FURTHER ORDER** that plaintiffs' shall file and serve a motion for leave to revise their existing damages claims and to submit a

supplemental damages analysis by **Tuesday, March 20, 2007**; defendant shall file and serve its response by **Tuesday, April 3, 2007**, and plaintiffs shall file and serve their reply by **Tuesday, April 10, 2007.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge