# In the United States Court of Federal Claims

HOMER J. HOLLAND,
HOWARD R. ROSS, AND
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed March 13, 2007

## PROPOSED SCHEDULING ORDER

Having reviewed the parties' proposed schedules for further proceedings in this case, filed March 12, 2007, the Court promulgates this "Proposed Scheduling Order" for the parties' consideration in advance of the telephonic status conference scheduled for March 19, 2007. The Court's proposed schedule assumes, without deciding, that defendant is granted leave to file an amended answer and counterclaim as described in defendant's March 12 filing and that plaintiffs are granted leave to submit a revised calculation of damages and a supplemental damages analysis as described in plaintiffs' March 12 filing. If those assumptions turn out to be incorrect, then the Court's proposed schedule would have to be modified accordingly. Subject to the foregoing, the Court proposes the following schedule:

1) Court grants defendant's motion for leave to file amended answer and counterclaim by **Thursday, April 19, 2007**.

2) Plaintiffs respond to defendant's amended answer and counterclaim by **Thursday, May 3, 2007**.

3) Plaintiffs submit Dr. Holland's supplemental expert report by **Monday, April 30, 2007**.

4) Defendant takes deposition of Dr. Holland by **Friday, June 29, 2007**. (This period—nearly all of May and June–is proposed in order to accommodate the obligations of defendant's counsel of record in the *Astoria* case.)

5) Defendant submits opposition expert report(s) by **Monday, July 30, 2007**.

6) Plaintiffs take deposition(s) of defendant's expert(s) by **Thursday, August 30, 2007**.

7) Parties participate in preliminary pretrial conference on **Tuesday, September 4, 2007**, at the National Courts Building to discuss the terms of an order governing procedures and logistics relating to conduct of trial.

8) Parties confer and make the exchanges required by paragraph 13 of Appendix A (preliminary witness lists and exhibits) by **Tuesday, September 11, 2007**.

9) Plaintiffs file Memorandum of Contentions of Fact and Law, final witness list, and exhibit list by **Tuesday, September 25, 2007**.

10) Defendant files Memorandum of Contentions of Fact and Law, final witness list, and exhibit list by **Monday, October 22, 2007**.

11) Parties file motions *in limine* and any objections to witnesses or exhibits that can be made in advance of trial by **Monday, November 5, 2007**.

12) Parties file responses to motions *in limine* and objections by **Thursday, November 15, 2007**.

13) Parties file replies in support of motions *in limine* and objections by **Thursday, November 29, 2007**.

14) Final pretrial conference and oral argument on motions *in limine* and objections to witnesses and exhibits at the National Courts Building on **Thursday, December 6, 2007**.

15) Trial at National Courts Building beginning **December 10, 2007** and continuing through **December 21**; recess from December 24 through

January 1, 2008; continuing from **January 2** through **January 18, 2008** (23 trial days).

s/ George W. Miller
GEORGE W. MILLER
Judge