# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>HOWARD R. ROSS, AND<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed March 20, 2007 |

**ORDER**

Pursuant to the Court's order filed February 27, 2007, the parties participated with the Court in a telephonic status conference to consider the nature and timing of further proceedings looking to a trial on damages. The Court and the parties determined that it would be advantageous to modify certain of the deadlines listed in the Proposed Scheduling Order filed March 13, 2007 (docket entry 358). In consideration of the discussion during the status conference, the Court does hereby ORDER the following:

1) Consistent with the parties' agreement, the trial shall be held at the National Courts building in Washington, D.C.

2) Defendant's motion for an extension of time within which to file a motion for leave to file an amended answer is GRANTED. Assuming the requisite approvals are obtained, defendant shall file its motion, with proposed amended answer and counterclaim attached, by **Thursday, April 19, 2007**. Plaintiffs shall have until **Thursday, May 3, 2007**, within which to file an opposition. Defendant shall have until **Thursday, May 10, 2007**, within which to file a reply.

3) The Court will endeavor to act on defendant's motion by **Thursday, May 17, 2007**. If the Court grants defendant's motion, plaintiffs shall file a reply or otherwise respond to the counterclaim by **Wednesday, June 6, 2007.**

4) The deadlines set forth in the Court's Order filed March 13, 2007 (docket entry 357), relating to plaintiffs' intention to file a motion for leave to revise their existing damages claims and "to submit a supplemental damages analysis to recover mitigation damages" shall

remain in effect. In their motion for leave plaintiffs shall make clear the theories of damages they intend to pursue at trial.

5) Assuming plaintiffs' motion for leave is granted, plaintiffs shall submit Dr. Holland's supplemental expert report by **Friday, June 1, 2007**.

6) Defendant shall take the deposition of Dr. Holland by **Friday, June 29, 2007**.

7) Defendant shall submit opposition expert report(s) by **Monday, July 30, 2007**.

8) Plaintiffs shall take the deposition(s) of defendant's expert(s) by **Thursday, August 30, 2007**.

9) Parties shall participate in preliminary pretrial conference **at 10:00 a.m. on Tuesday, September 4, 2007**, at the National Courts Building to discuss, among other things, the terms of an order governing procedures and logistics relating to conduct of trial.

10) Parties shall confer and make the exchanges required by paragraph 13 of Appendix A (preliminary witness lists and exhibits) by **Tuesday, September 11, 2007**.

11) Plaintiffs shall file Memorandum of Contentions of Fact and Law, final witness list, and exhibit list by **Tuesday, September 25, 2007**.

12) Defendant shall file Memorandum of Contentions of Fact and Law, final witness list, and exhibit list by **Tuesday, October 23, 2007**.

13) Parties shall file motions *in limine* and any objections to witnesses or exhibits that can be made in advance of trial by **Monday, November 5, 2007**.

14) Parties shall file responses to motions *in limine* and objections by **Thursday, November 15, 2007**.

15) Parties shall file replies in support of motions *in limine* and objections by **Thursday, November 22, 2007**.

16) Parties shall participate in final pretrial conference and oral argument on motions *in limine* and objections to witnesses and exhibits at **10:00 a.m. on Thursday, November 29, 2007**, at the National Courts Building.

17) Trial will begin at **9:00 a.m. on Monday, December 3, 2007**, and continue through **Friday, December 21, 2007**; recess from December 24, 2007 through January 2, 2008; trial shall then continue from **Thursday, January 3, 2008** through **Friday, January 18, 2008** (27 trial days).

18) The Court and the parties will re-visit the anticipated duration of trial and whether to set time limits on each side's presentation of its case at the preliminary pre-trial conference to be held at **10:00 a.m. on Tuesday, September 4, 2007**, at the National Courts Building.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge