**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HOMER J. HOLLAND,<br>HOWARD R. ROSS,<br>AND FIRST BANK<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 95-524 C<br><br>(Judge G. Miller) |

**SUGGESTION OF DEATH ON THE RECORD**

Steven Bangert, in his capacity as co-Executor of the Estate of Howard R. Ross, by its attorney, suggests on the record, pursuant to Rule 25(a)(1) of the Rules of the Court of Federal Claims, the death of Howard R. Ross, an above-named plaintiff in this action.

/s/ David B. Bergman
David B. Bergman
ARNOLD & PORTER
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5474

*Attorney for the Estate of Howard R. Ross, successor to the claims of Plaintiff Howard R. Ross*

DATED: March 28, 2007

# CERTIFICATE OF SERVICE

I certify that on this 28th day of March 2007, I caused the foregoing **Suggestion of Death on the Record** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: March 28th, 2007

/s/ Joshua P. Wilson
Joshua P. Wilson