**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

HOMER J. HOLLAND,
HOWARD R. ROSS,
AND FIRST BANK

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 95-524 C

(Judge G. Miller)

**RULE 25(a) MOTION FOR SUBSTITUTION OF PARTIES**

Pursuant to Rule 25(a) of the United States Court of Federal Claims, the undersigned respectfully moves the Court to substitute the Estate of Howard R. Ross ("Ross Estate") for plaintiff Howard R. Ross, who died on January 7, 2007. Mr. Ross's claims in this action are not extinguished by his death, and the Ross Estate succeeds by operation of law to his claims. The supporting declaration of the co-Executor of the Ross Estate is attached hereto as Exhibit A.

Mr. Ross's death was first suggested on the record on March 28, 2007. Accordingly, this motion for substitution is appropriate and timely.

Respectfully submitted,

/s/ David B. Bergman

David B. Bergman
ARNOLD & PORTER, LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5474

DATED: March 28, 2007

*Attorney for the Estate of Howard R. Ross, successor to the claims of Plaintiff Howard R. Ross*

# EXHIBIT A

**DECLARATION OF STEVEN BANGERT**

The undersigned, Steven Bangert ("Declarant"), states as follows:

1. Declarant is the co-Executor of the Estate of Howard R. Ross, who died on January 7, 2007.

2. As co-Executor, Declarant is authorized to act on behalf of the Estate of Howard R. Ross, which succeeds by operation of law to all the interests of Mr. Ross as Plaintiff in the United States Court of Federal Claims action entitled *Holland, et al. v. United States*, Case No. 95-524C. Declarant requests that the Court substitute the Estate of Howard R. Ross as a party Plaintiff in the above-entitled action in the place and stead of Decedent, Howard R. Ross.

Declarant hereby declares under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

EXECUTED at Denver, Colorado on March 9th, 2007

Steven Bangert

## CERTIFICATE OF SERVICE

I certify that on this 28th day of March 2007, I caused the foregoing **Rule 25(a) Motion for Substitution of Parties** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: March 28, 2007

/s/ Joshua P. Wilson
Joshua P. Wilson