**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HOMER J. HOLLAND,<br>HOWARD R. ROSS, and<br>FIRST BANK,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **Case No. 95-524C**<br><br>**(Judge George W. Miller)**<br><br>**(Winstar-Related Case)** |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTIES AND CROSS-MOTION FOR IDENTIFICATION OF THE EXECUTORS OF MR. ROSS'S ESTATE**

Defendant, the United States, respectfully submits this response to plaintiffs' motion for substitution of parties, and cross-moves for production of the identity of the executors of Mr. Ross's estate.

We do not oppose plaintiffs' request to substitute the Estate of Howard Ross ("the Ross Estate") for Mr. Ross.

The substitution of Mr. Ross by the Ross Estate, however, does require that we obtain the identity of the executors of the Ross Estate. We have informed plaintiffs that we intend to seek leave to assert affirmative counterclaims for breaches of a covenant not to sue or, in the alternative, for a set-off. These affirmative counterclaims arise from the Court's November 17, 2006; February 20, 2007; and February 28, 2007 opinions and orders, construing the broad language of the accord and satisfaction provision of the Settlement Agreement, dated August 14, 1991, to be merely a covenant not to sue.

To preserve our ability to recover on this counterclaim from the Ross Estate, 31 U.S.C. § 3713 requires that we provide notice of the Government's claim to a representative of the Ross estate. 31 U.S.C. § 3713 (b) imposes personal liability upon a "representative" of an insolvent debtor or the debtor's estate if the representative pays any debt of the person or estate without first paying the debt owed the United States. See King v. United States, 379 U.S. 329 (1964) (holding liable distributing agent of a debtor who paid other creditors of debtor without first paying United States). In order to be personally liable, the debtor's representative must be provided notice of the Government's claim. See, e.g., United States v. Coppola, 85 F.3d 1015, 1020 (2nd Cir. 1996).

Plaintiffs' motion identifies Steven Bangert as the co-Executor of the Ross Estate. Although Mr. Bangert has been provided notice of this counterclaim, we respectfully request the identification of the other executor or executors of the Ross Estate to ensure full compliance with the statute.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640
Attorneys for Defendant

Of Counsel:

RICHARD B. EVANS
ELIZABETH A. HOLT
WILLIAM G. KANELLIS
DAVID A. LEVITT
JOHN J. TODOR

April 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April 2007, a copy of "DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTIES AND CROSS-MOTION FOR IDENTIFICATION OF THE EXECUTORS OF MR. ROSS'S ESTATE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson