# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed April 25, 2007 |

**ORDER**

On March 28, 2007, plaintiffs filed and served a Suggestion of Death on the Record (docket entry 363) pursuant to Rule 25(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC"). In its filing, plaintiffs informed the Court that Mr. Howard R. Ross had passed away. On the same day, plaintiffs filed a motion pursuant to RCFC 25(a)(1) to substitute the Estate of Howard R. Ross for plaintiff Howard R. Ross (docket entry 364). In defendant's response (docket entry 368), filed and served on April 16, 2007, the Government stated that it did not oppose plaintiffs' request. Plaintiffs' motion was timely, and the parties appear to agree that Mr. Ross's claim was not extinguished by his death. Therefore, plaintiffs' motion is GRANTED. The Clerk of the Court is directed to amend the caption of this case to reflect the substitution of Steven Bangert, Co-Executor of the Estate of Howard R. Ross, for Howard R. Ross.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge