**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HOMER J. HOLLAND, THE ESTATE OF HOWARD R. ROSS, AND FIRST BANK, | ) | |
| Plaintiffs, | ) | No. 95-524 C |
| v. | ) | (Judge G. Miller) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

Plaintiffs respectfully request the Court's leave to submit the following Surreply to clarify a misstatement in Defendant's Reply in support of its motion for leave to amend its answer.

In its Reply brief dated May 10, 2007, Defendant asserts in a footnote that "Plaintiffs have not argued that our counterclaims are futile upon the merits, thus conceding that our counterclaims are valid upon the merits." *See* Def.'s Reply at 10 n.6. That assertion is false. Plaintiffs do not concede that Defendant's counterclaims are "valid upon the merits." To the contrary, Plaintiffs argue throughout their May 3, 2007 Opposition brief that Defendant's proposed counterclaims (1) fail to articulate a cognizable claim for relief, Pl's Opp. at 1-3; (2) are precluded in their substance by the court's prior rulings, *id.* at 2-3, 7 and (3) lack any factual support in the record. *Id.* at 7.

So that the record is clear, and to correct Defendant's misstatement, Plaintiffs again urge that "the Court [] reject as futile Defendant's proposed amendments to its answer." Pl's Opp. at 3.

Respectfully Submitted,

/s/ David B. Bergman
David B. Bergman
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (tel.)
(202) 942-5999 (fax)

Counsel for plaintiffs
Holland and Ross and First Bank.

*Of Counsel*:
Melvin C. Garbow
Howard N. Cayne
Michael A. Johnson
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

*Co-counsel for First Bank*:
Donald J. Gunn, Jr., Esq.
Sharon R. Wice, Esq.
Gunn and Gunn
First Bank Building
Creve Coeur
11901 Olive Blvd., Suite 312
P.O. Box 419002
St. Louis, Missouri 63141
(314) 432-4550 (tel.)
(314) 432-4489 (fax)

Dated: May 11, 2007

## CERTIFICATE OF SERVICE

I certify that on this 11th day of May 2007, I caused the foregoing **Plaintiffs' Motion For Leave to File a Surreply to Defendant's Motion For Leave to File An Amended Answer To Plaintiffs' Third Amended Complaint** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: May 11, 2007

/s/ Joshua P. Wilson
Joshua P. Wilson