# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the<br>Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed May 15, 2007 |

**ORDER**

This matter is before the Court on defendant's motion for leave to file an amended answer to plaintiffs' third amended complaint (docket entry 369) filed April 17, 2007. Defendant's proposed amended answer would add counterclaims seeking, in the alternative, (1) an affirmative recovery for the alleged breach of a covenant not to sue FDIC as Manager of the FSLIC Resolution Fund ("FRF") described in this Court's Opinion and Order filed February 20, 2007 (docket entry 347), or (2) a setoff of amounts paid to plaintiff First Bank's predecessors in interest by FDIC as Manager of the FRF in connection with the Settlement Agreement dated August 14, 1991.

Having considered the parties' filings (docket entries 371, 372 and 373) with respect to defendant's motion, the Court does hereby **ORDER** as follows:

(1) Defendant's motion for leave is **GRANTED**. Defendant shall refile its amended answer, in the form attached to its motion for leave, on or before **Friday, May 18, 2007**.

(2) The Court **FURTHER ORDERS** that:

(A) Pursuant to Rule 42(b) of the Rules of the United States Court of Federal Claims, there shall be a separate trial of defendant's counterclaims. That trial shall be conducted at a date and time to be determined following the trial of the claims of plaintiffs for damages against defendant, which will commence on Monday, December 3, 2007.

(B) All proceedings in connection with defendant's counterclaims shall be **STAYED** pending further order of the Court. Without in any way limiting the generality of the foregoing, plaintiffs' obligation to reply or otherwise respond to defendant's counterclaims, as set forth in the second sentence of paragraph (3) of this Court's Order of March 20, 2007 (docket entry 361), is hereby **STAYED** until further order of the Court. All other deadlines set forth in the Court's Order of March 20, 2007, shall remain in full force and effect.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge