# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the<br>Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed May 21, 2007 |

**ORDER**

On May 17, 2007, the parties filed a joint motion ("Motion," docket entry 376) requesting that the Court enter a stipulated order permitting plaintiffs to disclose certain documents to an agency of the Government not involved in the current action, notwithstanding the terms of the Amended Master Protective Order ("AMPO") entered August 14, 1998. The parties state that an agency of the Government has requested access to certain documents produced in discovery for use in another matter. They further assert that neither plaintiffs nor the Government object to plaintiffs' providing the requested documents to the requesting agency. The parties are concerned, however, that the terms of the AMPO may prevent them from releasing the documents. The parties have attached a list of the requested documents to the Motion as Exhibit A.

In light of the foregoing, the Court **ORDERS** that any provision of the AMPO that would prevent plaintiffs from providing one copy of each document listed in Exhibit A to the Motion, or would otherwise preclude or place any condition on the delivery of such documents, is hereby suspended, and that, upon release of those documents, by plaintiffs, to the requesting agency, the documents listed in Exhibit A of the Motion will no longer be subject to the AMPO. The Court's Order applies only to those documents listed in Exhibit A; in all other respects, the AMPO remains in full force and effect.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge