# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the<br>Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed August 16, 2007 |

**ORDER**

Pursuant to the Court's scheduling order of March 20, 2007 (docket entry 361), plaintiffs were to take the depositions of defendant's expert witnesses by August 30, 2007. The parties were able to schedule the depositions of two of defendant's three expert witnesses. The third expert witness, Dr. Anjan V. Thackor, had preexisting commitments, limiting his availability, and the parties were unable to find two consecutive weekdays that were mutually agreeable to the parties and Dr. Thackor. In order to resolve the scheduling problems, the parties participated in a telephonic status conference with the Court on August 16, 2007.

In accordance with the discussion during the status conference, the Court ORDERS that the deadline by which plaintiffs must take the deposition of Dr. Thackor be extended to **Wednesday, September 5, 2007**, and that his deposition take place on **Tuesday, September 4 and Wednesday, September 5, 2007**. The Court FURTHER ORDERS that the date of the preliminary pretrial conference, currently scheduled for Tuesday, September 4, 2007, be changed to **Thursday, September 6, 2007, at 10:00 a.m.** at the National Courts Building. All other deadlines shall remain in full force and effect.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge