# PLAINTIFFS' LOST PROFITS (SAFSB) CLAIMS
## Overview

CORC | SAFSB | Lost Value

($ in millions)

## Dr. Holland

**$28.609**

- Reflects the "entire [after-tax] economic benefit…of the purchase of SAFSB" (also referred to as the "value of the bargain purchase") less AMT and incremental interest expense to no-breach River Valley.

| | |
|---|---|
| $ 29.963 | Bargain purchase[1] |
| - 0.635 | AMT liability (2.12%) |
| - 0.719 | Interest expense |
| $ 28.609 | |

## Plaintiffs' Counsel

**$44.930**[2]

- Reflects the reported taxable income of WCHI (and successors) from 1992 through 2004.

**or**

**$35.000**

- Reflects an estimate of the unrealized taxable gains embedded in SAFSB's loan portfolio at December 31, 1993.
- Plaintiffs attribute this calculation to defendant's expert, Dr. Griffin.

**or**

**$29.963**

- Reflects Dr. Holland's claim for the "entire [after-tax] economic benefit…of the purchase of SAFSB" (also referred to as the "value of the bargain purchase)."

Notes:

[1] Plaintiffs assert that "In the actual SAFSB acquisition, Western Capital's investors paid $10.381 million for net marked-to-market assets worth $40.344 million [i.e., a difference of $29.963 million]." (First Bank's Summary Judgment Motion dated September 21, 2005, p. 21 (emphasis and citation in original omitted)).

[2] Plaintiff's calculation includes some simple arithmetic errors. Their calculation, once corrected, should be $44.84 million.

Sources:

* Plaintiff First Bank's Motion for Partial Summary Judgment dated September 21, 2005, pp. 17 - 23
* Corrected Second Supplemental Expert Report and Declaration of Dr. Homer J. Holland dated February 22, 2005, ¶¶ 6 - 9

*Privileged and Confidential*
*September 6, 2007*