IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **HOMER J. HOLLAND,**<br>**STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and FIRST BANK,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **Case No. 95-524C**<br><br>**(Judge George W. Miller)**<br><br>**(Winstar-Related Case)** |

**DEFENDANT'S INITIAL WITNESS DISCLOSURES PURSUANT TO APPENDIX A**

Pursuant to Rule 13 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, sets forth its initial list of witnesses who may be called at trial for defendant's case-in-chief or rebuttal purposes.

**A. WITNESSES DEFENDANT MAY CALL AT TRIAL**

1. **Steven Bangert:** Mr. Bangert was a President and Chief Executive Officer of the River Valley thrifts. He was also a minority shareholder in Western Capital Holdings Inc. ("WCHI"). Mr. Bangert will be called upon to testify on a wide array of matters connected with the operations and business strategies of the River Valley thrifts, regulatory oversight of the River Valley institutions, the valuation of the River Valley institutions, the opportunity to acquire San Antonio Federal Savings Bank ("SAFSB"), the compensation received by River Valley executives, dividends paid by River Valley, the formation of River Valley Holdings, Inc. ("RVHI"), the operations and financial condition of SAFSB, the sale of SAFSB to the International Bank of Commerce ("IBC"), the financial condition of WCHI and a number of other topics concerning the River Valley thrifts operating history relevant to plaintiffs' damage theories. Estimated time of examination: 6 hours.

2. **W. Barefoot Bankhead:** Mr. Bankhead is a certified public accountant. Before joining Navigant Consulting in 1998, Mr. Bankhead had over twenty years of experience in banking and public accounting, including a two-year accounting fellowship with the Federal Home Loan Bank Board ("FHLBB"). He is currently a Managing Director with Navigant Consulting, Inc. Mr. Bankhead will be called upon to provide expert opinion in response to plaintiffs' damage theories.
Estimated time of examination: 8 hours.

3. **Alan Blake:** Mr. Blake was a senior vice president of First Bank. Mr. Blake will be called upon to provide testimony concerning First Bank's acquisition of the River Valley thrifts, First Bank's corporate and capital structure and history, cost of capital, tax payments, retained earnings, the likelihood of First Bank's acquisition of SAFSB, and other matters relevant to plaintiffs' damage claims for the period following First Bank's acquisition of the River Valley thrifts.
Estimated time of examination: 3 hours.

4. **Dr. Andrew S. Carron**: Dr. Carron has a PhD in economics from Yale University. He is a former employee of the Brookings Institution in Washington, D.C., and has over twelve years of experience in the securities industry working for Lehman Brothers and Credit Suisse. He is currently the President of Nation Economic Research Associates, Inc. He will be called at trial to provide expert testimony in response to plaintiffs' damage theories.
Estimated time of examination: 6 hours.

5. **Annette Carson:** Ms. Carson is First Bank's tax director. Ms. Carson may be called to testify with respect to tax considerations involving First Bank, should such matters be at issue.
Estimated time of examination: 1 hour.

6. **Gary Curtin:** Mr. Curtin was a thrift examiner of the Office of Thrift Supervision ("OTS") who participated in the OTS's 1990 and 1992 examinations of the River Valley thrifts. He will be called to testify concerning the financial condition and regulatory assessment of the River Valley institutions as

determined by the OTS in its examination of the thrifts.
Estimated time of examination: 1.5 hours.

**7. Richard Dalton:** Mr. Dalton was an officer of River Valley and SAFSB. He may be called to testify with respect to the operations of River Valley and SAFSB.
Estimated time of examination: 1 hour.

**8. C. Bryan Daniels:** Mr. Daniels was a lending officer of American National Bank ("ANB"). He will be called to provide testimony concerning ANB loans to RVHI, WCHI, and Messrs. Holland and Ross.
Estimated time of examination: 1.5 hours.

**9. James Dierberg:** Mr. Dierberg is the Chief Executive Officer and Chairman of the Board of First Bank, Inc. Mr. Dierberg will be called to provide testimony concerning First Bank's acquisition of the River Valley thrifts, First Bank's corporate and capital structure and history, cost of capital, tax payments, retained earnings, the likelihood of First Bank's acquisition of SAFSB, and other matters relevant to plaintiffs' damage claims for the period following First Bank's acquisition of the River Valley thrifts.
Estimated time of examination: 2-5 hours.[1]

**10. J. Richard Earle:** Mr. Earle was a Regional Director of the Mergers and Acquisitions Division of the FHLBB. He will be called to provide testimony concerning the valuation by the Federal Savings and Loan Insurance Corporation ("FSLIC") of the preferred stock issued to the River Valley as part of the River Valley Assistance Agreements, the foreseeability of a River Valley acquisition of SAFSB, the transferability of the regulatory capital set forth in the River Valley Assistance Agreements to third parties, and other matters connected with the FSLIC's oversight of the River Valley acquisitions.
Estimated time of examination: 1 hour.

---

[1] The time range depends upon the degree to which plaintiffs are willing to stipulate to First Bank financial information, for example, as set forth in audited financial statements and public filings.

**11. Susan Vranes Ells:** Ms. Ells was an assistant portfolio manager, vice president, and eventually a senior vice-president in charge of the River Valley's capital markets group. She also had responsibilities with respect to the capital markets investments at SAFSB. Ms. Ells will be called to testify concerning River Valley's mortgage backed securities derivative investments and strategies, regulatory oversight of those activities, River Valley's valuation in the post-FIRREA period, and other matters relevant to plaintiffs' damage theories.
Estimated time of examination: 1.5 hours.

**12. Larry Ferries:** Mr. Ferries was an OTS Field Supervisor based out of the OTS's offices in Chicago, with oversight responsibilities for the River Valley thrifts during a significant portion of the time relevant to this case. Mr. Ferries will testify concerning the OTS oversight of the River Valley thrifts, the oversight relationship between the OTS and Federal Deposit Insurance Corporation ("FDIC"), the differences between the OTS and FDIC in their assessments of the financial condition of the River Valley thrifts, and other matters concerning the OTS's oversight of the River Valley thrifts relevant to plaintiffs' damage theories.
Estimated time of examination: 2 hours.

**13. Philip Gerbick:** Mr. Gerbick was the head of the OTS Applications Division, and later a Deputy Director with responsibilities over the Corporate Activities Section. In 1993, Gerbick became the Regional Director of Operations for the OTS in Chicago. He is currently the Assistant Director for the OTS Central Region. Mr. Gerbick will testify concerning the OTS oversight of the River Valley thrifts, the oversight relationship between the OTS and FDIC, the differences between the OTS and FDIC in their assessments of the financial condition of the River Valley thrifts, the OTS assessment of any attempt that might have been made by River Valley to acquire SAFSB, and other matters concerning the OTS's oversight of the River Valley thrifts relevant to plaintiffs' damage theories.
Estimated time of examination: 2 hours.

**14. Paul Griffin:** Dr. Griffin has a PhD in Accounting from Ohio State University. He is a professor of management and an

associate dean at the Graduate School of Management, University of California Davis. He is also a principal with LECG, Inc., Emeryville, California, a company that provides expert financial and economic advisory services in complex litigation and other areas. Dr. Griffin will be called at trial to provide expert testimony in response to plaintiffs' damage theories.
Estimated time of examination: 3 hours.

**15. Herbert Held:** Mr. Held was a Regional Director of the Mergers and Acquisitions Division of the FSLIC, based in Chicago. Mr. Held will be called to provide testimony concerning the FSLIC's valuation of the preferred stock issued by the River Valley thrifts to the FSLIC as part of the Assistance Agreements, the foreseeability of a River Valley acquisition of SAFSB, the transferability of the regulatory capital set forth in the River Valley Assistance Agreements to third parties, and other matters connected with the FSLIC's oversight of the River Valley acquisitions.
Estimated time of examination: 1 hour.

**16. Dr. Homer J. Holland:** Dr. Holland was a president, CEO, and vice chairman of the River Valley thrifts. He is also one of plaintiffs' experts. Dr. Holland will be called to testify concerning a wide array of matters connected with the operations and business strategies of the River Valley thrifts, regulatory oversight of the River Valley institutions, the valuation of the River Valley institutions, the origination of the opportunity to acquire SAFSB, the compensation received by River Valley executives, dividends paid by River Valley, the formation of RVHI, the operations and financial condition of SAFSB, the sale of SAFSB to IBC, the financial condition of WCHI, the sale of the River Valley thrifts to First Bank, and a number of other relevant topics concerning the River Valley thrifts' operating history.
Estimated time of examination: 16 hours.

**17. Ronald Karr:** Mr. Karr was the Deputy Regional Director, and then the Regional Director of the OTS in Chicago. He will testify concerning regulatory concerns with the River Valley thrifts, and the relationships and differences in opinion between the OTS and FDIC in their oversight of the River

Valley thrifts, and the effect of supervisory agreements upon permissible thrift activities.
Estimated time of examination: 1.5 hours.

18. **Larry Kenny:** Mr. Kenny is a capital markets examiner at the OTS. He will be called to testify concerning the regulatory oversight of the River Valley thrifts, the relationship between the OTS and FDIC in their oversight of the thrifts, and the differences between the two agencies concerning the oversight and view of the River Valley thrifts' capital markets instruments and strategies.
Estimated time of examination: 2 hours.

19. **Mark Kipnis:** Mr. Kipnis was an attorney at the law firm of Holleb and Coff from 1974 to 1998; following that, he was General Counsel at Hollinger International, Inc. He was a Secretary and a Director of the River Valley thrifts, RVHI, SAFSB and WCHI, with ownership percentages in the River Valley entities and SAFSB. Mr. Kipnis will be called to testify concerning the operations and valuations of the River Valley thrifts, the opportunity to acquire SAFSB, the compensation received by River Valley executives, dividends paid by River Valley, the formation of RVHI, the operations and financial condition of SAFSB, the sale of SAFSB to IBC, the financial condition of WCHI and a number of other topics concerning the River Valley thrifts' operating history relevant to plaintiffs' damage theories.
Estimated time of examination: 1.5 hours.

20. **Peter Madson:** Mr. Madson was an FDIC field supervisor. He will be called to testify concerning the FDIC's oversight of the River Valley thrifts' operations, capital markets instruments and strategies, reports of examination, and the FDIC's oversight responsibilities and policies in relation to its insurance responsibilities.
Estimated time of examination: 2 hours.

21. **James Meyer:** James Meyer was a financial analyst and a supervisor at the Financial Assistance Division of the FSLIC (and subsequently the FDIC). Mr. Meyer will provide testimony concerning the FSLIC's valuation of preferred stock issued by River Valley I, the later redemption and valuation of that

stock by the FDIC, and other matters concerning the FDIC's oversight of the River Valley thrifts.
Estimated time of examination: 1.5 hours.

**22. Helen Mirza:** Ms. Mirza was the Vice-President of Mergers and Acquisitions by the Federal Home Loan Bank of Chicago ("FHLB-Chicago") between 1986 and 1989, and was involved in the regulatory approval of the River Valley II acquisition. Ms. Mirza will testify concerning the foreseeability of the effects of a potential breach upon River Valley II and any proposed acquisition by it of an institution located in Texas. She will also testify concerning the River Valley II Assistance Agreement's restrictions concerning River Valley II's capacity to transfer goodwill and other regulatory capital assistance to third parties.
Estimated time of examination: 1 hour.

**23. Frank O'Connor:** Mr. O'Connor was a certified public accountant and a tax partner at KPMG in Chicago. Mr. O'Connor will be called to testify concerning River Valley's financial condition and investments, KPMG's assessment of tax restructuring alternatives with respect to the River Valley entities in Illinois and SAFSB, and various tax-related matters relevant to plaintiffs' damage theories.
Estimated time of examination: 1 hour.

**24. Ronald Pikus:** Mr. Pikus was a senior vice president and, later, president and chief executive office at River Valley, and a director at WCHI. He also worked at SAFSB. Mr. Pikus will be called to testify concerning the operations and financial condition of the River Valley thrifts, the assessment of the SAFSB opportunity and analysis by River Valley and WCHI, River Valley's involvement in facilitating the SAFSB transaction, regulatory oversight of the River Valley thrifts, the First Bank acquisition of River Valley, differences between the OTS and FDIC concerning River Valley's investments, and other matters relevant to plaintiffs' damage theories.
Estimated time of examination: 3.5 hours.

**25. John Rada, Jr.:** Mr. Rada was an FDIC bank examiner with particular expertise in the area of capital market instruments. Mr.

Rada will testify concerning the FDIC's assessment and classification of River Valley's mortgage backed securities derivatives, FDIC policy concerning the classification of derivatives, and FDIC examination findings.
Estimated time of examination: 1.5 hours.

26. **John Rose:** Mr. Rose was responsible for bringing the SAFSB opportunity to Messrs. Holland and Ross. He was a shareholder of WCHI, and a senior vice president and a director of SAFSB. Mr. Rose will testify concerning the SAFSB opportunity, acquisition, operations, and sale.
Estimated time of examination: 1.5 hours.

27. **Dr. Anjan V. Thakor:** Dr. Thakor is the John E. Simon Professor of Finance and Senior Associate Dean at the John M. Olin School of Business at Washington University in St. Louis. Dr. Thakor was previously a professor and Chairperson of the Finance Department at the University of Michigan Business School, and at the Finance Department at the School of Business at Indiana University. He has also taught at Northwestern University and at the University of California at Los Angeles. Dr. Thakor will provide expert testimony in response to plaintiffs' damage theories.
Estimated time of examination: 6 hours.

28. **Nicholas Wilson:** Mr. Wilson was an investment banker employed by Lawrence Barr & Co. He will testify concerning Lawrence Barr's valuation of River Valley's common stock and preferred stock as of July 1988.
Estimated time of examination: 1.5 hours.

29. **James Wright:** Mr. Wright was the Department Head for Loans and Other Assets for the Resolution Trust Corporation ("RTC") in San Antonio, Texas. He will testify with respect to issues involving the RTC's sale of SAFSB.
Estimated time of examination: 1.5 hours.

## B. WITNESSES WHOSE DEPOSITION TESTIMONY DEFENDANT INTENDS TO INTRODUCE AT TRIAL

______30. **Leo Blaber:** Mr. Blaber was a Principal Supervisory Agent of the Federal Home Loan Bank of Chicago. We intend to

introduce portions of his deposition transcript at trial because he is deceased.
We propose that the deposition transcript be introduced into evidence by motion seeking leave to file selected deposition transcripts at trial.

______**31.** **Howard R. Ross:** Mr. Ross was the chairman of the board of the River Valley thrifts, and a shareholder of the River Valley thrifts and RVHI along with Dr. Holland. In addition he was a major shareholder in WCHI. We intend to introduce portions of his deposition transcript at trial because he is deceased.
We propose that the deposition transcript be introduced into evidence by motion seeking leave to file selected deposition transcripts at trial.

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640

Of Counsel:
SCOTT AUSTIN
ELIZABETH A. HOLT
WILLIAM G. KANELLIS
BRIAN A. MIZOGUCHI
AMANDA L. TANTUM
JOHN J. TODOR

September 17, 2007

Attorneys for Defendant