# In the United States Court of Federal Claims

HOMER J. HOLLAND,
STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed September 27, 2007

**ORDER**

The Court has received Plaintiffs' Memorandum of Contentions of Fact and Law (docket entry 388); Plaintiffs' Motion to Introduce at Trial the Deposition Testimony of Certain Government Agents and Deceased Fact Witnesses (docket entry 389); and Plaintiffs' Exhibit List Pursuant to App. A, ¶ 16 (docket entry 390). These are lengthy filings, all exceeding 50 pages. Although General Order number 42A, "Interim Procedures for Electronic Case Filing," requires in paragraph 5 that all filings in excess of 50 pages be accompanied by "a courtesy copy in paper form," the Court has not yet received courtesy copies of any of these filings.

General Order 42A permits the Court to modify the parameters of the courtesy copy requirement, allowing the Court for example to require "the parties to supply courtesy copies in paper form of any ECF filing." Consistent with this, the Court hereby ORDERS the parties in this case to supply chambers with two paper copies of any electronically filed document that is longer than 50 pages (when all exhibits and attachments are included) no later than 12:00 noon on the day following the electronic filing.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge