# In the United States Court of Federal Claims

HOMER J. HOLLAND,
STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed September 28, 2007

**ORDER**

Having reviewed Plaintiffs' Memorandum of Contentions of Fact and Law (docket entry 388), filed September 25, 2007, and also the parties' Joint Stipulation of Facts (docket entry 119), filed December 31, 2003, it appears to the Court that many of the facts upon which plaintiffs will rely either have been or readily could be the subject of a stipulation. Indeed, plaintiffs frequently cite to the Joint Stipulation of Facts in support of the factual contentions in their September 25 filing. The Court anticipates that the same will be true with respect to the facts upon which defendant will rely as they will be set forth in Defendant's Memorandum of Contentions of Fact and Law due to be filed October 23, 2007. The Court would welcome the views of the parties as to the utility of preparing a comprehensive stipulation of facts setting out those portions of the parties' contentions of fact that are not in dispute and including those facts to which the parties have already stipulated. *See* paragraph 17 of Appendix A to the Rules of the United States Court of Federal Claims. If the parties believe such a stipulation would be useful, the Court would also welcome the parties' views as to how they believe such a stipulation can most efficiently be arrived at (without affecting the deadlines set forth in the Court's March 20, 2007 scheduling order (docket entry 361)).

In addition, the Court has reviewed the parties' submissions regarding Plaintiffs' Motion to Introduce at Trial the Deposition Testimony of Certain Government Agents and Deceased Fact Witnesses (docket entries 389 and 393), and the Court would welcome the opportunity to hear the parties' views on the introduction of deposition testimony as evidence.

To those ends, after consultation with the parties, the Court **ORDERS** that the parties shall participate with the Court in a telephonic status conference at **8:30 a.m. on Friday, October 5, 2007.** The Court will initiate the call.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge