# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed October 5, 2007 |

**ORDER**

The Court has considered defendant's motion *in limine* to exclude evidence concerning any tax gross-up claim (docket entry 395) and the parties' discussion of the motion during a telephonic status conference on October 5, 2007. In light of defendant's motion and the discussion during the status conference, the Court does hereby **GRANT** defendant's motion *in limine*.

During the October 5, 2007 status conference, counsel for plaintiffs made clear that plaintiffs do not intend to present any evidence concerning a tax gross-up claim during the upcoming trial because plaintiff First Bank believes it will not be taxed on any damage award. Plaintiffs' counsel indicated that, should this not prove to be the case, he would seek to reopen the tax gross-up issue after trial by filing a motion under Rule 60(b) of the Rules of the Court of Federal Claims. The Court is satisfied that any potential tax gross-up issue could be dealt with in that fashion, and so the Court grants defendant's motion to exclude any evidence relating to a tax gross-up claim during the upcoming trial. As to defendant's concern that the parties have not taken discovery on the issue of a tax gross-up claim, the Court notes that, should plaintiffs seek to pursue such a claim after trial through a Rule 60(b) motion, additional discovery would presumably be allowed at that time if warranted.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge