# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the<br>Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed October 5, 2007 |

## ORDER

The Court has considered plaintiffs' motion for reconsideration of the Court's September 20, 2007 order that imposed certain allocations of trial time (docket entry 397) and the parties' discussion of plaintiffs' motion and possible alternative allocations during a telephonic status conference on October 5, 2007. In light of plaintiffs' motion and the discussion during the status conference, the Court does hereby **GRANT** plaintiffs' motion for reconsideration and **VACATES** its order of September 20, 2007.

In its original order (docket entry 387), the Court attempted to address plaintiffs' concern that, should plaintiffs' case-in-chief take relatively little time, defendant would have free reign to use all the remaining time to overwhelm plaintiffs' case. At the same time, the Court attempted to address defendant's concern (reflected in the number of hours each side requested) that defendant's case will be more complex and complicated than plaintiffs' case and will therefore take more time to present. Having considered the parties' views with respect to the imposition of time limits, the Court has concluded that it should not impose any such limits and that it can most effectively address the parties' legitimate concerns by policing the parties' presentation of their cases to ensure that the evidence sought to be elicited is relevant, helpful to the Court, and non-duplicative.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge