# In the United States Court of Federal Claims

HOMER J. HOLLAND,
STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed October 5, 2007

## ORDER

Pursuant to the Court's order filed September 28, 2007 (docket entry 394), the Court and the parties participated in a telephonic status conference on October 5, 2007, to consider, among other things, whether it would make sense for the parties to attempt to reach a further stipulation of the underlying facts in view of the fact that it appears likely that there will be no dispute with respect to many of each party's contentions of facts. The parties agreed that after defendant files its Memorandum of Contentions of Fact and Law on October 23, 2007, the parties will confer with a view toward reaching agreement on a stipulation of the underlying facts as they relate to the issues to be tried beginning December 3, 2007. The parties shall file their proposed stipulation on or before November 15, 2007.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge