# In the United States Court of Federal Claims

HOMER J. HOLLAND,
STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed October 5, 2007

## ORDER

Further to the Court's order of October 5, 2007 regarding the introduction of deposition excerpts (docket entry 400), defendant's objections, if any, to the counter-designations to be filed by plaintiffs on November 5, 2007, shall be filed by November 19, 2007.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge