**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, co-executor of the<br>ESTATE OF HOWARD R. ROSS,<br>AND FIRST BANK<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 95-524 C<br><br>(Judge G. Miller) |

**PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

Plaintiffs hereby submit the following supplemental list of exhibits that Plaintiffs may use at trial for case-in chief or rebuttal purposes. All of these exhibits are documents embraced within the categories of documents identified in Plaintiffs' Exhibit List filed on September 26, 2007 (Dock. # 390). *See* Pl's Exhibit List at 2. In compiling that original exhibit list, however, Plaintiffs inadvertently omitted specific reference to these exhibits. Attached as Exhibit 1 is an updated version of Plaintiffs' Exhibit List, incorporating the supplemental exhibits listed below.

| PX # | DATE | DESCRIPTION | BATES RANGE | WILL USE/MAY USE |
|---|---|---|---|---|
| PX 514A | 2/28/1991 | RVSB, FSB Internal Financial Statements - February 1991 | H&R-BX68-00907-H&R-BX68-00914 | MAY USE |
| PX 541 | 5/8/1991 | RVSB Executive Committee Meeting Minutes | H&R-BX68-00872-H&R-BX68-00874 | MAY USE |

| | | | | |
|---|---|---|---|---|
| PX 516A | 1/23/1991 | RVSB, FSB Investment Committee Meeting Minutes | H&R-B2-2744- H&R-B2-2744- | MAY USE |
| PX 1044A | 1996 | Principles of Corporate Finance by Richard A. Brealey | None | MAY USE |
| PX 1174 | 12/31/1987 | SAFSB Consolidated Financial Statements | CHO026 0069- CHO026-0098 | MAY USE |
| PX 1175 | 12/31/1988 | SAFSB Consolidated Financial Statements | CH0025 0094- CH0026-0154 | MAY USE |
| PX 1176 | 8/16/1989 | RVSB Board of Directors Meeting Minutes | H&R-B43-00470- H&R-B43-00472 | MAY USE |
| PX 1177 | 12/20/1989 | Minutes of the Special Meeting of the RVSB, FSB Board of Directors | H&R-B48-934- H&R-B48-940 | MAY USE |
| PX 1178 | 1989 | SAFSB 1989 Tax Return | H&R-SAFSB-B87-2- H&R-SAFSB-B87-180 | MAY USE |
| PX 1179 | 3/14/1990 | RVSB, FSB Executive Committee Meeting Minutes | H&R-B48-962- H&R-B48-964 | MAY USE |
| PX 1180 | 4/18/1990 | RVSB Board Package | H&R-B51-1293- H&R-B51-1369 | MAY USE |
| PX 1181 | 4/18/1990 | RVSB and RVSB, FSB Board of Directors Package | H&R-B51-1210- H&R-B51-1267 | MAY USE |
| PX 1182 | 5/23/1990 | Minutes of the Meeting of the RSVB Board of Directors and RVSB, FSB Executive Committee | H&R-B48-976 H&R-B48-978 | MAY USE |
| PX 1183 | 6/20/1990 | RVSB Board of Directors and RSVB, FSB Executive Committee Board Package | H&R-B51-1853- H&R-B51-1952 | MAY USE |
| PX 1184 | 12/5/1990 | Minutes of the RVSB, FSB and RVSB Board of Directors | H&R-B48-01029- H&R-B48-1033 | MAY USE |
| PX 1185 | 1990 | SAFSB 1990 Tax Return | H&R-SAFSB-B89-25H&R-SAFSB-B89-52 | MAY USE |
| PX 1186 | 1/28/1991 | OTS Application for Rock Falls/River Valley Merger | WON107-1276- WON107-1521 | MAY USE |
| PX 1187 | 8/14/1991 | Minutes of the RVSB, FSB Executive Committee Meeting | WON333 0807- WON333 0810 | MAY USE |

| | | | | |
|---|---|---|---|---|
| PX 1188 | 8/21/1991 | OTS Application for RVH Acquisition of River Valley | H&R-B04-1407- H&R-B04-1442 | MAY USE |
| PX 1189 | 8/28/1991 | RVSB, FSB Executive Committee Meeting Minutes | WON333 0813- WON333 0814 | MAY USE |
| PX 1190 | 9/4/1991 | RVSB, FSB Executive Committee Meeting Minutes | H&R-B56-2986- H&R-B56-2987 | MAY USE |
| PX 1191 | 9/9/1991 | RVSB, FSB Board of Directors Meeting Minutes | H&R-B56-2978- H&R-B56-2979 | MAY USE |
| PX 1192 | 11/20/1991 | River Valley Holdings Board of Directors Meeting Minutes | H&R-B56-2765- H&R-B56-2766 | MAY USE |
| PX 1193 | 12/10/1991 | Memo to File from A.Timotijevic re: RVSB, FSB Meeting | WON034 0958- WON034 0959 | MAY USE |
| PX 1194 | 1991 | SAFSB 1991 Tax Return | H&R-SAFSB-B89-2- H&R-SAFSB-B89-24 | MAY USE |
| PX 1195 | 8/14/1992 | SAFSB Balance Sheet | H&R-SAFSB-B89-1550- H&R-SAFSB-B89-1560 | MAY USE |
| PX 1196 | 10/17/1992 | SAFSB Closing Book | H&R-BX61-00744 - H&R-BX61-001300 | MAY USE |
| PX 1197 | 12/23/1992 | RVSB, FSB Board of Directors Package | H&R-BX68-01012- H&R-BX68-01054 | MAY USE |
| PX 1198 | 2/1/1993 | RVSB, FSB Executive Committee Meeting Capital Markets Report | FHO012 2034- FHO012 2065 | MAY USE |
| PX 1199 | 2/19/1993 | SAFSB Board of Directors Package | WCH-B78-1244- WCH-B78-1264 | MAY USE |
| PX 1200 | 3/3/1993 | River Valley Holdings Special Board Meeting Minutes | H&R-B04-59- H&R-B04-59 | MAY USE |
| PX 1201 | 7/21/1993 | RVSB, FSB Board of Directors Package | H&R-B45-00214- H&R-B45-00242 | MAY USE |
| PX 1202 | 8/26/1993 | SAFSB Board of Directors Package | H&R-B41-1571- H&R-B41-1815 | MAY USE |
| PX 1203 | 12/22/1993 | RVSB, FSB Board of Directors Package | H&R-B45-1876- H&R-B45-1905 | MAY USE |
| PX 1204 | 1/5/1994 | RVSB, FSB Executive Committee Meeting Minutes | H&R-B45-1418- H&R-B45-1419 | MAY USE |

| | | | | |
|---|---|---|---|---|
| PX 1205 | 1/12/1994 | RVSB, FSB Executive Committee Meeting Minutes | H&R-B45-1428-<br>H&R-B45-1428 | MAY USE |
| PX 1206 | 1/20/1994 | SAFSB Board of Directors Package | H&R-B41-441-<br>H&R-B41-477 | MAY USE |
| PX 1207 | 3/3/1994 | RVSB, FSB Executive Committee Meeting Minutes | H&R-B45-2057-<br>H&R-B45-2059 | MAY USE |
| PX 1208 | 5/4/1994 | RVSB, FSB Management ALCO Mtg Minutes | H&R-B45-1832-<br>H&R-B45-1832 | MAY USE |
| PX 1209 | 5/4/1994 | KPMG Peat Marwick, 1994, RVHI Preliminary Summary of Tax Attributes | H&R-ABFB-B72-0057-<br>H&R-ABFB-B72-0073 | MAY USE |
| PX 1210 | 5/5/1994 | River Valley Directors ALCO Mtg Minutes | H&R-B45-1833<br>H&R-B45-1834 | MAY USE |
| PX 1211 | 5/12/1994 | River Valley Directors ALCO Mtg Minutes | H&R-B45-1835-<br>H&R-B45-1836 | MAY USE |
| PX 1212 | 5/23/1994 | River Valley CRA Mtg Minutes | H&R-B45-1821-<br>H&R-B45-1825 | MAY USE |
| PX 1213 | 6/22/1994 | RVSB,FSB Executive Committee Meeting Board Package | H&R-B45-01750-<br>H&R-B45-01841 | MAY USE |
| PX 1214 | 10/20/1994 | SAFSB Board Package | H&R-B50-869-<br>H&R-B50-1013 | MAY USE |
| PX 1215 | 10/26/1994 | RVSB, FSB Executive Committee Board Package | H&R-BX71-2156-<br>H&R-BX71-2288 | MAY USE |
| PX 1216 | 1/19/1995 | SAFSB Board Package | H&R-B50-3072-<br>H&R-B50-3225 | MAY USE |
| PX 1217 | 7/29/1988 | RVSB, FSB Board of Directors Minutes | H&R-B56-01115-<br>H&R-B56-01116 | MAY USE |

Respectfully submitted,

/s/ David B. Bergman
David B. Bergman
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (tel.)
(202) 942-5999 (fax)

Counsel for plaintiffs
Holland and Ross and First Bank.

*Of Counsel*:
Melvin C. Garbow
Howard N. Cayne
Michael A. Johnson
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

*Co-counsel for First Bank*:
Donald J. Gunn, Jr., Esq.
Sharon R. Wice, Esq.
Gunn and Gunn
First Bank Building
Creve Coeur
11901 Olive Blvd., Suite 312
P.O. Box 419002
St. Louis, Missouri 63141
(314) 432-4550 (tel.)
(314) 432-4489 (fax)

Dated: October 12, 2007

## CERTIFICATE OF SERVICE

I certify that on this 12th day of October 2007, I caused the foregoing **PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: October 12, 2007

/s/ Joshua P. Wilson
Joshua P. Wilson