# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the<br>Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed October 16, 2007 |

**ORDER**

The parties have jointly requested an extension of the deadline for defendant to file its memorandum of contentions of fact and law, its witness and exhibit lists, its proposed deposition excerpts, and its objections and counter-designations to plaintiffs' proposed deposition excerpts. Currently, these submissions are due on October 23, 2007; the parties propose extending that date to October 26, 2007. The parties have assured the Court that they will endeavor to meet the other deadlines set in the Court's orders of October 5, 2007, but that they may seek a modest extension for the filings currently due on November 5, 2007. Having considered the parties' request, the Court hereby **GRANTS** the requested extension. Defendant's memorandum of contentions of fact and law, witness list, exhibit list, proposed deposition excerpts, and objections and counter-designations to plaintiffs' proposed deposition excerpts shall be filed by **Friday, October 26, 2007**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge