# In the United States Court of Federal Claims

HOMER J. HOLLAND,
STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed October 19, 2007

## ORDER

Defendant has moved the Court for authorization to serve on specified individuals residing more than 100 miles from Washington, DC, where the trial will be held, subpoenas compelling their trial testimony. Counsel for plaintiffs has indicated that plaintiffs have no objection to defendant's procedural request, although they reserve the right to object to any witness's testimony at trial. In addition, the Court notes that the witnesses who are the subject of defendant's motion have not had an opportunity to be heard with respect to the propriety of any subpoenas that may be served pursuant to defendant's request. Thus, the Court **GRANTS** defendant's motion, and defendant will be permitted to serve subpoenas on those individuals named in its motion who reside more than 100 miles from the place of trial. However, this order does not preclude the filing of motions to quash individual subpoenas by the subjects of those subpoenas, and this order does not affect plaintiffs' right to object to the testimony of these witnesses at trial.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge