# In the United States Court of Federal Claims

HOMER J. HOLLAND,
STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed October 26, 2007

## ORDER

The Court has previously ordered the parties to submit by November 5, 2007, any objections to witnesses or exhibits that can be made in advance of trial, with responses due on November 22, 2007. After discussion with the parties, the Court believes that its resolution of these objections would be aided by having copies of the exhibits to which these objections are made. Therefore, the Court **ORDERS** both parties to deliver to chambers at or before 12:00 noon on **Monday, November 26, 2007**, two courtesy copies of any exhibits to which objections are raised in the parties' November 5 filings.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge