# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the<br>Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed October 31, 2007 |

**ORDER**

Plaintiffs have filed a motion for leave to take the deposition of Philip Gerbick, a witness who defendant has indicated it "will call" at trial. *See* Docket Entry 413. While plaintiffs have not requested that the Court expedite its consideration of their motion, the Court believes that expeditious resolution of this motion is in order. Moreover, defendant has indicated that it will be prepared to file its opposition to plaintiffs' motion by November 8, 2007. Therefore, the Court hereby **ORDERS** that defendant shall file its opposition to plaintiffs' motion at or before 5:00 p.m. on **Thursday, November 8, 2007**.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge