# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the<br>Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed November 1, 2007 |

## ORDER

Plaintiffs have moved *in limine* to preclude defendant from calling as trial witnesses any persons whose deposition transcripts defendant has sought to have admitted as evidence. *See* Docket Entry 415. Plaintiffs believe that defendant should be faced with a choice between admitting (or reading into the record) a particular witness's deposition transcript and putting that witness on the stand for live testimony. Because plaintiffs believe defendant might choose the live testimony option were this Court to rule in plaintiffs' favor, and because this choice by defendant would result in defendant's proffered deposition designations being withdrawn, plaintiffs have requested that this issue be resolved before plaintiffs are required to submit objections to defendant's designations of deposition transcripts, currently scheduled for Monday, November 5, 2007. The Court agrees that resolving plaintiffs' motion *in limine* expeditiously makes sense. Thus, the Court hereby **ORDERS** as follows:

1. Defendant shall file any written opposition to plaintiffs' motion *in limine* (docket entry 415) no later than **12:00 noon on Tuesday, November 6, 2007**.

2. The Court will hold a telephonic hearing at **3:00 p.m. on Tuesday, November 6, 2007**, for the purpose of deciding plaintiffs' motion *in limine*. The Court will initiate the call.

3. To allow time for the Court to rule on plaintiffs' motion and for the parties to react accordingly, the deadlines currently set shall be modified as follows:

a. Any further motions *in limine* and any objections to witnesses or exhibits that can be made in advance of trial shall be filed on **Monday, November 5, 2007**, as currently scheduled.

b. The other filings currently due on November 5, 2007, or November 6, 2007 (that is, (1) defendant's non-hearsay objections to plaintiffs' deposition excerpts, (2) plaintiffs' objections and counter-designations to defendant's deposition excerpts, (3) defendant's expert deposition excerpts, and (4) plaintiffs' objections to defendant's counter-designations) shall now be filed on or before **Friday, November 9, 2007**.

c. All other deadlines shall remain as previously ordered.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge