# EXHIBIT 3

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LONG ISLAND SAVINGS BANK, FSB, et al.,** **Plaintiffs,** | ) | |
| **v.** | ) | **No. 92-517 C** |
| **THE UNITED STATES,** **Defendant.** | ) | **(Trial Judge Lettow)** |

**DEFENDANT'S DESIGNATION OF DEPOSITION TESTIMONY**

Pursuant to the Court's December 7, 2004 Order and discussions at the pre-trial conference on January 11, 2005, defendant, the United States, respectfully designates the following portions of deposition testimony to be presented at trial along with the deposition testimony previously designated by Long Island Savings Bank, FSB ("Syosset") and the Long Island Savings Bank of Centereach FSB ("Centereach," collectively with Syossett, "Long Island" or "plaintiffs") in the "Declaration of David S. Cohen," attached to plaintiffs' October 5, 2004 "Motion for Leave To Present Substantive Evidence By Way Of Deposition Testimony," and plaintiffs' January 10, 2005 letter supplementing these designations.

We make these deposition designations without prejudice to our right to call any of the below listed witnesses that are also included in "Defendant's Witness List" dated November 2, 2004, for the purpose of substantive testimony or for the purpose of admitting documents at trial.

1. We intend to present at trial the following portions of the deposition transcript of James Caton, dated June 22, 1999: 8:4-9:8; 9:20-10:20; 28:22-25; 32:17-19; 33:14-34:2; 37:6-39:4; 41:11-41:23; 46:17-47:14; 51:24-53:3; 56:21-57:10; 62:7-63:5; 80:13-21; 86:2-17; 90:6-92:19; 95:7-96:1; 102:14-103:16.

2. We intend to present at trial the following portions of the deposition transcript of Fred Cortese, dated July 13, 1999: 29:13-19; 44:20-46:5.

3. We intend to present at trial the following portions of the deposition transcript of Daniel Dionne, dated July 27, 1999: 73:9-74:20; 79:19-81:3; 81:24-82:4, 96:12-13.

4. We intend to present at trial the following portions of the deposition transcript of David Dorgan, dated July 14, 1999 and July 15, 1999: 184:4-16; 189:17-24.

5. We intend to present at trial the following portions of the deposition transcript of Ruth Ann Esposito, dated May 26, 1999: 17:14-18:5; 18:22-19:19; 20:12-18; 29:14-31:7; 33:19-34:16; 35:7-36:1; 44:17-25; 51:3-52:3; 52:10-53:6; 55:1-57:20; 59:7-18; 66:21-67:25; 80:22-81:4; 86:11-19; 91:5-92:1; 96:4-15; 128:22-130:25.

6. We intend to present at trial the following portions of the deposition transcript of Joseph Kehoe, dated April 19, 1999: 168:10-170:17; 220:13-220:25; 225:24-226:4; 226:11-229:4; 240:13-241:14; 239:4-240:4; 240:13-241:14; 265:6-266:23; 267:13-268:10; 271:21-273:15.

7. We intend to present at trial the following portions of the deposition transcript of James A. Meyer, dated February 10, 1999 and February 11, 1999: 215:10-15.

8. We intend to present at trial the following portions of the deposition transcript of Thomas Moore, dated July 8, 1999: 50:6-11; 51:18-24.

9. We intend to present at trial the following portions of the deposition transcript of Edward J. O'Connell, dated January 27, 1999 and January 28, 1999: 10:1-6; 13:6-14; 16:15-28:16; 32:23-39:24; 42:9-45:21; 53:20-54:7; 57:7-25; 59:14-17; 64:13-

66:10; 74:25-75:22; 77:19-22; 79:25-80:6; 89:19-90:10; 92:9-93:4; 100:17-101:5; 102:2-10; 148:24-150:21; 151:8-15; 152:5-154:24; 156:18-159:7; 167:5-20; 187:24-188:6; 235:9-238:7; 255:21-256:15; 258:1-6; 276:11-277:25; 278:8-11; 286:2-4; 312:7-19; 313:2-25; 315:23-316:9; 337:8-17; 338:18-339:21; 340:20-343:22; 346:16-347:23; 359:14-365:13; 376:9-377:9; 384:23-385:2; 390:13-391:18; 395:19-397:9; 399:15-405:15; 414:3-14; 415:6-421:12.

10. We intend to present at trial the following portions of the deposition transcript of John F. Robinson, dated April 26, 1999 and April 27, 1999: 292:20-25; 299:6-19; 356:17-357:5; 375:21-376:1; 376:11-377:2.

11. We intend to present the following portions of the deposition transcript of Stephen Rohrs, dated June 2, 1999 and June 10, 1999: 15:15-22; 28:7-10; 28:22-29:19; 38:9-13; 40:25-41:15; 44:15-22; 60:2-19; 71:4-72:6; 81:2-10; 108:4-7; 143:24-144:3; 190:17-191:23; 245:16-247:2; 284:8-14.

12. We intend to present the following portions of the deposition transcript of Michael Simone, dated June 1, 1999: 25:18-20; 26:18-27:11; 40:23-41:13; 41:17-41:21; 42:3-10; 50:12-51:7; 52:24-53:3, 57:23-58:20; 68:23-69:12; 82:19-83:15.

13. We intend to present the following portions of the deposition transcript of Thomas Smith, dated July 20, 1999: 56:25-58:3.

14. We intend to present the following portions of the deposition transcript of Angelo Vigna, dated February 3, 1999, April 6, 1999, and April 7, 1999: 14:3-34:1; 56:24-58:19; 64:24-65:19 (February 3, 1999); 13:7-9; 16:20-25; 17:1-25; 23:1-26:25; 44:11-14; 60:7-66:13; 73:7-74:21; 75:19-22; 79:23-80:10; 85:12-86:16; 88:10-

89:10; 90:16-91:8; 95:15-98:7; 102:10-21; 103:19-22; 106:12-108:7; 109:13-110:13; 115:9-117:16; 118:10-119:19; 124:10-125:20; 131:18-136:2; 143:18-24; 156:10-157:24; 170:17-171:6; 175:9-177:18; 179:17-182:14; 184:14-192:13; 201:4-202:23; 205:6-206:25; 210:8-12; 228:20-235:12 (April 6, 1999 and April 7, 1999).

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

JEROME A. MADDEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 11026
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:
Timothy J. Abraham
Cheryl L. Evans
Elizabeth A. Holt
Jeffrey T. Infelise
Brian L. Owsley
John H. Roberson
Lee M. Straus
Commercial Litigation Branch
Civil Division
U.S. Department of Justice

January 14 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 14th day of January, 2005, I caused to be served by hand-delivery, one copy of "DEFENDANT'S DESIGNATION OF DEPOSITION TESTIMONY" addressed as follows:

RICHARD C. TUFARO
MILBANK, TWEED, HADLEY & McCLOY LLP
1825 I Street, N.W.
Suite 1100
Washington, D.C. 20006

Attorney for Plaintiffs