**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HOMER J. HOLLAND,**<br>**STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and FIRST BANK,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **Case No. 95-524C**<br><br>**(Judge George W. Miller)**<br><br>**(Winstar-Related Case)** |

**DEFENDANT'S OBJECTIONS TO THE**
**EXHIBITS IDENTIFIED BY PLAINTIFFS**

Defendant, the United States, respectfully identifies its objections to the trial exhibits identified by plaintiffs, Homer J. Holland, Steven Bangert, Co-Executor of the Estate of Howard R. Ross, and First Bank, in their exhibit list, filed September 26, 2007, and their supplemental exhibit list, filed October 12, 2007.

We reserve our right to object to any exhibit upon grounds of relevance, Federal Rules of Evidence ("FRE") 401 and 402; hearsay, FRE 802; and foundation, FRE 901, to the extent these issues are raised by the manner in which the exhibit is used at trial. We also reserve all our rights under the Master Stipulation that governs this case, including our right to object upon authenticity grounds to exhibits that include handwritten notes.

In addition to these general objections, we have identified upon the attached list our objections to specific exhibits according to the following general categories: authenticity, FRE 901 and 902; composite, FRE 403; hearsay, FRE 802; incompleteness, FRE 403; and relevance, FRE 401 and 402.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson by /s/ Elizabeth A. Holt
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

Of Counsel:
SCOTT D. AUSTIN
KENNETH M. DINTZER
ELIZABETH A. HOLT
WILLIAM G. KANELLIS
BRIAN A. MIZOGUCHI
AMANDA L. TANTUM
JOHN J. TODOR

November 5, 2007

# Defendant's List Of Objections
# To Plaintiffs' Exhibits

| PX Exhibit # | Objections |
|---|---|
| 3 | Composite (contains excerpts from larger document); Incomplete (contains excerpts from larger document) |
| 4 | Hearsay; Incomplete (contains excerpts from larger document) |
| 6 | Hearsay; Incomplete (contains excerpts from larger document) |
| 8 | Authenticity (unidentified marginalia) |
| 9 | Authenticity (unidentified marginalia) |
| 12 | Authenticity (unidentified marginalia) |
| 13 | Authenticity (unidentified marginalia) |
| 15 | Authenticity (unidentified marginalia; exhibit not identifiable upon its face) |
| 17 | Authenticity (unidentified marginalia) |
| 18 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections
To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 20 | Authenticity (exhibit not identifiable upon its face) |
| 22 | Authenticity (exhibit not identifiable upon its face) |
| 24 | Authenticity (exhibit not identifiable upon its face) |
| 27 | Authenticity (unidentified marginalia) |
| 31 | Authenticity (unidentified marginalia) |
| 34 | Authenticity (unidentified marginalia) |
| 42 | Authenticity (unidentified marginalia) |
| 46 | Authenticity (unidentified marginalia) |
| 48A | Authenticity (unidentified marginalia); Inaccurate (contains blank and extraneous pages not part of the exhibit); Incomplete (missing pages) |
| 50 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 51 | Composite (contains excerpts from larger document); Hearsay; Incomplete (contains excerpts from larger document) |
| 54 | Authenticity (unidentified marginalia) |
| 56 | Authenticity (unidentified marginalia) |
| 59 | Authenticity (unidentified marginalia) |
| 61 | Authenticity (unidentified marginalia) |
| 64 | Authenticity (unidentified marginalia) |
| 65 | Incomplete (contains excerpts from larger document) |
| 71 | Authenticity (unidentified handwriting); Composite (appears to be combination of two or more documents) |
| 72 | Composite (appears to be combination of two or more documents) |
| 80 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 83 | Composite (bates ending H&R-B43-00680-81 appears to be PX 85) |
| 84 | Authenticity (unidentified marginalia) |
| 86 | Authenticity (unidentified marginalia; exhibit not identifiable upon its face) |
| 92 | Authenticity (unidentified marginalia) |
| 99 | Authenticity (unidentified marginalia) |
| 101 | Authenticity (exhibit not identifiable upon its face) |
| 104 | Authenticity (exhibit not identifiable upon its face) |
| 111 | Authenticity (unidentified marginalia) |
| 113 | Authenticity (unidentified marginalia) |
| 116 | Authenticity (unidentified marginalia) |
| 121 | Authenticity (unidentified marginalia) |
| 124 | Authenticity (unidentified marginalia) |
| 129 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 132 | Authenticity (unidentified marginalia; exhibit not identifiable upon its face) |
| 136 | Incomplete (missing pages) |
| 138 | Composite (contains excerpts from larger document); Incomplete (contains excerpts from larger document) |
| 147 | Authenticity (unidentified marginalia) |
| 150 | Authenticity (unidentified marginalia) |
| 155 | Authenticity (unidentified marginalia) |
| 160 | Authenticity (unidentified marginalia) |
| 163 | Authenticity (unidentified marginalia) |
| 164 | Authenticity (unidentified marginalia); Incomplete (contains excerpts from larger document) |
| 165 | Authenticity (unidentified marginalia; changes made to document) |
| 166 | Authenticity (unidentified marginalia) |
| 178 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 181 | Authenticity (unidentified marginalia) |
| 193 | Authenticity (unidentified marginalia) |
| 202 | Authenticity (unidentified marginalia); Composite (bates ending 206-208 appears to be a different document) |
| 203 | Authenticity (unidentified marginalia) |
| 217 | Hearsay |
| 218 | Authenticity (unidentified marginalia) |
| 219 | Authenticity (unidentified marginalia) |
| 230 | Authenticity (unidentified marginalia) |
| 238 | Authenticity (unidentified marginalia) |
| 241 | Incomplete (poor copy quality) |
| 244 | Authenticity (unidentified marginalia) |
| 247 | Authenticity (unidentified handwriting) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 250 | Authenticity (unidentified marginalia) |
| 251 | Authenticity (unidentified marginalia) |
| 256 | Authenticity (unidentified marginalia) |
| 261 | Authenticity (unidentified marginalia) |
| 265 | Authenticity (unidentified marginalia) |
| 280 | Authenticity (unidentified marginalia); Composite |
| 284 | Authenticity (unidentified marginalia); Inaccurate (contains duplicate pages); Incomplete (missing pages) |
| 288 | Authenticity (unidentified handwriting; exhibit not identifiable upon its face); Composite |
| 289 | Authenticity (unidentified marginalia; exhibit not identifiable upon its face); Composite |
| 290 | Authenticity (unidentified marginalia; exhibit not identifiable upon its face); Composite (contains excerpts from larger document); Incomplete (contains excerpts from larger document) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 295 | Authenticity (unidentified marginalia); Composite (appears to be two copies of the same exhibit) |
| 296 | Authenticity (unidentified marginalia) |
| 299 | Incomplete |
| 303A | Authenticity (exhibit not identifiable upon its face) |
| 316 | Authenticity (unidentified marginalia) |
| 317 | Authenticity (unidentified marginalia) |
| 319 | Incomplete (contains excerpts from larger document) |
| 324 | Incomplete (poor copy quality) |
| 326 | Authenticity (unidentified marginalia) |
| 327 | Incomplete |
| 328 | Incomplete |

**Defendant's List Of Objections To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 331 | Authenticity (unidentified marginalia) |
| 332 | Authenticity (unidentified marginalia) |
| 336 | Authenticity (unidentified marginalia) |
| 339 | Authenticity (unidentified marginalia) |
| 345 | Authenticity (unidentified marginalia) |
| 356 | Composite |
| 359 | Incomplete (missing pages) |
| 361 | Incomplete (missing internal page 6) |
| 363 | Authenticity (unidentified marginalia) |
| 370 | Hearsay |
| 375 | Authenticity (changes made to document) |
| 378 | Authenticity (unidentified marginalia); Composite (appears to be combination of two or more documents) |
| 380 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections
To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 385 | Authenticity (unidentified marginalia) |
| 393 | Incomplete (missing page) |
| 394 | Incomplete (missing page) |
| 395 | Incomplete (poor copy quality on page bates ending 01155) |
| 399 | Authenticity (unidentified marginalia) |
| 405 | Incomplete (poor copy quality) |
| 407 | Authenticity (unidentified marginalia) |
| 408 | Authenticity (unidentified marginalia) |
| 413 | Incomplete |
| 436 | Inaccurate (contains blank page not part of the exhibit |
| 438 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 441 | Inaccurate and Incomplete (bates numbers on exhibit received do not match bates numbers on plaintiffs' exhibit list) |
| 442 | Authenticity (unidentified marginalia) |
| 443 | Incomplete (contains excerpts from larger document) |
| 448 | Authenticity (unidentified marginalia) |
| 449 | Incomplete (missing pages) |
| 450 | Incomplete (missing pages) |
| 451 | Authenticity (unidentified marginalia); Hearsay |
| 455 | Authenticity (unidentified marginalia) |
| 486A | Incomplete (missing pages) |
| 499 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 499B | Authenticity (unidentified marginalia) |
| 500 | Authenticity (unidentified marginalia); Hearsay |
| 500B | Incomplete (document appears to be correct document, but does not match the bates number description on plaintiffs' exhibit list) |
| 502 | Authenticity (unidentified marginalia) |
| 504 | Authenticity (unidentified marginalia) |
| 505 | Incomplete (poor copy quality) |
| 508 | Incomplete (contains excerpts from larger document) |
| 512 | Authenticity (unidentified marginalia) |
| 517 | Authenticity (unidentified marginalia) |
| 521 | Authenticity (unidentified marginalia) |
| 529 | Incomplete (contains excerpts from larger document) |
| 543 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 546 | Incomplete (missing pages) |
| 577 | Authenticity (unidentified marginalia) |
| 578 | Authenticity (unidentified marginalia) |
| 581 | Authenticity (unidentified marginalia) |
| 582 | Authenticity (unidentified marginalia) |
| 584 | Composite (bates ending 552-561 appears to be a different document) |
| 586 | Authenticity (unidentified marginalia) |
| 589 | Authenticity (unidentified marginalia) |
| 591 | Authenticity (unidentified marginalia) |
| 592 | Authenticity (exhibit not identifiable upon its face) |
| 594 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 595 | Authenticity (exhibit not identifiable upon its face) |
| 597 | Authenticity (exhibit not identifiable upon its face) |
| 599A | Authenticity (exhibit not identifiable upon its face) |
| 599B | Authenticity (exhibit not identifiable upon its face) |
| 599C | Authenticity (exhibit not identifiable upon its face) |
| 600 | Hearsay |
| 600A | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 600B | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 600C | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 600D | Authenticity (exhibit not identifiable upon its face); Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |

**Defendant's List Of Objections
To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 600E | Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 601 | Hearsay; Incomplete (exhibit ends at p. 57, but should contain 73 pages) |
| 601A | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 601B | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 601C | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 601D | Authenticity (exhibit not identifiable upon its face); Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 601E | Authenticity (exhibit not identifiable upon its face); Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 602 | Hearsay |
| 602A | Authenticity (exhibit not identifiable upon its face); Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |

**Defendant's List Of Objections
To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 602B | Authenticity (exhibit not identifiable upon its face); Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 602C | Authenticity (exhibit not identifiable upon its face); Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 603 | Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 603A | Authenticity (exhibit not identifiable upon its face); Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 604 | Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 604A | Authenticity (exhibit not identifiable upon its face); Hearsay; Relevance (exhibit relates to abandoned lost profits claim) |
| 605 | Hearsay |
| 605A | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605B | Authenticity (exhibit not identifiable upon its face); Hearsay |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 605C | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605D | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605E | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605F | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605G | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605H | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605I | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605J | Authenticity (exhibit not identifiable upon its face); Hearsay |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 605K | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605L | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605M | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605N | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 605O | Authenticity (exhibit not identifiable upon its face); Composite (third and subsequent pages appear to be PX 606); Hearsay |
| 606 | Hearsay |
| 606A | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 606B | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 606C | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 606D | Authenticity (exhibit not identifiable upon its face); Hearsay |

**Defendant's List Of Objections
To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 606E | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 606F | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 606G | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 606H | Hearsay |
| 606I | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 607 | Hearsay |
| 607A | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 607B | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 608 | Authenticity (unidentified marginalia) |
| 611 | Authenticity (unidentified marginalia) |
| 612 | Hearsay |
| 612A | Authenticity (exhibit not identifiable upon its face); Hearsay |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 612B | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612C | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612D | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612E | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612F | Authenticity (unidentified handwriting; unidentified marginalia; exhibit not identifiable upon its face); Hearsay |
| 612G | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612H | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612I | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612J | Authenticity (exhibit not identifiable upon its face); Hearsay |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 612K | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612L | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 612M | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 615 | Inaccurate and Incomplete (extraneous pages without bates numbers; missing bates ending 1101) |
| 618 | Authenticity (unidentified marginalia); Composite; Incomplete (missing internal pages 13-14) |
| 619 | Authenticity (unidentified marginalia) |
| 622 | Authenticity (unidentified marginalia) |
| 625 | Authenticity (unidentified marginalia) |
| 628 | Authenticity (unidentified marginalia) |
| 630 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 633 | Authenticity (unidentified marginalia); Incomplete (poor copy quality) |
| 640 | Authenticity (unidentified marginalia) |
| 642 | Authenticity (unidentified marginalia) |
| 646 | Incomplete |
| 647 | Hearsay; Incomplete (contains excerpts from larger document) |
| 649 | Incomplete (poor copy quality) |
| 650 | Composite |
| 651 | Authenticity (unidentified marginalia) |
| 655 | Authenticity (unidentified marginalia) |
| 662 | Authenticity (unidentified marginalia); Incomplete (partially missing bates numbers) |
| 665 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 669 | Authenticity ( unidentified marginalia) |
| 680 | Authenticity (unidentified marginalia) |
| 685 | Incomplete (contains excerpts from larger document) |
| 686 | Authenticity ( unidentified marginalia) |
| 703 | Authenticity (unidentified marginalia) |
| 717 | Composite |
| 730 | Authenticity (unidentified marginalia) |
| 731 | Authenticity (unidentified marginalia) |
| 736 | Authenticity (unidentified marginalia) |
| 739 | Incomplete |
| 744 | Authenticity (unidentified marginalia); Incomplete (contains excerpts from larger document) |
| 771 | Incomplete (contains excerpts from larger document; bates range of document produced does not match bates range on plaintiffs' exhibit list) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 784 | Incomplete (exhibit not produced) |
| 788 | Authenticity (unidentified marginalia) |
| 793 | Authenticity (unidentified marginalia) |
| 801 | Authenticity (unidentified marginalia) |
| 804 | Authenticity (unidentified marginalia); Inaccurate (page included without bates stamp) |
| 821 | Authenticity (unidentified marginalia) |
| 826 | Authenticity (unidentified marginalia) |
| 840 | Incomplete |
| 851 | Authenticity (unidentified marginalia) |
| 853 | Authenticity (unidentified marginalia) |
| 862 | Authenticity (exhibit not identifiable upon its face); Composite or Incomplete |
| 872 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 885 | Incomplete (missing page) |
| 888 | Authenticity (unidentified marginalia) |
| 893 | Authenticity (unidentified marginalia) |
| 899 | Hearsay; Relevance |
| 904 | Authenticity (exhibit not identifiable upon its face); Composite or Incomplete |
| 907 | Authenticity (unidentified marginalia) |
| 914 | Authenticity (exhibit not identifiable); Composite or Incomplete |
| 919 | Incomplete (contains excerpts from larger document) |
| 920 | Authenticity (unidentified marginalia) |
| 926 | Authenticity (unidentified marginalia) |
| 927 | Authenticity (unidentified marginalia); Incomplete (missing bates ending 00935) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 928 | Authenticity (unidentified marginalia) |
| 938 | Authenticity (unidentified marginalia) |
| 940 | Authenticity (unidentified marginalia) |
| 941 | Authenticity (unidentified marginalia); Composite |
| 948 | Authenticity (unidentified marginalia) |
| 958 | Authenticity (unidentified marginalia) |
| 960 | Authenticity (unidentified marginalia) |
| 965 | Authenticity (exhibit not identifiable upon its face); Composite or Incomplete |
| 974 | Authenticity (exhibit not identifiable upon its face); Composite or Incomplete |
| 975 | Incomplete (missing pages) |
| 980 | Authenticity (unidentified marginalia) |
| 982 | Composite |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 987 | Authenticity (unidentified marginalia) |
| 989 | Authenticity (unidentified marginalia) |
| 990 | Authenticity (unidentified marginalia) |
| 993 | Authenticity (unidentified marginalia) |
| 994 | Authenticity (unidentified marginalia) |
| 995 | Authenticity (unidentified marginalia; exhibit not identifiable upon its face) |
| 1001 | Authenticity (unidentified marginalia) |
| 1009 | Authenticity (unidentified marginalia) |
| 1016 | Composite (pages subsequent to WCH-B80-0431 appear to be different documents) |
| 1020 | Authenticity (unidentified marginalia) |
| 1025 | Authenticity (unidentified marginalia) |
| 1043 | Hearsay; Incomplete (contains excerpts from larger document) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 1044A | Hearsay; Incomplete (contains excerpts from larger document) |
| 1047 | Authenticity (unidentified marginalia) |
| 1052 | Authenticity (exhibit not identifiable upon its face); Incomplete (contains excerpts from larger document) |
| 1057 | Authenticity (unidentified marginalia) |
| 1058 | Authenticity (changes made to document) |
| 1060 | Authenticity (unidentified marginalia) |
| 1061 | Authenticity (unidentified marginalia); Composite; Incomplete (missing bates ending 2588-2591) |
| 1070 | Authenticity (unidentified marginalia) |
| 1071 | Authenticity (unidentified marginalia) |
| 1072 | Authenticity (unidentified marginalia) |
| 1075 | Authenticity (unidentified marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 1076 | Incomplete (contains excerpts from larger document); Relevance |
| 1077 | Authenticity (unidentified marginalia) |
| 1085 | Incomplete (contains excerpts from larger document) |
| 1089 | Incomplete (contains excerpts from larger document) |
| 1091 | Incomplete (contains excerpts from larger document) |
| 1093 | Authenticity (unidentified marginalia) |
| 1096 | Authenticity (exhibit not identifiable upon its face) |
| 1097 | Authenticity (exhibit not identifiable upon its face) |
| 1099 | Incomplete (contains excerpts from larger document) |
| 1100 | Hearsay; Relevance |
| 1101 | Authenticity (exhibit not identifiable upon its face); Hearsay |

**Defendant's List Of Objections
To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 1102 | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 1128 | Hearsay; Relevance (letter from counsel) |
| 1129 | Hearsay; Relevance (letter from counsel) |
| 1130 | Authenticity (exhibit not identifiable upon its face); Hearsay |
| 1131 | Hearsay; Relevance (letter from counsel; relates to abandoned lost profits claim) |
| 1132 | Hearsay |
| 1133 | Hearsay |
| 1134 | Hearsay; Relevance (letter from counsel) |
| 1135 | Hearsay; Relevance (letter from counsel) |
| 1136 | Incomplete (contains excerpts from larger document) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 1141 | Incomplete (contains excerpts from larger document) |
| 1143 | Hearsay; Relevance (letter from counsel) |
| 1145 | Incomplete (contains excerpts from larger document) |
| 1146 | Hearsay; Relevance (letter from counsel; relates to abandoned lost profits claim) |
| 1147 | Hearsay |
| 1149 | Authenticity (exhibit not identifiable upon its face) |
| 1149A | Incomplete (contains excerpts from larger document) |
| 1151 | Composite; Relevance (exhibit relates to abandoned lost profits claim) |
| 1153 | Hearsay |
| 1154 | Hearsay |

**Defendant's List Of Objections
To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 1155 | Authenticity (web address of document not visible) |
| 1156 | Hearsay; Incomplete (poor copy quality; missing pages) |
| 1157 | Hearsay |
| 1158 | Hearsay; Incomplete (missing pages) |
| 1159 | Hearsay |
| 1160 | Hearsay |
| 1161 | Hearsay |
| 1162 | Hearsay |
| 1163 | Incomplete (copy quality) |
| 1165 | Composite |
| 1166 | Authenticity (exhibit not identifiable upon its face) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 1167 | Hearsay |
| 1168 | Authenticity (unidentifiable marginalia) |
| 1170 | Incomplete (contains excerpts from larger document) |
| 1171 | In addition to any other objections we reserve in this filing, we also reserve our right to object to PX 1171 pursuant to Fed. R. Evid. 1006. |
| 1172 | In addition to any other objections we reserve in this filing, we also reserve our right to object to PX 1172 pursuant to Fed. R. Evid. 1006. |
| 1175 | Authenticity (unidentifiable marginalia; changes made to document) |
| 1177 | Authenticity (unidentifiable marginalia) |
| 1178 | Authenticity (unidentifiable marginalia) |
| 1181 | Authenticity (unidentifiable marginalia) |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 1183 | Authenticity (unidentifiable marginalia) |
| 1184 | Authenticity (unidentifiable marginalia) |
| 1186 | Authenticity (unidentifiable marginalia) |
| 1190 | Authenticity (unidentified marginalia) |
| 1193 | Authenticity (unidentified marginalia) |
| 1196 | Authenticity (unidentified marginalia); Hearsay |
| 1197 | Hearsay |
| 1198 | Authenticity (unidentified marginalia) |
| 1202 | Authenticity (unidentified marginalia); Hearsay; Inaccurate (missing bates label between H&R-B-41-1650 and -1651) |
| 1206 | Authenticity (unidentified marginalia); Hearsay |

**Defendant's List Of Objections**
**To Plaintiffs' Exhibits**

| PX Exhibit # | Objections |
|---|---|
| 1209 | Authenticity (unidentified marginalia) |
| 1213 | Incomplete (poor copy quality) |
| 1214 | Authenticity (unidentified marginalia); Composite; Hearsay |
| 1216 | Authenticity (unidentified marginalia); Hearsay; Incomplete (missing pages) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2007, a copy of the foregoing "DEFENDANT'S OBJECTIONS TO THE EXHIBITS IDENTIFIED BY PLAINTIFF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson by /s/ Elizabeth A. Holt
John H. Roberson