**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HOMER J. HOLLAND, STEVEN BANGERT, co-executor of the ESTATE OF HOWARD R. ROSS, AND FIRST BANK, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 95-524C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO INTRODUCE AT TRIAL THE DEPOSITION TESTIMONY OF PLAINTIFFS' EXPERTS HOMER J. HOLLAND, NEIL B. MURPHY, AND S. LYNN STOKES**

Pursuant to the Court's October 5, 2007 order and Federal Rule of Evidence 801(d)(2)(C), defendant, the United States, hereby respectfully moves for leave to introduce as substantive trial evidence portions of the deposition testimony of plaintiffs' experts Homer J. Holland, Neil B. Murphy, and S. Lynn Stokes. The Court's October 5, 2007 order allowed us to designate deposition testimony of plaintiffs' expert witnesses admissible under Rule 801(d)(2)(C) of the Federal Rules of Evidence, as a "statement by a person authorized by the party to make a statement concerning the subject."[1]

[1] By filing these designations of deposition testimony, we are not forgoing our right to cross-examine plaintiffs' experts at trial. We therefore reserve our right to cross-examine Dr. Holland, Mr. Murphy, and Mr. Stokes at trial.

A. **Designations From The Deposition Testimony Of Homer J. Holland**

We respectfully request the following testimony from Dr. Holland obtained in this case on October 31, 2001; November 1, 2001; November 2, 2001; May 11, 2005; May 12, 2005; May 13, 2005; June 27, 2007; and June 28, 2007 be presented:

**10/31/01 Session**

Tr. 7:3 – 8:7; 11:24 – 12:1; 21:8-18; 25:5-21; 37:8 – 39:16; 59:12-21; 67:7-14.

**11/1/01 Session**

Tr. 169:25 – 170:6; 175:3 – 180:11; 201:1-12; 203:8-20; 205:11 – 206:7; 208:25 – 210:16; 210:20 – 212:4; 222:25 – 224:21; 237:9 – 240:24; 242:1-4.

**11/2/01 Session**

Tr. 314:23 – 315:1; 316:7-12; 317:21-24; 319:18-22; 329:4-6; 362:20 – 363:8; 382:20 – 384:4; 395:17-24; 473:22 – 484:15; 485:3-7; 506:1-8.

**5/11/05 Session**

Tr. 8:9-24; 16:5-9; 17:4 – 18:16; 24:2-7; 73:7 – 74:22; 82:2 – 83:3; 84:13 – 86:1; 157:16-23; 175:15-18; 178:8-18; 183:22-25; 187:2 – 188:7; 202:14-19; 219:24 – 221:2.

**5/12/05 Session**

Tr. 263:13-18; 408:7-19; 408:24 – 409:9.

**5/13/05 Session**

Tr. 580:21 – 581:11.

**6/27/07 Session**

Tr. 7:6-9; 8:19 – 12:17; 28:6-11; 32:14 – 36:6; 55:4-13; 57:19 – 62:2; 63:11-19; 65:17 – 68:4; 70:9 – 71:2; 71:12 – 72:11; 86:4-13; 87:16-19; 93:8 – 94:2; 94:19 – 97:3; 98:1 – 99:4; 100:13 –

101:1; 105:8 – 107:11; 107:18-22; 121:18-21; 122:16 – 123:5; 124:7 – 125:7; 131:14 – 132:6; 134:8 – 135:8; 147:7-19; 154:4-10; 155:10 – 157:5; 180:5-14; 191:10 – 192:16; 198:9-14; 204:5 – 205:20; 212:12 – 213:1; 213:19 – 217:1; 218:17-22; 221:6 – 223:4; 223:17-20; 238:2 – 239:3.

**6/28/07 Session**

Tr. 283:8 – 286:8; 286:13 – 291:9; 294:2 – 295:7; 298:10 – 299:12; 300:17 – 301:3; 306:1-6; 306:20 – 307:11; 308:6 – 309:2; 314:10-13; 315:18-20; 332:14-20; 339:7 – 344:6; 345:7 – 346:16; 352:2 – 353:3; 372:4 – 373:4; 376:15 – 377:6; 380:4-12; 384:14 – 386:1; 392:15 – 393:9; 399:9 – 400:8; 438:21 – 450:6; 451:12 – 452:2; 462:15 – 463:1; 463:17 – 464:13; 471:21 – 475:9; 482:6 – 484:22; 488:18 – 489:17.

We have annexed these transcript designations as Exhibit A.

**B. Designations From The Deposition Testimony Of Neil B. Murphy**

We respectfully request the following testimony from Mr. Murphy obtained in this case on October 11, 2001, and October 12, 2001, be presented:

**10/11/01 Session**

Tr. 6:2-14; 7:21-24; 9:18-21; 11:1-19; 11:24 – 12:4; 15:8-16; 23:12-17; 25:9-11; 32:15-17; 35:14 – 36:3; 36:8-16; 53:10 – 54:5; 56:14 – 58:3; 58:16 – 60:7; 65:7-18; 98:20 – 99:21; 127:9-24; 129:3-12; 137:13-19; 138:22 – 139:1; 148:16 – 149:4; 150:21 – 152:2; 168:23 – 169:6.

**10/12/01 Session**

Tr. 197:3-9; 226:2 – 227:2; 237:7-9; 237:18 – 238:17; 241:18-22; 242:17 – 243:11; 243:25 – 244:11; 249:23-25; 252:4-8; 252:21 – 253:6; 256:14 – 257:7; 260:22 – 261:8; 261:20-23; 262:21 – 263:19; 265:2 – 266:25; 267:4-8; 270:9-20; 272:1 – 273:1; 273:10-21; 275:2-11; 276:11-17; 321:18 – 322:10; 322:16-19; 323:2-7; 358:10-13.

We have annexed these transcript designations as Exhibit B.

### C. Designations From The Deposition Testimony Of S. Lynn Stokes

We respectfully request the following testimony from Mr. Stokes obtained in this case on October 22, 2001, and October 23, 2001, be presented:

**10/22/01 Session**

Tr. 25:18 – 28:20; 29:16 – 31:19; 32:3-25; 33:9-17; 34:17-22; 37:24 – 38:18; 38:25 – 39:21; 40:5-13; 43:4 – 44:1; 102:23 – 104:17; 106:22 – 108:11; 133:1 – 135:15; 137:14-17; 141:4-17; 149:12-17; 150:14-23; 165:16 – 166:8.

**10/23/01 Session**

Tr. 193:11 – 195:12; 198:9-14; 243:6 – 244:16; 250:1 – 251:5; 254:22 – 255:1; 256:12 – 257:4; 271:24 – 273:21; 282:12-17.

We have annexed these transcript designations as Exhibit C.

**CONCLUSION**

For the foregoing reasons, we request that the Court grant our motion for leave to introduce as substantive evidence at trial portions of the deposition testimony of plaintiffs' experts Homer J. Holland, Neil B. Murphy, and S. Lynn Stokes.

Respectfully submitted,

MICHAEL HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

Of Counsel:

SCOTT D. AUSTIN
ELIZABETH A. HOLT
WILLIAM G. KANELLIS
AMANDA L. TANTUM
JOHN J. TODOR
SAMEER YERAWADEKAR
Trial Attorneys
Department of Justice

November 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2007, a copy of the foregoing "DEFENDANT'S MOTION TO INTRODUCE AT TRIAL THE DEPOSITION TESTIMONY OF PLAINTIFFS' EXPERTS HOMER J. HOLLAND, NEIL B. MURPHY, AND S. LYNN STOKES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson