# Exhibit 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOMER J. HOLLAND AND HOWARD R. ROSS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 95-524C |
| | ) | (Chief Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S INITIAL DISCLOSURE PURSUANT TO PARAGRAPH IV(A)(1) OF THE DISCOVERY PLAN**

Defendant, the United States (the "Government"), provides, pursuant to Paragraph IV(a)(1) of the Court's Procedural Order No. 2: Discovery Plan (filed August 7, 1997), the following initial disclosure to plaintiffs Homer J. Holland and Howard R. Ross ("plaintiffs").

**INTRODUCTION AND RESERVATION OF RIGHTS**

This initial disclosure sets forth, to the extent known, the names and titles of current or former employees, agents, or representatives likely to have discoverable information relevant to the allegations in plaintiffs' complaint. This list is based upon the limited information currently available to us. More information may become known to us in the future. We reserve the right to supplement or modify this list, such as by adding or deleting individuals, or by amending the scope or subject of the individuals' likely areas of knowledge. We also reserve the right to assert privileges, if necessary, with respect to any

information known to, or documents held by, these individuals.

EX PARTE CONTACT WITH FORMER EMPLOYEES IS PROHIBITED

Please take notice that plaintiff is prohibited by Court order from ex parte contact with any former employee, officer or agent of the Office of Thrift Supervision ("OTS"), the Federal Home Loan Bank Board (including, but not limited to, the Federal Home Loan Bank of Chicago) ("FHLBB" and "FHLB-Chicago") and the Federal Savings and Loan Insurance Corporation ("FSLIC"). Order, Plaintiffs in All Winstar-Related Cases at the Court, Nos. 90-8, et al., (filed Feb. 20, 1998).

That Order specifically denied a request made on behalf of all private plaintiffs in the Winstar-related cases for permission to interview, outside the presence of Government counsel, former employees of the FHLBB (including the FSLIC) and expressly limited contact by any plaintiff with such employees to formal depositions or informal interviews approved by Government counsel. Id., citing 12 C.F.R. § 510.5 (1997).[1]

Please further take notice that plaintiff also is prohibited by law from ex parte contact with any former officer, employee or agent of the Federal Deposit Insurance Corporation ("FDIC"). 12 C.F.R. Part 309 (1999).

---

[1] See Mot. by Pls' Coordinating Committee for Order Permitting Informal Interviews of Former FHLBB and OTS Employees at 3 (seeking informal interviews to determine "who might have been responsible for actions taken under the auspices of the FHLBB or FSLIC") (filed on or about Dec. 31, 1997).

**EX PARTE CONTACT WITH CURRENT EMPLOYEES IS PROHIBITED**

Please also take notice that plaintiff is barred from ex parte contact concerning this action with any current OTS or FDIC employee, officer, or agent because, as such, they are represented by Government counsel in connection with this action.

**LIST OF NAMES, TITLES, ORGANIZATIONS, AND LIKELY SUBJECTS**

1. David Adkins
   Financial Analyst, MAD
   FSLIC

   Re: Acquisition of Galva, Home, and Mutual

2. Daniel R. Bagus
   Applications Analyst
   FHLB-Chicago

   Re: Acquisition of Republic

3. Sarah Bever
   Financial Analyst, AED
   FHLBB

   Re: Acquisition of Peoria

4. Chester A. Biedron
   Supervisory Agent
   FHLB-Chicago

   Re: Acquisition of Peoria; Acquisition of Republic

5. Leo B. Blaber, Jr.
   Principal Supervisory Agent
   FHLB-Chicago

   Re: Acquisition of Galva, Home, and Mutual;
   Acquisition of Peoria; Acquisition of Republic

6. Kevin J. Blocker
Examiner-in-Charge
FHLBB

Re: Reports of Examination for Galva

7. Patrick P. Bredlau
Supervisory Agent
FHLB-Chicago

Re: Acquisition of Peoria

8. B.J. Brookings
Director, MAD
FSLIC

Re: Acquisition of Republic

9. John M. Buckley, Jr.
Executive Secretary
FHLBB

Re: Acquisition of Galva, Home, and Mutual;
Acquisition of Republic

10. John J. Clarke, Jr.
Assistant Director of Examinations
FHLBB

Re: Acquisition of Republic

11. Mary Creedon
Associate Director
FDIC

Re: Settlement Agreement with FDIC

12. Steven Davidson
Regional Director, AED
FHLBB

Re: Acquisition of Republic

13. Edward A. Eckert
Supervisory Agent
FHLB-Chicago

Re: Acquisition of Peoria; Acquisition of Republic

14. John D. Eilering
Examiner-in-Charge
FHLBB

Re: Reports of Examination for Mutual

15. Edward H. Erickson
Appraisal and Loan Underwriting Specialist
FHLBB

Re: Acquisition of Republic

16. Michael Gassert
Examiner-in-Charge
FHLBB

Re: Reports of Examination for Peoria

17. Philip A. Gerbick
Supervisory Agent
FHLB-Chicago

Re: Acquisition of Galva, Home, and Mutual; Acquisition of Peoria

18. Bimal B. Goel
Applications Analyst
FHLB-Chicago

Re: Acquisition of Peoria

19. Diane Heinz
Financial Analyst, MAD
FSLIC

Re: Acquisition of Republic

20. Herbert J. Held
Regional Director, MAD
FSLIC

Re: Acquisition of Peoria; Acquisition of Republic

21. Patrick J. Hunt
Examiner-in-charge
FHLBB

Re: Reports of Examination for Republic

22. Diana Januska
Financial Analyst
FHLB-Chicago

Re: Acquisition of Republic

23. Michael J. Jaski
Financial Analyst
FHLB-Chicago

Re: Acquisition of Peoria; Acquisition of Republic

24. Randall M. Kiner
Examiner-in-Charge
FHLBB

Re: Reports of Examination for Rock Falls

25. James H. Koulos
Supervisory Analyst
FHLB-Chicago

Re: Acquisition of Peoria

26. Michelle LeClair
Acting Regional Director, AED
FHLBB

Re: Acquisition of Peoria

27. Philip Mento
Coordinator, Expedited Case Processing II
FHLBB

Re: Acquisition of Peoria

28. Stephen J. Mikesell
Examiner-in-Charge
FHLBB

Re: Reports of Examination for Home

29. Helen K. Mirza
Supervisory Agent
FHLB-Chicago

Re: Acquisition of Peoria; Acquisition of Republic

30. Susan Mooney
Supervisory Agent
OTS

Re: Acquisition of Galva, Home, and Mutual

31. Linda B. Plye
Director, Corporate Activities, Office of Regulatory Policy and Supervision
FSLIC

Re: Acquisition of Galva, Home, and Mutual; Acquisition of Peoria; Acquisition of Republic

32. Janice Soergel
Financial Analyst, Financial Assistance Division
FSLIC

Re: Assistance Agreement relating to Republic

33. Gerald B. Stanton
Director, Financial Assistance Division
FSLIC

Re: Acquisition of Galva, Home, and Mutual; Acquisition of Republic

34. Stephen E. Taylor
Examiner-in-Charge
FHLBB

Re: Reports of Examination for Peoria

35. John P. Valek
District Director of Examinations
FHLBB

Re: Acquisition of Peoria

36. Richard D. Weiss
Financial Analyst, AED
FHLBB

Re: Acquisition of Galva, Home, and Mutual

37. Tracy Wiesen
Assistant General Counsel
FHLB-Chicago

Re: Acquisition of Republic

38. Holly Wright
Financial Analyst, AED
FHLBB

Re: Acquisition of Republic

39. Louis E. Wright
Associate Director
RTC

Re: Settlement Agreement with FDIC

DAVID W. OGDEN
Acting Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

PATRICIA A. SMITH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 353-8841

Attorneys for Defendant

September 20, 1999

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 20th day of September, 1999, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "DEFENDANT'S INITIAL DISCLOSURE PURSUANT TO PARAGRAPH IV(A)(1) OF THE DISCOVERY PLAN" addressed as follows:

Melvin C. Garbow
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004-1202

Andrea Bebee