IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOMER J. HOLLAND, STEVEN BANGERT, co-executor of the ESTATE OF HOWARD R. ROSS, AND FIRST BANK | ) | |
| Plaintiffs, | ) | No. 95-524 C |
| v. | ) | (Judge G. Miller) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DEFENDANT'S INTENDED TRIAL WITNESS PHILIP GERBICK**

Plaintiffs respectfully submit this Reply in support of their motion to take the deposition of Philip Gerbick.

As Plaintiffs stated in their opening brief, Mr. Gerbick is the sole individual on either party's list of "will call" witnesses who has not yet given a deposition in this case. Plaintiffs seek the Court's permission to depose Mr. Gerbick so that they may prepare to address Mr. Gerbick's testimony at trial. Though Defendant points to its agent Mr. Gerbick's busy schedule, it does not contend that he is unavailable for a deposition prior to trial, and Plaintiffs are willing to conduct the deposition at a time and place convenient to Mr. Gerbick.

Contrary to Defendant's incorrect characterization, this Court's decision in *Globe* does provide a precedent for the pretrial deposition of a witness who was listed among a party's initial disclosures but not deposed during discovery. *See Globe Savings Bank, FSB*, 61 Fed. Cl. 91, 101-02 (2004). In *Globe*, the plaintiff sought and received this

Court's permission to depose an individual named Harry Potter whom the plaintiff listed in its own initial disclosures 6 years prior to trial, but whom the plaintiff did not depose and did not list as an intended trial witness. *Id.* After the government listed Mr. Potter as a possible trial witness in its RCFC Appendix A, ¶13 disclosures, the plaintiff sought and received permission to take Mr. Potter's deposition. *Id.* Defendant's opposition brief fails even to acknowledge that the *Globe* court authorized the deposition of the previously identified witness, Mr. Potter.

As in *Globe*, this court should exercise its discretion to permit Plaintiffs to depose the previously identified witness here, Mr. Gerbick, before he testifies at trial.[1]

---

[1] To accommodate Mr. Gerbick's schedule, Plaintiffs are willing to depose him either in Chicago before trial begins, or after the start of trial in Washington DC at least 24 hours before he is to testify.

Respectfully submitted,

/s/ David B. Bergman
David B. Bergman
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (tel.)
(202) 942-5999 (fax)

Counsel for plaintiffs
Holland and Ross and First Bank.

*Of Counsel*:
Melvin C. Garbow
Howard N. Cayne
Michael A. Johnson
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

*Co-counsel for First Bank*:
Donald J. Gunn, Jr., Esq.
Sharon R. Wice, Esq.
Gunn and Gunn
First Bank Building
Creve Coeur
11901 Olive Blvd., Suite 312
P.O. Box 419002
St. Louis, Missouri 63141
(314) 432-4550 (tel.)
(314) 432-4489 (fax)

Dated: November 8, 2007

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of November 2007, I caused the foregoing **PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DEFENDANT'S INTENDED TRIAL WITNESS PHILIP GERBICK** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: November 8, 2007

/s/ Joshua P. Wilson
Joshua P. Wilson