# EXHIBIT 1

ARNOLD & PORTER
555 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20004-1206
(202) 942-5000
FACSIMILE: (202) 942-5999

NEW YORK
DENVER
LOS ANGELES
LONDON

DAVID B. BERGMAN
(202) 942-5474

September 19, 2000

Ms. Mary Woodward
Alderson Reporting Company
1111 14th Street, N.W.
Suite 400
Washington, DC 20005

**Re: <u>Holland & Ross v. U.S.</u>**

Dear Mary:

Enclosed are the errata sheets and signature page from the deposition of Allen Blake taken on July 7, 2000.

Best regards.

Sincerely,

David B. Bergman

Enclosures

cc: Patricia Smith, Esq. (w/encl.)

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 21, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 7, 2000
Deponent: Allen Blake
Place: Clayton MO
Ref. No.: 1638-2

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 6 | 4 | LYBURN | LYBRAND | MISSPELLED |
| 6 | 9 | LYBURN | LYBRAND | MISSPELLED |
| 6 | 16 | LYBURN | LYBRAND | MISSPELLED |
| 7 | 24 | LYBURN | LYBRAND | MISSPELLED |
| 8 | 3 | LYBURN | LYBRAND | MISSPELLED |
| 8 | 10 | LYBURN | LYBRAND | MISSPELLED |
| 9 | 4 | AMERA BANC | AMERIBANC | MISSPELLED |
| 13 | 13 | PROVISO | FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF PROVISO TOWNSHIP | SHORT NAME REFERENCE |
| 18 | 14 | APPOSED | OPPOSED | MISSPELLED |
| 19 | 4 | IS WORTH | NET WORTH | CLARIFY |
| 23 | 8 | TO DO ONE. | TO DO. | CLARIFY |
| 23 | 18 | A MILLION | SEVERAL | CORRECTION |
| 24 | 10 | SHRIVER | SCHREIBER | CORRECTION |
| 24 | 17 | STURCKAN | TURKCAN | CORRECTION |
| 26 | 5 | OR ANY VALUE | OR ASSIGN ANY VALUE | CORRECTION |

[signature]
Signature of Deponent

9/20/00
Date of Signature

Page 2 of 5

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 21, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 7, 2000
Deponent: Allen Blake
Place: Clayton MO
Ref. No.: 1638-2

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 27 | 5 | UNIQUE, THAT'S | UNIQUE THAT'S | CORRECT PUNCTUATION |
| 27 | 17 | APPOSED | OPPOSED | MISSPELLED |
| 29 | 21 | MORTGAGE BANK | MORTGAGE BACKED | CORRECTION |
| 30 | 4 | MDS | MBS | CORRECTION |
| 34 | 16 | IN THE 1990S. | IN 1990 | CLARIFY |
| 34 | 17 | MILES OR SO. | MILES OR SO AWAY. | CORRECTION |
| 34 | 22 | CIRCULATED ANYBODY | CIRCULATED TO ANYBODY | CORRECTION |
| 34 | 24 | GOT A LIST | GOT ON THE LIST | CORRECTION |
| 44 | 5 | SEVER | SEVERAL | CORRECTION |
| 46 | 5 | MANAGER SERVICE | MORTGAGE SERVICE | CORRECTION |
| 48 | 7 | TURKIN | TURKCAN | MISSPELLED |
| 71 | 4 | BILLING | BUILT-IN | CORRECTION |
| 75 | 9 | BANC OF TEXAS | BANCTEXAS | CORRECTION |
| 76 | 16 | FRANCHISER | FRANCHISE | CORRECTION |
| 76 | 23 | APPOSED | OPPOSED | MISSPELLED |

[signature]

Signature of Deponent

9/15/00

Date of Signature

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 21, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 7, 2000
Deponent: Allen Blake
Place: Clayton MO
Ref. No.: 1638-2

| Page | Line | Now Reads | CORRECTIONS: Should Read | Reasons Therefore |
|---|---|---|---|---|
| 77 | 4 | NEW INTEREST SPREAD | NET INTEREST SPREAD | CORRECTION |
| 81 | 11 | NEW INTEREST MARGIN | NET INTEREST MARGIN | CORRECTION |
| 86 | 9 | FDA | FBA | CORRECTION |
| 88 | 17 | CALCULOUS | CALCULATION | CORRECTION |
| 89 | 22 | DEFINITION | DEFINITIVE AGREEMENT | CLARIFY |
| 93 | 7-8 | PRESENT A VALUE PACKAGE | PRESENT VALUE PERCENTAGE | CORRECTION |
| 93 | 10-11 | THE SEPARATE CALCULATION COST OF | A SEPARATE CALCULATION THE COST | CLARIFY |
| | | | | |
| 94 | 16 | 13.5 MILLION | 33.5 MILLION | CLARIFY |
| 97 | 10 | BEEN ME ON | BEEN ON | CORRECTION |
| 99 | 9 | STURCKAN | TURKCAN | MISSPELLED |
| 100 | 8 | APPOSED | OPPOSED | MISSPELLED |
| 104 | 1 | SAY | SAYS | CORRECTION |
| 104 | 10 | CALCULATION | CALCULATING | CORRECTION |
| 104 | 12 | BY MERGING | OF MERGING | CLARIFY |

[signature]
Signature of Deponent

9/15/00
Date of Signature

Page 4 of 5

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 21, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 7, 2000
Deponent: Allen Blake
Place: Clayton MO
Ref. No.: 1638-2

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 109 | 9 | RESTRUCTURE | STRUCTURE | CORRECTION |
| 123 | 14 | BOOK OF | BOOK VALUE OF | CORRECTION |
| 126 | 11 | 2 1/2 | $2.5 MILLION | CLARIFY |
| 128 | 12 | $18.2 MILLION LESS | $11.2 MILLION MORE | TRANSCRIPTION INCORRECT |
| 128 | 9 | Yes | ATTACHMENT A | TRANSCRIPTION DOES NOT REFLECT ACTUAL TESTIMONY |
| 128 | 14 | SOMETHING CLOSE TO THAT, YES. | ATTACHMENT B | TRANSCRIPTION DOES NOT REFLECT ACTUAL TESTIMONY |

[signature]
Signature of Deponent

9/15/00
Date of Signature

Page 5 of 5

Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 7, 2000
Deponent: Allen Blake
Place: Clayton MO
Ref. No. 1638-2

**Attachment A**

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 128 | 9 | Yes | Yes, if the NOLs had been used to shelter earnings before we acquired River Valley, and if the previous owners had dividended out to themselves the $14 million in earnings sheltered by the NOLs, we would have paid about $3.6 million less for River Valley than we did for River Valley with the NOLs. If the previous owners had been able to use the NOLs and then kept the sheltered earnings in the company as retained earnings, we would have paid substantially more for River Valley than we actually did. | Transcription does not reflect actual testimony |

**Attachment B**

| | | | | |
|---|---|---|---|---|
| 128 | 14 | Something close to that, yes. | Something close to that, yes. By selling the NOLs to us for $3.6 million, Holland and Ross probably received about $2.8 million net, after taxes, as opposed to approximately $14 million income after tax they could have achieved if they had been able to use all of the $40 million in NOLs themselves. | Transcription does not reflect actual testimony |

Allen L. Blake
9/10/00