# EXHIBIT 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CERTIFIED COPY

HOMER J. HOLLAND and HOWARD )
R. ROSS, )
)
Plaintiffs, )
)
vs. ) No. 95-524C
THE UNITED STATES OF AMERICA, )
)
Defendant. )

Deposition of DIANA JANUSKA
(Taken by Plaintiff)
Chicago, Illinois
August 11, 2000

Reported by: Melissa Belice, CSR No. 084-003391

MATERIAL REDACTED

Q. A good transaction for the government.
A. It resolved three cases.
Q. And that's good for the government at this point?
A. You know, I don't know if good for the government is a -- what do you mean by good for the government?
Q. Was the government's goal to resolve these three cases?

A. At the time in my position, that was my understanding, yes, it was our goal.

Q. When the government achieves its goal, that is generally a good thing for the government, would you agree with that?

A. I guess, yeah.

Q. So therefore if the sale of these three insolvent thrifts through Holland and Ross

MATERIAL REDACTED