# EXHIBIT 6

**Certified Copy**



UNITED STATES COURT OF FEDERAL CLAIMS

```
- - - - - - - - - - - - - - - -X
HOMER J. HOLLAND and          :
HOWARD R. ROSS,               :
          Plaintiffs,         :
    v.                        :  No. 95-524C
UNITED STATES OF AMERICA,     :  (Senior Judge
          Defendant.          :  Loren A. Smith)
- - - - - - - - - - - - - - - -X
```

Deposition of PAUL A. GRIFFIN

Volume I

(Taken by Plaintiffs)

San Francisco, California

February 11, 2002

Reported by: Jan C. Olivieri, CSR No. 5451

MATERIAL REDACTED

Q. Okay. And by successful transaction, that means that River Valley is able to acquire SAFSB in the but for world, and use the River Valley NOLs to shelter the San Antonio income, leaving to one side the question of quantifying what that means, but that's -- that's what we've defined as successful outcome, and you think that's more likely than not; is that true?

MATERIAL REDACTED