# EXHIBIT 7

UNITED STATES COURT OF FEDERAL CLAIMS

CERTIFIED COPY

HOMER J. HOLLAND and HOWARD R. ROSS,

Plaintiffs,

Case No. 95-524

- versus -

THE UNITED STATES,

Defendant.

August 3, 2000
Washington, D.C.

VIDEOTAPED DEPOSITION OF:

HOWARD R. ROSS,

a Plaintiff in the above-entitled cause, called for examination by counsel for the Defendant, pursuant to notice and agreement of counsel as to time and place, held at 555 Twelfth Street, N.W., Washington, D.C. 20004-1206, commencing at 9:05 a.m. before Maria Pugliese, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

MATERIAL REDACTED

A (Witness perusing document.)

Q Do you recall ever having seen this particular document before?

A I do not.

Q The cover letter references that it's a three-year business plan that's been updated. And

what was the purpose of preparing a three-year business plan?

A I believe the regulators wanted a three-year business plan.

MATERIAL REDACTED

MATERIAL REDACTED

Q And what was the -- why were S&Ls falling out of the sky?

A I can go through a long dissertation of that. They just -- the cost of funds exceeded the cost of loan -- in other words, the cost of funds

exceeded -- in most cases exceeded the rate of maturing on the mortgages. They may have had an eight percent cost of the funds and six percent on rate on the mortgages, that caused the problem.

And there are other factors as well and they have been told far and -- far and wide, you have loans, et cetera, et cetera.

Now, I could take you back to Congress and all the things that they have done, allow S&L to do things they have no right doing because they didn't have the expertise to do it. But we won't do that at this time, with your permission, sir.

Q Are you referring to the congressional made act or --

A I don't remember the name of it.

Q Okay. Did the cost of funds issue that you mentioned affect any of the River Valley entities?

A I'm sure it did, but it was profitable in spite of that.

Q And to what do you attribute the fact that --

A Good business --

Q -- River Valley --

A Good business practices.

Q And what were those good business practices?

A Making loans and investments that met our criteria which were standards were soundness and far above the criteria of most other S&Ls.

MATERIAL REDACTED