# EXHIBIT 8

**U.S. Department of Justice**

Civil Division
Tel: (202) 305-7562

October 5, 2000

Alderson Reporting Co.
Suite 400
1111 14th Street, NW
Washington, DC 20005

Re: Holland and Ross v. United States, No. 95-524C
Bank of America v. United States, No. 95-660C
American Capital Corp. et al. v. United States, No. 95-523C

Attn: Office Manager

Transmitted with this letter please find copies of the signed errata sheets and signature pages for the deposition transcript of **Ronald Neal Karr** taken on July 12, July 13 and August 4, 2000.

I am also sending copies of these documents to counsel who participated in the deposition.

Please call me if you have questions regarding this matter.

Very truly yours,

Tonia J. Tomatore
Trial Attorney
Commercial Litigation Branch

Enclosures

cc: Howard N. Cayne, Esq., Arnold & Porter
Rachel Brand, Esq., Cooper, Carvin & Rosenthal
Patricia A. Smith, Esq., DOJ

ORIGINAL

FROM: Alderson Reporting Company
1111 14th Street, NW
Washington, DC 20005-5650
1-800-FOR-DEPO / 202-289-2221 FAX

SENT TO: Tonia Tomatore, Esq.
Department of Justice
1100 L Street NW
Rm 7033
Washington, DC 20005

NOTICE REGARDING SIGNING DEPOSITION TRANSCRIPT
ORIGINAL DOCUMENTS ENCLOSED

DATE: July 28, 2000
Case Name: Holland & Ross vs. United States
Dep. Date: July 12, 2000
Deponent: Karr
Place: Chicago IL
Ref. No.: 1682-1

ENCLOSURES: Original Transcript
Errata sheet to be completed

Instructions:

1. The witness should review the deposition transcript and sign the original where indicated in the signature block on the last page of the transcript; this transcript must be signed before a Notary Public.

2. The corrections to the transcript must be made in ink on the errata pages provided; all completed errata pages must be signed by the witness. It is important that the witness use the errata pages rather than making corrections directly to the transcript pages.

3. You are reminded that pursuant to the Federal Rules of Civil Procedure and applicable state Court rules, the witness has thirty days from receipt of the transcript to read and sign it. The signed transcript and any errata pages must be forwarded to the attorney who took the deposition as listed below. A method of delivery which provides the sender with proof of delivery should be selected.

RETURN ENCLOSURES TO:

*By copy of this form to the Attorney who took the Deposition, we are returning any Original Exhibits previously retained by the court reporter.
David Bergman, Esq.
Arnold & Porter
555 12th Street NW

Washington, DC 20004

Page 1 of ____

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 28, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 12, 2000
Deponent: Karr
Place: Chicago IL
Ref. No.: 1682-1

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 34 | 20 | Benhum | Benham | Correct Spelling |
| 35 | 6 | B-e-n-h-u-m | Be-n-h-a-m | " " |
| 35 | 7 | Benhum | Benham | " " |
| 35 | 12 | Benhum | Benham | " " |
| 41 | 1 | Holland I | Holland and I | Correct grammar |
| 58 | 22 | has an | have two | Correct meaning |
| 58 | 23 | director | directors | " " |
| 69 | 6 | any | many | correct statement |
| 69 | 19 | any today | any SS today | " " |
| 79 | 23 | FSP | FSB | " Word |
| 87 | 19 | is | are | " grammar |
| 89 | 10 | no | a | " Meaning |
| 94 | 15 | active | adverse | " word |
| 95 | 20 | ever | never | " word |
| 97 | 9 | would | could | " word |

Donald D. Karr
Signature of Deponent

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 28, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 12, 2000
Deponent: Karr
Place: Chicago IL
Ref. No.: 1682-1

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 99 | 25 | the '90s | the early '90s | Clarify statement |
| 100 | 17 | FEFE (phonetic) Act | FFIEC | Correct Acronym |
| 103 | 12 | in | and | " word |
| 112 | 23 | rates | ratings | " " |
| 115 | 14 | Chuck | Chet | " name |
| 117 | 7 | and | of | " word |
| 123 | 3 | lost | loss | " " |
| 123 | 22 | lost | loss | " " |
| 191 | 23 | different | difference | " " |
| 203 | 8 | under | on their | " Statement |
| 215 | 11 | acquisition | application | " Word |
| 221 | 9 | down | done | " " |
| 228 | 3 | industry | institution | " " |
| | | | | |
| | | | | |

Ronald W. Karr
Signature of Deponent

9-27-'00
Date of Signature

risk"?

A. Yes.

Q. Having read this document, do you have any clearer or better insight or understanding as to what Ms. Frank means with respect to the use of that phrase, in the context of River Valley?

A. I do not.

MR. CAYNE: Off the record -- it's 5:35. We will reconvene at 9:00 a.m. Off the record.

(Whereupon, at 5:35 p.m. the taking of the instant deposition ceased.)

Ronald N. Karr
Signature of the Witness

SUBSCRIBED AND SWORN TO before me this 28th day of September, 2000.

Patrick M Settanni
Notary Public

OFFICIAL SEAL
PATRICK M SETTANNI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/12/04

ORIGINAL

FROM: Alderson Reporting Company
1111 14th Street, NW
Washington, DC 20005-5650
1-800-FOR-DEPO / 202-289-2221 FAX

SENT TO: Tonia Tornatore, Esq.
Department of Justice
1100 L Street NW
Rm 7033
Washington, DC 20005

NOTICE REGARDING SIGNING DEPOSITION TRANSCRIPT
ORIGINAL DOCUMENTS ENCLOSED

DATE: July 28, 2000
Case Name: Holland & Ross vs. United States
Dep. Date: [redacted]
Deponent: Karr
Place: Chicago IL
Ref. No.: 1682-2

ENCLOSURES: Original Transcript
Errata sheet to be completed

Instructions:

1. The witness should review the deposition transcript and sign the original where indicated in the signature block on the last page of the transcript; this transcript must be signed before a Notary Public.

2. The corrections to the transcript must be made in ink on the errata pages provided; all completed errata pages must be signed by the witness. It is important that the witness use the errata pages rather than making corrections directly to the transcript pages.

3. You are reminded that pursuant to the Federal Rules of Civil Procedure and applicable state Court rules, the witness has thirty days from receipt of the transcript to read and sign it. The signed transcript and any errata pages must be forwarded to the attorney who took the deposition as listed below. A method of delivery which provides the sender with proof of delivery should be selected.

RETURN ENCLOSURES TO:

*By copy of this form to the Attorney who took the Deposition, we are returning any Original Exhibits previously retained by the court reporter.
David Bergman, Esq.
Arnold & Porter
555 12th Street NW

Washington, DC 20004

Page 1 of 3

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 28, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 13, 2000
Deponent: Karr
Place: Chicago IL
Ref. No.: 1682-2

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 251 | 11 | Ross | Holland | correct statement |
| 252 | 7 | Ross | Holland | " " |
| 255 | 21 | Various | nefarious | " word |
| 258 | 8 | we | would | " word |
| 281 | 25 | valuate | evaluate | " " |
| 308 | 12 | a premium | a significant premium | " statement |
| 208 | 13 | a premium | a significant premium | " " |
| 310 | 8 | premium | a significant premium | " " |
| 321 | 6 | they | that | " word |
| 323 | 4 | with regulatory affairs | regulatory affairs | " title |
| 330 | 8 | mark to mark | mark to market | " word |
| 334 | 6 | know | knew | " " |
| 338 | 24 | risk | list | " " |
| 346 | 1 | relay | leeway | " " |
| 344 | 19 | he | they | " " |

Donald N. Karr

Signature of Deponent

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 28, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 13, 2000
Deponent: Karr
Place: Chicago IL
Ref. No.: 1682-2

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 346 | 24 | phasing | phase in | Correct word |
| 347 | 19 | Dubuque | Topeka | Correct city |
| 358 | 4 | acquire | require | " word |
| 362 | 15 | that | then | " word |
| 362 | 17 | they don't have | they have | " statement |
| 369 | 2 | their tangible | their negative tangible | " " |
| 395 | 15 | Chicago | Seattle | " City |
| 417 | 8 | cease | seize | " Word |
| 417 | 16 | cease | seize | " word |
| 418 | 4 | cease | seize | " " |
| 424 | 20 | passed | past | " " |
| 428 | 16 | ceased | seized | " " |
| 433 | 10 | prefer | refer | " " |
| 448 | 10 | and | in | " " |
| 449 | 4 | and | in | " " |

Ronald W. Karr
Signature of Deponent

Page 3 of 3

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: July 28, 2000
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: July 13, 2000
Deponent: Karr
Place: Chicago IL
Ref. No.: 1682-2

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 450 | 3 | act as | ~~[illegible]~~ access RK | Correct words |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Donald N Karr
Signature of Deponent

9-28-'00
Date of Signature

MS. TORNATORE: Mr. Cayne, can you represent how much more time you have?

MR. CAYNE: I would represent, Ms. Tornatore, that I have between one and three hours left.

MS. TORNATORE: Okay.

MR. CAYNE: Off the record.

(Whereupon, said deposition was continued sine die.)

Ronald N Karr
Signature of the Witness

SUBSCRIBED AND SWORN TO before me

this 4th day of October, 2000.

Patrick M Settanni
Notary Public

My commission expires: June 12, 2004

OFFICIAL SEAL
PATRICK M SETTANNI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/12/04

COPY

FROM: Alderson Reporting Company
1111 14th Street, NW
Washington, DC 20005-5650
1-800-FOR-DEPO / 202-289-2221 FAX

SENT TO: Tonia Tornatore, Esq.
Department of Justice
1100 L Street NW
Rm 7033
Washington, DC 20005

NOTICE REGARDING SIGNING DEPOSITION TRANSCRIPT
ORIGINAL DOCUMENTS ENCLOSED

DATE: August 29, 2000
Case Name: Holland & Ross vs. United States
Dep. Date: August 4, 2000
Deponent: Ronald Karr (continued)
Place: Chicago IL
Ref. No.: 1758-2

ENCLOSURES: Original Transcript
Errata sheet to be completed

Instructions:

1. The witness should review the deposition transcript and sign the original where indicated in the signature block on the last page of the transcript; this transcript must be signed before a Notary Public.

2. The corrections to the transcript must be made in ink on the errata pages provided; all completed errata pages must be signed by the witness. It is important that the witness use the errata pages rather than making corrections directly to the transcript pages.

3. You are reminded that pursuant to the Federal Rules of Civil Procedure and applicable state Court rules, the witness has thirty days from receipt of the transcript to read and sign it. The signed transcript and any errata pages must be forwarded to the attorney who took the deposition as listed below. A method of delivery which provides the sender with proof of delivery should be selected.

RETURN ENCLOSURES TO:

*By copy of this form to the Attorney who took the Deposition, we are returning any Original Exhibits previously retained by the court reporter.
Howard Cayne, Esq.
Arnold & Porter
555 12th Street NW

(Whereupon, at 12:16 p.m. the taking of the instant deposition ceased.)

Ronald N. Karr
Signature of the Witness

SUBSCRIBED AND SWORN TO before me this 28th day of September, 2000.

Patrick M Settanni
Notary Public

My commission expires:

OFFICIAL SEAL
PATRICK M SETTANNI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/12/04

# CHANGES/CORRECTIONS

| Page/Line | From | To |
|---|---|---|
| 496 / 10 | 1.7 of | 1.7 billion dollars of |
| 522 / 24 | continued | modified |
| 523 / 2 | continued | modified |
| 535 / 15 | probably | probable |
| 535 / 23 | probably | probable |
| 537 / 1 | passed | it passed |
| 554 / 12 | approvable | approval |

Ronald N. Karr
Witness signature

9-28-00
Date