IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **HOMER J. HOLLAND, STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and FIRST BANK,** | |
| **Plaintiffs,** | **Case No. 95-524C** |
| **v.** | **(Judge George W. Miller)** |
| **THE UNITED STATES,** | **(Winstar-Related Case)** |
| **Defendant.** | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFFS' COUNTER-DESIGNATIONS TO DEFENDANT'S FACT WITNESS DEPOSITION DESIGNATIONS**

Pursuant to the Court's October 5, 2007 order, the Court granted plaintiffs' motion to admit as substantive evidence portions of the depositions of Ronald Karr, Lawrence Kenny, Diana Januska, Larry Ferries, and Paul Griffin and deceased fact witnesses Leo Blaber and Howard Ross. Defendant, the United States, submitted (1) our designations of additional portions of these deposition transcripts that should in fairness be considered contemporaneously with plaintiffs' submissions and (2) our objections to the admissibility of plaintiffs' designated transcript excerpts upon bases other than hearsay. Pursuant to the Court's October 5, 2007, and October 16, 2007 orders, we also filed a motion to admit portions of the deposition testimony of Homer J. Holland and Allen Blake as party admissions. Plaintiffs have now submitted counter-designations of the deposition testimony of Messrs. Holland, Blake, Karr, Griffin, and Ross and Ms. Januska. We respectfully submit our objections to the counter-designated deposition testimony. We reserve the right to introduce plaintiffs' designations, should plaintiffs choose not

to introduce certain passages of their own designations.

## I. Objections To Plaintiffs' Counter-Designations Of The Fact Deposition Testimony Of Homer J. Holland

| Transcript Citation | Objection |
|---|---|
| 7/19/2000 Tr. 55:1-5 | Incomplete answer. The designated section is missing line 6. |
| 7/20/2000 Tr. 149:25-150:6 | Incomplete question and answer. The designated section should include Tr. 149:22-24. |

## II. Objections To Plaintiffs' Counter-Designations Of The Deposition Testimony Of Allen Blake

| Transcript Citation | Objection |
|---|---|
| Tr. 90:3-95:20 | Overlaps with defendant designation 89:1-92:8. |
| Tr. 103:17-104:18 | Beyond scope of proper counter-designation. |
| Tr. 125:5-9 | Beyond scope of proper counter-designation; leading. |
| Tr. 125:21-126:12 | Beyond scope of proper counter-designation; FRE 402: irrelevant as relates to disavowed lost profits claim; compound question. |
| 126:13-21 | Leading. |
| 127:5-12 | Beyond scope of proper counter-designation; FRE 402: irrelevant as relates to disavowed lost profits claim; compound question. |
| 127:13-128:14 | Beyond scope of proper counter-designation; FRE 402: irrelevant as relates to disavowed lost profits claim; leading. |
| 130:6-133:12 | Beyond scope of proper counter-designation. |

## III. Objections To Plaintiffs' Counter-Designations Of The Deposition Testimony Of Diana Januska

| Transcript Citation | Objection |
|---|---|
| 8/11/00 Tr. 19:17 | No question pending. |
| 8/11/00 Tr. 19:18 | Non-responsive; argumentative. |
| 8/11/00 Tr. 19:19-20 | Vague and ambiguous as to the word "that's" and the phrase "at this point." |
| 8/11/00 Tr. 20:3-5 | Calls for speculation; FRE 402: irrelevant. |
| 8/11/00 Tr. 20:7-8 | Omits question. |

## IV. Objections To Plaintiffs' Counter-Designations Of The Deposition Testimony Of Ronald Karr

| Transcript Citation | Objection |
|---|---|
| 7/12/00 Tr. 73:25-74:4 | Compound question. |

## V. Objections To Plaintiffs' Counter-Designations Of The Deposition Testimony Of Dr. Paul Griffin

| Transcript Citation | Objection |
|---|---|
| Tr. 161:14-20 | Lack of foundation, compound, vague, and ambiguous as to specific terms of, and assumptions underlying, the hypothetical acquisition and tax shelter transactions that may have been the subject of the question. Completeness requires consideration of previously counter-designated Tr. 150:11-158:11; 160:3-161:6; 161:21-162:13, as to the uncertainty and speculation inherent in the question posed and the answer given. |

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640

Of Counsel:
SCOTT D. AUSTIN
KENNETH M. DINTZER
ELIZABETH A. HOLT
WILLIAM G. KANELLIS
BRIAN A. MIZOGUCHI
AMANDA L. TANTUM
JOHN J. TODOR
SAMEER YERAWADEKAR

November 15, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2007, a copy of the foregoing "DEFENDANT'S OBJECTIONS TO PLAINTIFFS' COUNTER-DESIGNATIONS OF DEFENDANT'S FACT WITNESS DEPOSITION DESIGNATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson