# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

HOLLAND AND ROSS, )

Plaintiffs, )

No. 95-524C

- versus - ) Senior Judge Smith

THE UNITED STATES, )

Defendant. )

---

October 23, 2001
Washington, D.C.

CONTINUED VIDEOTAPED DEPOSITION OF:

S. LYNN STOKES,

a witness in the above-entitled cause, called for examination by counsel for the Defendant, pursuant to notice and agreement of counsel as to time and place, held at 555 Twelfth Street, N.W., Washington, D.C., 20004-1206, commencing at 9:12 a.m., before Maria Pugliese, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: November 5, 2001
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: October 22, 2001
Deponent: Lynn Stokes
Place: Washington DC
Ref. No.: 1447-11

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 31 | 18 | evaluation | valuation | |
| 40 | 20 | difference | different | |
| 43 | 15 | things are | things that are | |
| 44 | 5 | about | among | |
| 57 | 15 | links that | length at what | |
| 58 | 24 | the accretive | accreting the | |
| 81 | 11 | went it | went at it | |
| 88 | 6 | marketing | marketed | |
| 88 | 14 | union | onion | |
| 100 | 12 | mid | net | |
| 118 | 16 | They | As I | |
| 121 | 11 | to railroad | to run a railroad | |
| 123 | 9 | typing | timing | |
| 131 | 22 | and | in | |

[signature]
Signature of Deponent

12-3-01

ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: November 5, 2001
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: October 22, 2001
Deponent: Lynn Stokes
Place: Washington DC
Ref. No.: 1447-11

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 136 | 23 | NOT | Net | |
| 138 | 24 | Ref Prox | Rev Prox | |
| 144 | 14 | in | and | |
| 146 | 13 | a loan | of a loan | |
| 151 | 12 | Carrying | Carrying value of the liabilities | |
| 151 | 15 | extent | event | |
| 155 | 12-23 | The text at this point would seem to indicate that the reporter omitted a shift from Mr Stokes to Mr Murphy. It seems that that should occur at the end of the sentence which carries over to line 15, i.e., after the word point. If this is important someone should review the tapes to see if that is true. | | |

Signature of Deponent

12-3-01

# ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: November 5, 2001
Case Name: Holland & Ross vs. Uni[illegible]d States
Case Number: 95-524
Dep. Date: October 22, 2001
Deponent: Lynn Stokes
Place: Washington DC
Ref. No.: 1447 1

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 157 | 6 | heard | read | |
| 159 | 3 | they told them to | they sold them to | |
| 170 | 9 | out | up | |
| 176 | 22 | $2 million | $200 million | |

Signature of Deponent

12-3-01

# ERRATA SHEET FOR THE TRANSCRIPT OF:

Notice Date: November 6, 2001
Case Name: Holland & Ross vs. United States
Case Number: 95-524
Dep. Date: October 23, 2001
Deponent: S. Stokes (cont)
Place: Washington DC
Ref. No.: 1447-12

CORRECTIONS:

| Page | Line | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 202 | 19 | in the | into | |
| 202 | 23 | in the | into | |
| 204 | 19 | in the | into | |
| 219 | 12 | book | tax | |
| 239 | 5 | at | ~~at~~ | |
| 239 | 8 | of | to | |
| 240 | 24 | Purchasing | Purchase and | |
| 242 | 10 | is | are | |

Signature of Deponent

12-3-01
Date of Signature

question. Why don't we since it's late in the day and everybody seems to be dragging a little bit, call it quits for today and come back tomorrow and we can finish up. Go off the record.

THE VIDEOGRAPHER: The time is 4:13. We're going off the record. This is the end of tape number 3 and the end of testimony for October 22nd, 2001.

(Whereupon, at 4:13 p.m., the deposition adjourned to be resumed on Tuesday, October 23, 2001, at 9:00 a.m.)

[signature]

Signature of the Witness

SUBSCRIBED AND SWORN to before me this 3 day of December, 2001.

Karlee Jo Bailey

NOTARY PUBLIC

My Commission expires: June 8 2002

OFFICIAL NOTARY SEAL
KARLEE JO BAILEY
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC749604
MY COMMISSION EXP. JUNE 8,2002

ACKNOWLEDGEMENT OF DEPONENT

I, S. LYNN STOKES, do hereby acknowledge that I have read and examined pages 183 through 284, inclusive, of this transcript of my deposition and that:

(Check appropriate box.)

( ) the same is a true, correct and complete transcript of the answers given by me to the questions therein recorded.

( ) except for the changes noted in this attached Errata sheet, the same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

________________ Date

S Lynn [signature]
Witness Signature

CERTIFICATE OF NOTARY PUBLIC

Sworn and subscribed to before me this 3 day of December, 2001.

Karlee Jo Bailey
Notary Public
My Commission Expires
June 8 2002

OFFICIAL NOTARY SEAL
KARLEE JO BAILEY
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC749604
MY COMMISSION EXP. JUNE 8,2002