# EXHIBIT 3

UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - -X

HOMER J. HOLLAND and :

HOWARD R. ROSS, :

Plaintiffs, :

v. : No. 95-524C

UNITED STATES OF AMERICA, :

Defendant. :

- - - - - - - - - - - - - - -X

ORIGINAL

Washington, D.C.

Thursday, October 11, 2001

Deposition of NEIL B. MURPHY, Ph.D., a Witness herein, called for examination by counsel for Defendant in the above-entitled matter, pursuant to notice, the witness being duly sworn by Paul A. Gasparotti, a Notary Public in and for the State of Maryland, taken at the offices of Arnold & Porter, 555 12th Street Northwest, Washington, D.C., at 9:08 a.m., Thursday, October 11, 2001, and the proceedings being taken down by Stenotype by Paul A. Gasparotti, and transcribed under his direction.

MATERIAL
REDACTED

We then discussed the issues in the case, but most of my contact with the, or my dealings and analysis has been with Mr. Bergman and his associates.

MATERIAL
REDACTED

MATERIAL
REDACTED

Q. With respect to the report that you have provided to us, which of the various positions that you have held in your career do you think provide you with a basis to provide the testimony that you have provided?

A. All of them. My whole career has been, I have studied financial institutions and markets ever since I got my Ph.D. in economics, and I have done it at the policy level, having worked for a

Presidential commission, I have done it at the agency research level, I have done it as a scholar, I have done it as an academic in the private sector, consulting and research. So it's pretty hard for me to say which one is disentangled from my whole career and say which is pertinent, I think it all is.

MATERIAL
REDACTED

Q. Did you teach any courses related to FIRREA or the performance of the thrifts in either the 1980s or 1990s?

A. I teach courses in financial institutions and markets, so it's pretty hard not to cover that. I have been working, for example, on the question of other countries implementing deposit insurance programs, so the whole question of deposit insurance and its implementation and

impact and so forth is something I cover in my classes.

Q. In your courses, did you ever discuss the impact of FIRREA on individual institutions or institutions as a whole?

A. I think mostly the latter.

Q. And in what context would you have done that?

A. Well, when we teach classes at the financial management or the financial institutions management level, we are, if you're going to do this right, you have to cover the regulatory environment in which the financial management decisions occur. So it's, and it's usually helpful for students' understanding to develop the evolution of the financial system as we know it today and how it got there, and FIRREA and FDICIA, among others, would be a building block in that discussion to help our students understand what I a financial institution manager or management has to deal with.

MATERIAL REDACTED

MATERIAL
REDACTED

Q. Have you while working at any of the various places you have worked performed valuation of a thrift or a bank?

A. I have done consulting work that involved thrifts, support for thrift management. I don't know if you would call that valuation. I did work for the Massachusetts Savings Bank that involved a great deal of empirical analysis of

their operating costs and how to manage them efficiently using econometric techniques. I don't know if that answers -- I mean, I did it. Is that valuation in the context of what you're saying, I'm not sure.

MATERIAL
REDACTED

MATERIAL
REDACTED

sure. This summer I worked with the deposit insurance agency in Colombia, in Bogota, to develop a, help them develop a mortgage-backed securities market in which they would provide the guarantee to the investors for the secondary mortgage market or the mortgage-backed securities. I was working on modeling, helping them with modeling the -- well, valuing the mortgages, valuing the portfolio and valuing what fund they would need to provide the guarantee and what assessment they would need to charge to have that be a financially viable operation, so that's what I did. Whether you call that valuation or not, I don't know.

Q. So it was not something already in place, but it was something else?

A. It was design.

Q. Would you consider a cross-study such as that to be valuation?

A. We certainly had to go -- once again, I explained what I did or what we did, and it was a major effort, I was one small part of it, and the intent was to do the work in such a way that they would have a viable fund. In a way it was somewhat similar conceptually to the work in Thailand. Is that valuation, determining the size of a fund necessary, is that valuation, yeah, I think it probably is.

MATERIAL
REDACTED

MATERIAL
REDACTED

you were going to replace capital with some other capital, that you would evaluate the costs and benefits of doing so prospectively into the future and make a decision, and that's not what we're doing here. We're looking back at a situation and saying what is an approach, a logical approach to do a calculation of what it would have cost if they had replaced that capital, given the scenario as it existed at that time. I don't know if that answers your question.

MATERIAL
REDACTED

MATERIAL
REDACTED

Q. And why not?

A. Because there is a net addition to the capital position of the organization. What we're talking about here is, if I can use the language of a breach, that there was capital disallowed and for regulatory purposes, that particular form of capital had to be replaced. That capital had, so the cost of the, the net effect of replacing for example debt which has a certain interest cost with dividends which had certain dividend costs, and the tax implications would have to be considered in this case.

MATERIAL
REDACTED

U.S. COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - X

ORIGINAL

HOMER J. HOLLAND AND HOWARD :
R. ROSS, :
Plaintiffs, :
v. : Case No. 95-524C
THE UNITED STATES, :
Defendant. :

- - - - - - - - - - - - - - - - - X

Washington, D.C.

Friday, October 12, 2001

Continued videotaped deposition of NEIL B. MURPHY, Ph.D., a witness herein, called for examination by counsel for Defendant in the above-entitled matter, pursuant to notice, the witness being duly sworn by PENNY M. DEAN, a Notary Public in and for the District of Columbia, taken at the offices of Arnold & Porter, 555 Twelfth Street, 9th Floor, Washington, D.C., at 9:04 a.m., Friday, October 12, 2001, and the proceedings being taken down by Stenotype by PENNY M. DEAN, RPR, and transcribed under her direction.

MATERIAL REDACTED

Q. Okay. Have any of the articles that you have written related to thrift institutions?

A. Yes.

MATERIAL REDACTED

MATERIAL REDACTED

Q. Did you consider changes in the financial condition in performance of River Valley including the thrift's failure to attract deposits and various non-capital related concerns that may have been addressed in the reports of examination?

A. Yes, I -- I looked at the reports of examination.

Q. Did you consider the changes in the

financial condition and performance of River Valley?

A. In general I did, yes.

Q. How did that affect --

A. Well, I was impressed with the fact that the management was able to -- to return to profitability after -- after the breach.

MATERIAL
REDACTED

MATERIAL
REDACTED

preferred stock. I mean, all the questions thus far have been kind of implying that the preferred stock is a fixed-income instrument and this is kind of a hybrid between -- between common stock and preferred stock and that is, that should the institution have earnings in excess of 40.4 -- 40 basis points of total assets, that the FSLIC, F-S-L-I-C, would have a claim on such earnings, 25 percent of them would be -- all earnings in excess of that threshold.

MATERIAL
REDACTED

MATERIAL
REDACTED

Q. Ms. Smith asked you a series of questions

about this growth rate of earnings which you assumed to be 7 percent in your Gordon growth model, do you recall that?

A. Yes.

Q. Ms. Smith I think also asked if it would be been appropriate in using the River Valley Rock Falls growth rate?

A. Right.

Q. As you think about that, is there merit to that suggestion?

A. Yes, it -- there are a number of things that one can look at, once again reviewing the contemporaneous documents, they had some net income what they call the viability analysis, they have some estimate of growth of net income. That would be one source of looking at the growth rate of earnings and the other would be the Rock Falls, the Rock Falls being the institution that they owned for a longer period of time and I think that would be an interesting idea and would be happy to analyze those numbers and see what the effect would be.

MATERIAL
REDACTED