# EXHIBIT E

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOMER J. HOLLAND,<br>HOWARD R. ROSS, AND<br>FIRST BANKS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 95-524C<br><br>(Judge George Miller) |

CORRECTED SECOND SUPPLEMENTAL EXPERT REPORT AND DECLARATION OF DR. HOMER J. HOLLAND

1. My name is Homer J. Holland. I am the president of an investment management and consulting company called Holland Partners, Inc., and I am one of the plaintiffs in this case. In addition to the fact testimony I expect to offer, I also intend to provide expert opinion testimony concerning damages. Pursuant to the governing court orders and procedures, I submitted my Corrected Expert Report and Declaration (my "Initial Report") on or about July 27, 2001, and the defendant examined me at deposition October 31 through November 2, 2001 concerning the opinions I expressed in my Initial Report. My qualifications as an

DEFENDANT'S EXHIBIT
DX 1461
Holland v. U.S. 95-524C
PENGAD-Bayonne, N.J.

Kenny testified that in his work at the OTS he found financial projections more reliable if they were based upon actual historical data, where available, rather than upon estimates or assumptions. Mr. Kenny also testified that he believed historical data on the actual[4] principal repayments of many of the securities purchased by River Valley could be obtained. Mr. Kenny also testified that a prudent savings and loan association should run a model to analyze the interest rate risk of its entire portfolio.[5]

## I. CALCULATION OF LOST PROFITS SUFFERED BY RIVER VALLEY DUE TO THE INABILITY TO ACQUIRE SAFSB

6. As I explained in Paragraphs 133-144 of my Initial Report, the government's breach prevented River Valley from acquiring SAFSB, and as a result SAFSB was instead acquired by Western Capital Holdings, Inc. ("WCHI"), a company in which Howard Ross and I and several others held an ownership interest.

7. In my Initial Report, I noted that WCHI purchased SAFSB for $29.963 million less than the value of its net assets. Because WCHI was required to recognize this $29.963 million as taxable income, I calculated that Howard Ross and I would have saved $9.533 million of taxes[6] and $.967 million of other expenses had River Valley acquired SAFSB rather than WCHI.

8. I must now measure the lost profits that River Valley (rather than Howard Ross and I) suffered because the breach prevented River Valley from acquiring

---

[4] In my Initial Report and First Supplemental Report, I was only aware of, and had access to, data on the *expected* principal repayments, which is what I used.

[5] In my Initial Report and First Supplemental Report, I only analyzed the interest rate risk of the *added* assets and liabilities in order to determine the appropriate amount of fixed term liabilities. The testimony suggests that the entire portfolio should be analyzed.

[6] If River Valley had acquired SAFSB, River Valley's NOLs would have sheltered the taxable income.

SAFSB. The calculation is simple and straightforward, because but for the breach River Valley would have received the entire economic benefit (the $29.963 million) of the purchase of SAFSB, and because the tax consequences of the acquisition are easily determined.

9. I have determined that the government's breach, by causing River Valley to forgo the acquisition of SAFSB, caused River Valley to lose $28.609 million of after-tax profits, calculated as follows (in millions):

| | |
|---|---|
| Value of the bargain purchase | $29.963 |
| *Less*: | |
| AMT tax at 2.12%[7] | $0.635 |
| *and* | |
| River Interest Expense[8] on funds for purchase | $0.719 |
| **Total After-Tax Profit River Valley Lost as a Result of Being Prevented by the Breach from Acquiring SAFSB** | **$28.609** |

## II. CALCULATION OF LOST PROFITS SUFFERED BY RIVER VALLEY DUE TO THE NEED TO SHRINK THE BALANCE SHEET AND NOT GROW

10. As I noted in my Initial Report, the government's breach reduced River Valley's capital and forced the institution to shrink its balance sheet, that is, to shed assets and liabilities. Prior to the breach River Valley had steadily increased the size of

[7] See paragraph 143 of my Initial Report.

[8] See Table 2 page 61 of my Initial Report.