# EXHIBIT F

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - - - x
HOMER J. HOLLAND and :
HOWARD R. ROSS, :
Plaintiffs, :
v. : Case No. 95-524C
THE UNITED STATES, :
Defendant. :
\- - - - - - - - - - - - - - - - x

Washington, D.C.
Friday, November 2, 2001

Continued videotaped deposition of HOMER HOLLAND, a Plaintiff herein, called for examination by counsel for Defendant in the above-entitled matter, pursuant to notice, the witness being duly sworn by CYNTHIA R. SIMMONS, a Notary Public in and for the District of Columbia, taken at the offices of Arnold & Porter, 555 Twelfth Street, N.W., Washington, D. C., at 9:10 a.m., Friday, November 2, 2001, and the proceedings being taken down by Stenotype by CYNTHIA R. SIMMONS, RPR, CRR, and MARK T. EAGAN, CVR-CM, and transcribed under their direction.

DEFENDANT'S EXHIBIT
DX 1413
Holland v. U.S. 95-524C
PENGAD-Bayonne, N.J.

Obviously if the earnings are growing, that would imply that the earnings are growing more, I would think, more than 8.3 percent which would mean I was building up the capital which means that we would be providing more protection on the liabilities.

I believe that in the question of capital ratios as I showed in the report, I looked at both capital assets and capital liabilities because at different times, the regulators focused on different, on capital assets and then other times they focused on capital liabilities.

Q. After FIRREA, did the regulators focus on capital or liabilities?

A. Did they focus on capital or liabilities?

Q. The capital ratio as a percentage of liabilities.

A. I don't remember. I'd have to look that up.

Q. In paragraph 138 of your report, in footnote 120, you state, I assume the SAFSB obtains the same results in the but-for world that it did in the actual world.

How, if at all, does the growth of a no-breach SAFSB differ from actual?



A. My assumption was that there wasn't any, that I used the same balance sheet for San Antonio that actually occurred as well as the same earnings for San Antonio that actually occurred, and so none of the balance sheet per se of San Antonio nor its, nor its revenue and expense had any direct -- let me step back for a minute.

I think I should just kind of review what it did so we'll make this clear. I assumed that the assets and liabilities of San Antonio Savings Bank were the same in the but-for world as in the actual world. The principal difference between the but-for world and the actual world was that the San Antonio would be acquired by River Valley from the period August of '92 through November, December of 1994. And at the end of that period, I assumed that San Antonio reverts to being an entity not under River Valley but owned by the shareholders.

Q. The assumed annual compounded liability growth rate of 8.3 percent in your report then just applies to the Illinois thrift, is that correct?

A. What I said was that the 8.3 percent is the growth rate of the total balance sheet starting with July of 1990 up to August of 1992. The total balance sheet which is then comprised of Illinois



plus San Antonio increases by the amount of the San Antonio assets and liabilities. Then I constrained the growth of the entire balance sheet at 8.3 percent through the rest of the period.

Q. To the extent that San Antonio experienced annual compounded liability growth greater than 8 percent, 8.3 percent of a particular year, are you then implying that a no breach San Antonio would have been smaller than the actual San Antonio?

A. No, I'm saying that San Antonio was exactly the same in the breach and in the nonbreach. And if you, and so there is, the fact that a component of the total balance sheet grew faster than the rest of the balance sheet means that the other parts of the balance sheet would grow less fast or might even shrink and in fact in the additional assets and liabilities, you will see that those don't continue to grow at a constant growth rate. They grow and then they start coming down. And the reason they came down is because I constrained them at the top, at the 8.3 percent growth rate while I left San Antonio, I kept constant San Antonio at its actual growth rate.

Q. With respect to your adoption of the 8.3 percent growth rate based on the October '89 business



plan, did you take into consideration the views of River Valley at the time with respect to how they viewed the business plans in terms of whether or not they were reliable indicators of future performance?

A. I think the views of River Valley with respect to the business plans that were submitted were, as I stated before, they were a way of communicating with the regulators as to our approach to the business and generally what the growth rates would be and most importantly that we would project a level of earnings that would be adequate to be, provide viability, to provide them with some assurance of the viability of the ongoing operation.

Kind of coming back to the same point, I'm using business plan to demonstrate that the regulators understood we anticipated growing in the capital markets arena and also that I think as, I think to be reasonably conservative that I did not anticipate an ongoing growth of the River Valley with a combined River Valley and San Antonio at greater than the growth rate that was projected in that last business plan.

Q. In adopting the 8.3 percent growth rate, did you take into account Mr. Bangert's testimony at his deposition regarding how difficult it was for