# EXHIBIT G

UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - -X

HOMER J. HOLLAND and :
HOWARD R. ROSS, :
Plaintiffs, :
v. : No. 95-524C
UNITED STATES OF AMERICA, : (Senior Judge
Defendant. : Loren A. Smith)

- - - - - - - - - - - - - - -X

Deposition of PAUL A. GRIFFIN

Volume I

(Taken by Plaintiffs)

San Francisco, California

February 11, 2002

DEFENDANT'S EXHIBIT
DX 1421
Holland v. U.S. 95-524C
PENGAD-Bayonne, N.J.

Reported by: Jan C. Olivieri, CSR No. 5451

190

(Interruption.)
THE WITNESS: So some accounting firms have the asset appraisal services available. But sometimes, particularly in the areas like real estate where maybe they don't have the full expertise, they will draw upon expert appraisers to establish values. It's important to establish values also for -- to establish the new tax basis, in that you want to have some evidence that you've established this in a sort of independent kind of arms length transaction.
BY MR. BERGMAN:
Q. Have you seen any documentation that would reveal how the fair market value was determined in the San Antonio instance?
A. Not how they -- no, I have not.
Q. Do you know how many assets were acquired in the San Antonio transaction?
A. Individually, I would imagine hundreds.
Q. And is it your belief based on custom within the industry that someone went through and did an individual appraisal or valuation of each of the hundreds of assets acquired in the San Antonio acquisition?
A. That's typically what happens, unless groups can be aggregated. But typically they're done on a

191

fairly detailed asset by asset basis.
Q. Okay. Is there a GAAP principle that provides for this kind of valuation of assets, you know, in a transaction such as the San Antonio one?
A. There's an APB ruling on I think -- I think it's the ruling on business combinations, that gives the general guidelines as to what to do in a purchase accounting transaction, which is essentially what we're discussing here.
Q. Do you know which APB that is?
A. I believe it's 17, but I'm not 100 percent sure on that.
Q. Okay. I think that I have --
A. Or 16. Maybe it's 16.
Q. Good. Okay. I think I have both 16 and 17. And I'll show them to you and see if you can walk me through.
Is this Exhibit 4?
THE REPORTER: Yes.
(Griffin Exhibit No. 4 was marked for identification.)
BY MR. BERGMAN:
Q. Professor Griffin, I'm going to provide you in just a moment with what we will mark as Griffin Exhibit 4. And if I've done this properly, you will have before

192

you APB 16, APB 17, and I think as a bonus you get FAS 72. And I'll ask you to take a look at these materials and first confirm that I have provided you what I think I've provided you, and then maybe you can walk me through some of the relevant passages as they relate to SAFSB.
(Off the record.)
THE WITNESS: I have in front of me APB 16, APB 17 and Financial Accounting Standard 72.
BY MR. BERGMAN:
Q. Can you, Professor Griffin, tell me where in these materials might be the rules for business combinations that we've been discussing with regard to SAFSB.
A. Well, what we have just been discussing would be what I referred to without quoting the paragraph, but paragraph 88 of APB 16. It gives you the general valuation rules to be applied to the individual assets such that after applying those rules you take the sum of those individual values away from the total consideration to arrive at the market amount for goodwill. And paragraph, you know, 90 refers to the amortization. So that's --
Q. I see.
A. I --

193

Q. I'm sorry. I'm interrupting.
A. Do you have a question, or is it just to identify?
Q. No, it was really to identify. And you have.
A. Okay.
Q. And I'm also now looking right in paragraph 87 --
A. Okay.
Q. -- of APB 16, which is just above where you had directed us, I think.
A. All right.
Q. There's -- I'm looking at the last portion of that paragraph. So right before the start of APB 16 paragraph 88, there is a statement that "Independent appraisals may be used as an aid in determining the fair values of some assets and liabilities." Do you see that?
A. Yes.
Q. Does that suggest that independent appraisals of all assets are not necessarily used, but simply of some assets independent appraisals may be used?
A. That's correct.
Q. Is that consistent with your understanding of the general practice?
A. The most important consideration is not whether

it's an independent appraisal or not, it's whether you establish fair value for these particular assets. So that there are often cases where you simply have to look up a number in the newspaper and you've established a value, without having to undergo an independent appraisal.

Q. Okay. In that paragraph 87, the second subparagraph, I suppose, of 87, it says "First, all identifiable assets acquired," and then it goes on from there. Do you see where I am?

A. Uh-huh.

Q. At the end it says that the individual assets "should be assigned a portion of the cost of the acquired company," and then it says, "normally equal to their fair values at date of acquisition." And I wonder what the word "normally" means and whether there are circumstances in which one would assign something that is other than the fair value at date of acquisition.

A. It's always possible that you could have a circumstance -- let's take the case of an asset -- for which the amount of fair value is so subjective that the valuation process might reject that and resort to maybe something that's more objective, say the original cost or some sort of amortized cost. These cases are likely to be, you know, exceptions in a sense, normally. And



there should always be an attempt at fair value. But the accountants I think recognize that there may be some situations where to absolutely fair value includes risk and uncertainty, which would be less valuable relative to using some sort of cost basis valuation. And recall that if you used a slightly different valuation, the residual would flow into goodwill, or possibly somewhere else, but it would flow into goodwill anyway. So it's not like the total is changing here, it's just the mix within the total could be changing.

Q. I don't -- I think I follow everything you said, but I'm not sure I understand the significance of that last statement. That is, that -- I think I understand you to be saying that the valuation of particular assets may be off in plus or minus, but that that doesn't really matter because the aggregate value won't change because you have the plug number for goodwill.

A. It doesn't matter to the extent of the aggregate value. It could make a difference in terms of how the allocation is done because of the subsequent profits and losses that would be occurring as a result of the disposition of that particular asset. And at the same time, if the asset acquisition is -- is of the kind where it requires a new fair market value tax basis,



then the way that's allocated could have an implication for any taxable gain or loss that occurs subsequent to acquisition, as well. So it can be -- there can be differences. In other words, if it's all allocated to goodwill, or more is allocated to goodwill rather than less, the sale of the goodwill has -- does not have a tax implication to it. If it's attached to something else, they could go into a tax basis and therefore have a tax implication.

Q. Okay. And so isn't it true, then, that in a circumstance where a judgment may allow one of a couple different values or several different values for a particular asset, if in valuing the asset -- and there are several right answers, let's say -- if in valuing the asset you are also going to be establishing a tax basis, there is an incentive to pick a higher number for the asset and therefore a lower number of -- for the goodwill, assuming that this is a matter of discretion and judgment and it's nothing outrageous, but simply reasonable minds could differ, and so therefore let's pick the higher number for the value of the asset and a lower number for goodwill; is that true?

A. I'm aware that there is a, you know, sort of a business that engages in trying to maximize the tax basis upon a transaction of this kind.



Q. And when you say a business, I'm not sure what you mean by that.

A. Well, it's -- it's a business in the sense that there are client services that will assist you to the best extent possible in maximizing those tax bases.

Q. Okay. Is that a common practice?

A. I believe it's reasonably common. To the extent -- the extent to which it is a problem in the sense that it is questionable by the IRS, is less well-known to me. But I can recall -- although I cannot quote the cases, I can recall cases where the IRS would actually question a tax basis.

Q. Okay. Do you know with respect to the valuation of the SAFSB assets whether any attempt was made to get the advantage of a higher tax basis on particular assets?

A. I do not. I -- I observed from the documents I looked at that for the most part the tax basis and the fair market value accounting basis were pretty much the same numbers. But that doesn't mean to say that both numbers hadn't been increased consistent with the higher tax basis for those particular assets.

Q. You anticipated my question. Okay.

And in fact, if the tax basis number were significantly higher than the -- than the GAAP number,