**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, co-executor of the<br>ESTATE OF HOWARD R. ROSS,<br>AND FIRST BANK | ) | |
| Plaintiffs, | ) | No. 95-524 C |
| v. | ) | (Judge G. Miller) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' CORRECTED EXHIBIT LIST AND MOTION FOR LEAVE TO CORRECT PLAINTIFFS' SUMMARY EXHIBIT 1171**

Plaintiffs respectfully submit this corrected exhibit list, reflecting the removal and addition of certain Plaintiffs' exhibits, and revisions to the dates, bates page number ranges and descriptions of certain Plaintiffs' exhibits as agreed upon by the parties.

In addition, Plaintiffs seek the Court's leave to make certain minor, non-substantive corrections to PX 1171, Plaintiffs' summary exhibit presenting the calculated totals of income generated by SAFSB for the years 1992-2004 as recorded in the tax returns filed by Western Capital Holdings, Inc. and Western Capital Holdings Liquidating Trust. The corrections, demonstrated by a red-lined version of the exhibit attached hereto (*see* Exhibit 1), simply add PX exhibit references for the source documents underlying the summary, provide full bates page number ranges for each of the tax returns relied upon for the summary, and clarify certain of the citations provided in support of the summary. These corrections do not change any of the calculations presented in the summary, and simply clarify but do not change any of the citations to the source material underlying the summary. Plaintiffs requested Defendant's consent to

these minor corrections but were told that Defendant needed to confer with its consulting experts before agreeing to the changes.

Respectfully submitted,

/s/ David B. Bergman
David B. Bergman
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (tel.)
(202) 942-5999 (fax)

Counsel for plaintiffs
Holland and Ross and First Bank.

*Of Counsel*:
Melvin C. Garbow
Howard N. Cayne
Michael A. Johnson
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

*Co-counsel for First Bank*:
Donald J. Gunn, Jr., Esq.
Sharon R. Wice, Esq.
Gunn and Gunn
First Bank Building
Creve Coeur
11901 Olive Blvd., Suite 312
P.O. Box 419002
St. Louis, Missouri 63141
(314) 432-4550 (tel.)
(314) 432-4489 (fax)

Dated: November 27, 2007

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of November 2007, I caused the foregoing **PLAINTIFFS' CORRECTED EXHIBIT LIST AND MOTION FOR LEAVE TO CORRECT PLAINTIFFS' SUMMARY EXHIBIT 1171** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: November 27, 2007 /s/ Joshua P. Wilson
Joshua P. Wilson