# SAFSB ANNUAL PROFITS 1992-2004

| YEAR | INCOME | SOURCE | NOTES |
|---|---|---|---|
| 1992 | **($632,056)** | **WCHI 1992 Tax Return Form 1120 [PX 769]**<br>HO-KPMG-~~005391~~005390-5437 at 005391<br>Line 30, Taxable Income | For the period 1992-1999, the amount of SAFSB income or (loss) expressed for each year in the "Income" column is drawn from the tax returns for Western Capital Holdings, Inc. ("WCHI") as indicated in the accompanying "Source" column. |
| 1993 | **$1,200,392** | **WCHI 1993 Amended Tax Return Form 1120X [PX 880]**<br>HO-KPMG-~~0000592800~~005929-5954 at ~~005928~~005930<br>Line 3, Taxable Income | |
| 1994 | **$3,623,189** | **WCHI 1994 Amended Tax Return Form 1120X [PX 1002]**<br>HO-KPMG-~~005902-5928~~005900-5927 at 005902<br>Line 3, Taxable Income | |
| 1995 | **$1,697,900** | **WCHI 1995 Amended Tax Return Form 1120X [PX 1008]**<br>HO-KPMG-~~005869-5899~~005870-5886 at 005871<br>Line 3, Taxable Income | |
| 1996 | **$21,531,269** | **WCHI 1996 Tax Return Form 1120X [PX 1067]**<br>H&R-B85-0001-0151 at 0001<br>Line 3, Taxable Income | |

**PX 1171**

| YEAR | INCOME | SOURCE | NOTES |
|---|---|---|---|
| 1997 | **$5,325,936** | **WCHI 1997 Tax Return Form 1120S [PX 1086]**<br>**H&R WCTX97 001-063**<br>H&R WCTX97 002<br>Line 21, Ordinary Income [$4,877,869]<br><br>H&R WCTX97 006<br>Line 30, Built-In Gains Tax [$448,262] | |
| 1998 | **$5,361,220** | **WCHI 1998 Form 1120S [PX 1088]**<br>**H&R WCTX98 001-068**<br>H&R WCTX98 004<br>Line 1, Ordinary Income [$4,912,958]<br><br>H&R WCTX98 006<br>Line 30, Built-In Gains Tax [$448,262] | |
| 1999<br>(WCHI) | **$4,482, 025** | **WCHI Form 1120S [PX 641]**<br>**H&R WCTX98 069-135**<br>H&R WCTX98 070<br>Line 21, Ordinary Income [$1,361,693]<br><br>H&R WCTX98 074<br>Line 30, Built-In Gains Tax [$448,262]<br><br>H&R WCTX98 072<br>Line 5, Capital Gain [$2,672,070] | |



**PX 1171**

| YEAR | INCOME | SOURCE | NOTES |
|---|---|---|---|
| 1999<br>(WCLT) | **$306,398** | **WCHLT 1999 Form 1041 [PX 644]**<br>**H&R WCTX99 001-043**<br>H&R WCTX99 006<br>Interest Income [$333,291]<br><br>H&R WCTX99 006<br>Capital Gains [$36,511]<br><br>H&R WCTX99 006<br>Tax-Exempt Income [$9,123]<br><br>*less* H&R WCTX99 006<br>Expenses [$72,527] | For the period 1999-2004, beginning with WCHI's conversion to a liquidating trust, the amount of SAFSB income expressed for each year in the "Income" column is drawn from the tax returns for Western Capital Liquidating Trust ("WCLT") as indicated in the accompanying "Source" column. |
| 2000 | **$318,953** | **WCLT 2000 Form 1041 [PX 1094]**<br>**H&R WCTX00 001-031**<br>H&R WCTX00 031<br>Interest Income [$308,708]<br><br>H&R WCTX00 031<br>Capital Gains [$38,241]<br><br>H&R WCTX00 031<br>Tax-Exempt Income [$8,845]<br><br>*less* H&R WCTX00 031<br>Expenses [$36,841] | |
| 2001 | **$491,217** | **WCLT 2001 Form 1041 [PX 1137]**<br>**H&R WCTX01 001-028**<br>H&R WCTX01 028<br>Interest Income [$237,835]<br><br>Capital Gains [$281,526]<br><br>Tax-Exempt Income [$6,393]<br><br>*less* Expenses [$34,537] | |



**PX 1171**

| YEAR | INCOME | SOURCE | NOTES |
|---|---|---|---|
| 2002 | **$247,317** | **WCLT 2002 Form 1041 [PX 1140]**<br>**H&R WCTX02 001-021**<br>H&R WCTX02 020-21<br>Interest Income [$198,400]<br>Capital Gains [$86,519]<br>Tax-Exempt Income [$0]<br>*less* Expenses [$37,~~302]~~<br>~~–~~602] - $29,724 *plus* $7,878 | |
| 2003 | **$479,613** | **WCLT 2003 Form 1041 [PX 1144]**<br>**H&R WCTX03 001-018**<br>H&R WCTX03 017-18<br>Interest Income [$81,367]<br>Capital Gains [$433,008]<br>Tax-Exempt Income [$0]<br>*less* Expenses [$34,762] - $29,210 *plus* $5,552 | |
| 2004 | **$405,848** | **WCLT 2004 Form 1041 [PX 1148]**<br>**H&R WCTX04 001**<br>H&R WCTX04 018-19<br>Interest Income [$52,383]<br>Capital Gains [$377,874]<br>Tax-Exempt Income [$0]<br>*less* Expenses [$24,409] - $18,381 *plus* $6,028 | |
| **TOTAL 1992-2004** | **$44,839,221** | | The total income generated by SAFSB in the period 1992-2004 expressed in the final row of the "Income" column is the sum of all SAFSB income reported in each of the WCHI and WCLT tax returns cited in the "Source" column. |



**PX 1171**