# In the United States Court of Federal Claims

HOMER J. HOLLAND,
STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed November 29, 2007

## ORDER

The Court has considered the parties' various submissions concerning the admission at trial of excerpts from transcripts of depositions taken in this case. After considering the parties' various designations, counter-designations, and objections to deposition testimony, the Court hereby **ORDERS** that the deposition testimony to be admitted at trial shall be as detailed on the following pages. In accordance with the Court's earlier orders, the parties shall be permitted to offer these excerpts as documentary evidence or to read them into the record at appropriate times during trial.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge

**<u>Ronald N. Karr, 7/12/2000 & 7/13/2000</u>**

6:2-3
7:14-20
10:16-21
11:11-25
12:1-5
12:19-25
13:1-11
15:25
16:1-2
16:12-25
17:1-9
18:2-23:23
28:2-31:11
31:23-34:17
36:2-37:16
38:2-25
39:6-25
40:1-44:19
46:7-50:22
51:18-53:18
54:9-25
55:8-17
65:13-66:1
66:16-69:1
71:22-72:2
73:21-74:13
76:1-11
80:3-81:1
81:8-88:8
88:13-89:14
92:2-95:9
96:4-98:15
101:24-104:1
109:3-8
112:17-113:14
121:1-123:15
138:11-143:23
145:24-146:16
146:21-147:7
149:1-150:14
154:3-8
157:6-159:13

162:8-13
162:21-163:5
164:20-165:14
186:15-23
187:12-24
189:18-190:1
193:18-194:10
250:17-252:3
255:25-256:12
257:3-20
263:7-264:2
264:3-266:13
269:14-22
278:21-279:16
280:4-19
Errata Sheets

**Lawrence A. Kenny, 2/25/2004; 2/26/2004; & 3/3/2004**

4:1-6
4:9-25
5:1
5:9-25
6:1-9
6:16-25
7:1-4
11:19-25
12:1-24
13:25
14:1-20
15:22-25
16:1-18
23:15-34:8
72:23-75:6
75:25-77:13
77:15-78:9
78:14-19
78:22-80:15
80:18-88:2
171:21-172:15
172:25-174:12
199:3-202:1
202:11-20
204:10-205:20
206:1-9
217:12-20
218:1-219:21
220:19-222:18
222:19-223:13
231:14-19
231:24-232:6
236:12-20
237:1-14
237:15-238:21
238:22-23
240:25-241:4
254:16-20
255:2-19
255:20-256:18
329:25-330:3
330:4-5

331:7-12
334:20-335:5
335:18-22
335:25-336:5
377:20-25
378:3-7
675:22-676:12
676:14-21
676:25-677:2
677:5-12
Exhibit 1
Exhibit 6

**<u>Diana Januska, 8/11/2000</u>**

4:2-4
5:4-6:2
6:10-10:13
11:6-15:2
15:15-17:2
18:7-24
19:8-20:6
22:12-23:11
23:23-26:16
26:23-30:16
31:1-34:14
69:22-75:19
75:24-77:15
78:13-81:23
81:24-82:2
82:3-84:20
87:11-25
88:1-92:14
109:2-111:7
Exhibit 5
Exhibit 6
Exhibit 8

**Larry Ferries, 8/10/2000 & 8/11/2000**

4:1-4
4:12-15
6:16-25
7:10-8:10
9:6-24
10:16-11:19
12:3-22
14:17-23
15:15-25
16:7-23:9
24:1-25
28:3-7
29:16-30:11
31:15-32:16
33:2-38:4
38:18-43:1
43:11-46:6
46:8-53:15
54:4-15
57:25-60:10
63:9-69:10
69:23-71:16
73:19-75:13
78:19-79:17
82:9-83:23
84:6-91:7
91:25-93:17
94:19-96:13
101:15-102:6
103:20-104:11
105:5-107:20
116:20-119:23
123:14-128:25
129:5-130:7
134:16-22
135:10-15
138:23-139:15
143:12-145:15
146:20-148:14
151:17-153:5
157:12-158:6
159:1-163:22

174:19-177:22
179:22-181:13
185:16-186:22
187:10-190:23
193:15-195:15
195:21-23
198:21-199:20
206:12-208:12
209:9-24
213:1-214:9
214:17-216:2
218:20-219:25
220:1-221:11
222:8-224:21
225:22-228:11
230:1-231:8
236:4-237:12
243:17-244:5
244:23-247:17
251:13-252:5
252:9-254:14
256:3-7
263:23-264:3
265:14-267:6
268:2-269:17
270:17-271:17
273:1-18
284:1-287:13
289:20-25
291:22-292:10
294:16-296:5
297:8-20
322:23-323:11
323:15-18
324:12-16
326:6-19
329:11-330:6
330:11-24
331:1-6
333:6-10
333:15-17
334:15-19
334:24-335:7

335:15-21
336:19-23
357:10-358:19
358:25-359:11
359:15-360:25
361:1-9
365:14-366:8

**Leo B. Blaber, 8/8/2000 & 8/9/2000**

2:17-21
5:1-14
5:17-6:3
7:13-8:2
8:6-16
12:15-25
13:5-23
17:2-14
17:17-25
18:1-20:4
21:1-24:15
26:18-27:6
28:5-29:16
29:25-31:16
31:21-33:1
52:2-9
52:14-17
52:23-53:18
60:15-61:2
62:23-63:15
63:22-64:7
65:3-15
69:4-71:16
71:19-72:5
73:20-74:2
74:11-75:19
75:23-76:15
76:24-77:11
77:17-78:1
78:24-79:18
80:4-81:12
84:20-85:25
106:12-107:1
110:21-111:15
112:7-113:7
113:18-114:9
116:9-118:3
137:20-139:16
142:22-143:1
148:8-15
152:18-153:10
162:7-23

163:4-7
167:23-168:8
168:10-23
170:15-171:7
179:5-180:5
182:9-183:12
186:17-187:8
191:19-193:7
193:24-195:14
202:11-24
244:14-25
245:7-246:7
248:10-16
249:8-250:10
251:18-252:22
253:3-4
254:20-255:24
263:19-265:6
269:19-270:15
274:3-23
276:17-277:22
279:10-17
280:1-6
280:9-25
285:22-286:10
286:23-288:3
289:6-291:5
291:6-292:11
292:22-294:23

**Howard R. Ross, 8/3/2000 & 8/4/2000**

7:6-10
7:17-20
11:22-12:2
12:3-9
12:15-20
13:14-15:9
16:1-4
16:19-17:4
17:9-12
17:25-18:10
18:15-19:11
26:10-27:2
27:11-25
28:12-20
29:9-20
34:3-4
34:9-22
35:9-36:1
36:15-19
37:24-38:16
38:25-39:8
40:6-22
41:9-20
42:2-20
43:5-8
43:11-19
44:1-5
45:21-46:5
46:9-12
48:13-49:1
56:25-57:4
59:3-20
60:21-61:24
62:14-64:3
75:25-76:4
77:5-16
82:14-18
87:4-13
88:7-89:8
96:21-97:14
98:20-99:1
104:13-19

105:13-106:5
107:14-21
108:12-109:8
109:19-110:22
111:15-113:14
113:20-114:5
114:24-115:25
117:18-118:8
118:19-22
119:1-120:1
121:16-22
122:10-16
124:21-125:16
126:21-127:6
128:9-129:17
155:19-157:12
157:23-158:2
159:1-17
159:24-160:8
160:16-21
161:16-162:9
167:10-22
168:4-169:5
170:10-14
174:15-175:18
176:6-10
179:10-180:6
180:13-17
181:8-9
181:19-182:3
183:24-184:2
184:8-18
187:2-12
193:15-194:20
196:8-11
196:20-197:6
210:5-17
211:7-20
212:23-213:1
213:10-19
214:2-8
214:12-18
215:15-216:1

216:9-21
217:5-12
217:20-219:15
220:4-221:22
221:25-222:18
222:25-224:15
225:15-226:7
226:14-227:3
227:7-17
227:21-228:21
229:2-4
229:22-230:21
231:4-12
233:6-234:21
235:2-236:13
238:16-19
238:24-239:9
240:3-21
241:3-7
242:5-7
242:11-15
242:23-243:7
243:11-244:13
247:3-248:3
248:17-21
252:11-253:9
253:22-254:16
256:5-10
256:15-24
257:19-259:1
260:17-261:14
264:19-265:7
266:2-268:9
268:21-24

**Paul A. Griffin, 2/11/2002 & 2/12/2002**

3:1-5
5:2-3
6:7-14
88:9-25
89:1-25
90:1-18
141:8-25
142:1-21
150:11-158:11
160:3-25
161:1-162:13
203:3-22
243:4-25
244:1-9
245:12-25
246:1-9
275:11-25
276:1-25
277:1-7
277:10-11
277:13-17
277:18-279:24
342:1-10
342:13-25
343:1-25
344:1-25
345:1-10
345:12-346:18
346:19-25
347:1-16
347:17-348:15
357:17-25
358:1-360:20
380:12-25
381:1-25
382:1-383:23
Exhibit 5

**Allen H. Blake, 7/7/2000**

5:13-15:9
17:8-20:10
20:14-23:22
24:23-31:15
32:1-35:6
35:15-39:14
39:18-47:2
47:22-49:25
50:1-51:1
51:6-53:25
54:18-55:8
55:12-57:17
57:22-58:18
60:4-23
62:11-63:18
68:17-22
76:3-23
84:3-88:25
89:1-95:20
101:16-24
103:7-104:18
110:11-111:7
112:25-118:22
122:24-133:12
135:16-136:15
Errata Sheets

**Homer J. Holland (Fact Witness), 7/19/2000**

9:9-10:9
54:18-56:2
58:24-59:9
73:23-11
82:4-13
103:4-104:21
111:3-112:4
119:14-121:25
144:21-145:3
146:1-147:25
176:11-21
178:24-180:14
190:11-12

**Homer J. Holland (Fact Witness), 7/20/2000**

36:7-18
45:5-23
72:6-12
97:4-25
101:3-16
124:9-23
149:8-150:14
164:12-165:7

**<u>Homer J. Holland (Fact Witness), 7/21/2000</u>**

5:3-6:1
36:20-38:19
41:11-42:17
45:19-46:23
130:2-16
130:17-131:1

**<u>Homer J. Holland (Fact Witness), 8/6/2000</u>**
6:9-7:5
37:16-38:14
48:24-52:2
56:3-60:18
66:21-68:15
86:15-87:17
94:17-96:1
104:22-105:20
118:20-120:15
157:4-159:10
168:19-169:18
170:7-12

**<u>Neil B. Murphy, 10/11/2001 & 10/12/2001</u>**

6:2-14
7:21-24
9:18-21
11:1-12:4
14:17-16:21
23:12-24:5
25:9-26:14
32:15-17
35:14-36:3
36:8-16
53:10-54:15
56:14-60:7
65:7-18
98:20-99:21
127:9-24
129:3-12
132:13-19
138:22-139:1
148:16-149:4
150:21-152:2
168:23-169:6
197:3-9
197:15-17
226:2-227:2
237:7-9
237:18-239:6
241:18-22
242:17-243:20
243:25-244:11
249:23-25
252:4-8
252:21-253:6
256:14-257:7
260:22-261:8
261:20-23
262:21-263:19
265:2-266:25
267:4-8
270:9-20
272:1-273:1
273:10-21
275:2-11

276:11-17
321:18-322:10
322:16-19
323:2-7
352:25-353:21
358:10-13

**S. Lynn Stokes, 10/22/2001 & 10/23/2001**
25:18-28:20
29:16-31:19
32:3-25
33:9-17
34:17-22
37:24-38:18
38:25-39:21
40:5-13
43:4-44:1
102:23-104:17
106:22-108:21
133:1-135:15
137:14-17
141:4-17
149:12-17
150:14-23
165:16-166:8
193:11-195:12
198:9-14
243:6-244:21
250:1-251:5
254:22-255:1
256:12-257:4
271:18-273:21
282:12-283:19

**<u>Homer J. Holland (Expert Witness), 10/31/2001; 11/1/2001; & 11/2/2001</u>**

7:3-9:11
11:2-22
11:24-12:1
21:8-37:4
37:8-41:11
59:12-21
67:7-14
169:25-170:6
175:3-180:11
201:1-12
203:8-20
205:11-207:3
208:25-210:16
210:20-213:9
222:15-224:21
237:9-240:24
241:15-25
242:1-4
314:23-315:1
316:1-317:24
319:14-320:14
326:20-331:3
362:20-363:8
382:20-384:23
395:3-14
395:17-24
396:18-397:1
473:22-484:15
485:3-7
506:1-8

**Homer J. Holland (Expert Witness), 5/11/2005; 5/12/2005; & 5/13/2005**

8:9-24
16:5-9
17:4-18:16
24:2-7
73:7-74:22
82:2-83:3
84:13-86:1
157:16-159:6
175:15-18
178:8-18
183:17-184:3
187:2-188:7
202:11-19
207:4-19
219:24-221:2
262:18-263:18
408:7-25
408:24-409:9
580:21-581:11

**<u>Homer J. Holland (Expert Witness), 6/27/2007 & 6/28/2007</u>**
7:6-9
7:17-12:18
28:1-14
32:17-36:9
54:18-57:13
58:4-68:11
70:16-71:9
71:19-73:15
86:14-87:1
87:3-15
88:4-7
93:19-102:9
105:7-105:22
106:1-111:11
121:17-122:16
122:22-123:22
124:1-126:3
130:17-133:7
135:9-136:9
148:9-158:7
180:14-182:2
191:22-194:4
199:21-200:19
205:16-207:9
214:2-13
215:9-219:3
219:11-220:12
222:18-225:9
239:14-240:15
282:21-286:8
286:13-291:9
293:21-295:7
298:10-299:20
300:9-301:3
306:1-6
306:20-307:11
308:6-309:2
311:14-312:1
313:6-315:2
315:18-20
332:14-20
333:21-334:14

339:7-344:6
345:7-346:16
352:2-353:3
372:4-373:4
376:15-377:6
380:4-12
384:14-386:1
392:15-393:9
399:9-400:8
438:21-450:6
451:12-452:2
462:15-463:1
463:17-464:13
471:21-475:9
482:6-484:22
488:18-489:17
Relevant errata sheets