**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, co-executor of the<br>ESTATE OF HOWARD R. ROSS,<br>AND FIRST BANK | ) | |
| Plaintiffs, | ) | No. 95-524 C |
| v. | ) | (Judge G. Miller) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' STATEMENT CONCERNING TRIAL WITNESS ORDER AND EXPECTED DURATION OF TESTIMONY PURSUANT TO THIS COURT'S ORDER OF SEPTEMBER 6, 2007**

Pursuant to the Court's Preliminary Pretrial Order of September 6, 2007, Plaintiffs hereby notify the Court of the order in which they intend to call their witnesses, and the anticipated duration of Plaintiffs' direct examination of each witness. Between the examinations of each of the trial witnesses listed below, Plaintiffs intend to read into the record the designated excerpts of the deposition testimony of Howard Ross, Leo Blaber, Diana Januska, Larry Ferries, Ronald Karr, Lawrence Kenny, and Paul Griffin. Depending on the length of Defendant's cross-examinations, however, Plaintiffs may reserve the presentation of some or all of the deposition designations until after the testimony of Ronald Pikus.

| | **Witness** | **Expected Duration of Examination** |
|---|---|---|
| 1. | Steven Bangert | 4-6 hours |
| 2. | Bryan Daniels | 2-3 hours |
| 3. | John Rose | 1 hour |

| | Witness | Expected Duration of Examination |
|---|---|---|
| 4. | Ronald Pikus | 4-5 hours |
| 5. | Neil Murphy | 4 hours |
| 6. | Homer Holland | 14 hours |

Although Plaintiffs reserve the right to call other witnesses identified in their September 26, 2007 Witness List, Plaintiffs do not presently intend to call in their case-in-chief any witness other than those identified above.

Respectfully submitted,

/s/ David B. Bergman

David B. Bergman
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (tel.)
(202) 942-5999 (fax)

Counsel for plaintiffs
Holland and Ross and First Bank.

*Of Counsel*:
Melvin C. Garbow
Howard N. Cayne
Michael A. Johnson
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

*Co-counsel for First Bank*:
Donald J. Gunn, Jr., Esq.
Sharon R. Wice, Esq.
Gunn and Gunn
First Bank Building
Creve Coeur
11901 Olive Blvd., Suite 312
P.O. Box 419002
St. Louis, Missouri 63141
(314) 432-4550 (tel.)
(314) 432-4489 (fax)

Dated: November 29, 2007

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of November 2007, I caused the foregoing **PLAINTIFFS' STATEMENT CONCERNING TRIAL WITNESS ORDER AND EXPECTED DURATION OF TESTIMONY PURSUANT TO THIS COURT'S ORDER OF SEPTEMBER 6, 2007** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: November 29, 2007 /s/ Joshua P. Wilson
Joshua P. Wilson