**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HOMER J. HOLLAND, STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and FIRST BANK,** | |
| **Plaintiffs,** | **Case No. 95-524C** |
| **v.** | **(Judge George W. Miller)** |
| **THE UNITED STATES,** | **(Winstar-Related Case)** |
| **Defendant.** | |

**DEFENDANT'S ORDER OF WITNESSES**

Pursuant to the Court's Preliminary Pretrial Order of September 6, 2007, defendant, the United States, hereby respectfully notifies the Court of the order in which we intend to call our witnesses, and the estimated time of examination.

Our intended order of witnesses and estimated time of direct examination is as follows:

| | | |
|---|---|---|
| 1. | Herbert Held | 1 hour |
| 2. | J. Richard Earle | 1 hour |
| 3. | Helen Mirza | 1 hour |
| 4. | Gary Curtin | 1.5 hours |
| 5. | Larry Kenny | 2 hours |
| 6. | Larry Ferries | 3 hours |
| 7. | Ronald Karr | 1 hour |
| 8. | James Meyer | 1.5 hours |
| 9. | Frank O'Connor | 1 hour |
| 10. | John Rada | 1.5 hours |

| | | |
|---|---|---|
| 11. | Peter Madson | 2 hours |
| 12. | James Wright | 1.5 hours |
| 13. | Mark Kipnis | 1.5 hours |
| 14. | Richard Dalton | 1.5 hours |
| 15. | Susan Vranes-Ells | 1 hour |
| 16. | Nicholas Wilson | 1.5 hours |
| 17. | Allen Blake | 3 hours |
| 18. | James Dierberg | 3 hours |
| 19. | Annette Carson | 1 hour |
| 20. | Phil Gerbick | 2 hours |
| 21. | Paul Griffin | 3 hours |
| 22. | Andrew Carron | 6 hours |
| 23. | Barefoot Bankhead | 8 hours |
| 24. | Anjan Thakor | 6 hours |

We reserve the right to alter the order in which our witnesses are called, and/or the duration of the planned direct examination, due to changes in the trial schedule, Court Orders, changes in the availability of witnesses, or otherwise as may be necessary. In addition, we intend to introduce the deposition testimony of the witnesses identified in our motions to introduce deposition testimony, which have been granted by the Court.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

Of Counsel:
SCOTT D. AUSTIN
ELIZABETH A. HOLT
WILLIAM G. KANELLIS
BRIAN A. MIZOGUCHI
AMANDA L. TANTUM
JOHN J. TODOR
SAMEER YERAWADEKAR

December 4, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December 2007, a copy of the foregoing "DEFENDANT'S ORDER OF WITNESSES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson