**Todor, John (CIV)**

**From:** Roberson, John (CIV)
**Sent:** Sunday, December 09, 2007 9:51 AM
**To:** Jeffrey Yushchak; Austin, Scott (CIV); Davis, Monica (CIV); Dintzer, Kenneth (CIV); Gnarra, Patricia (CIV); Holt, Elizabeth (CIV); Jacques, Jeffrey (CIV); Kanellis, William (CIV); Mizoguchi, Brian (CIV); Presley, Richard (CIV); Rexrode, David (CIV); Roberson, John (CIV); Tantum, Amanda (CIV); Todor, John (CIV); Yerawadekar, Sameer (CIV)
**Subject:** FW: Holland v. U.S.
**Attachments:** Microsoft Word - 2014947_6_DOC.pdf; 2017210_3_XLS.pdf; 2017210_3_XLS.pdf; 2017210_3_XLS.pdf; 2017210_3_XLS.pdf; 2017210_3_XLS.pdf

---

**From:** Michael_Johnson@aporter.com [mailto:Michael_Johnson@aporter.com]
**Sent:** Sunday, December 09, 2007 9:48 AM
**To:** Roberson, John (CIV)
**Subject:** Holland v. U.S.

John,

Pursuant to paragraph 7 of the September 6, 2007 pretrial order in this case, attached to this e-mail please find six pdf files containing demonstrative exhibits plaintiffs may use on or after Wednesday, December 12 with our witness Dr. Homer Holland.

-Mike

# Dr. Thakor's Lost Profits Formula (Exh. 4 to his Report)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Debt-equity ratio | x | Unlevered expected return on equity | - | Expected return on debt | x | 1 - | Marginal tax rate |
| Debt/Equity | x | Margin | | | x | After-tax rate | |

*After-Tax Return*
*From Leveraging Intangible Capital*
*(Lost Profits)*

# Dr. Thakor's Lost Profits Formula* Applied to Breach Excluded Capital

| Debt-equity ratio | x | Unlevered expected return on equity - Expected return on debt | x | 1 - Marginal tax rate |
|---|---|---|---|---|
| Debt/Equity | x | Margin | x | After-tax rate |

*After-Tax Return*
*From Leveraging Intangible Capital*
*(Lost Profits)*

| | Actual Values for River Valley | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date<br>[1] | Core Capital Ratio<br>[2] | Debt Equity Ratio<br>[3] = (1/[2])-1 | Asset Yield<br>[4] | Cost of Funds<br>[5] | Margin<br>[6] = [4] - [5] | Tax Rate per Dr. Thakor<br>[7] | After Tax Rate<br>[8] = 1 - [7] | After Tax Return<br>[9] = [3]x[6]x[8] | Breach Excluded Regulatory Capital<br>[10] | "Lost Profits" Per Dr. Thakor's Formula<br>[11] =[9]x[10] |
| 3/31/90 | 0.0337 | 28.67 | 0.0245 | 0.0206 | 0.0039 | 0.0361 | 0.9639 | 0.1078 | $19,955,570 | $2,151,012 |
| 6/30/90 | 0.0335 | 28.85 | 0.0264 | 0.0206 | 0.0058 | 0.0361 | 0.9639 | 0.1613 | $19,812,500 | $3,195,629 |
| 9/30/90 | 0.0340 | 28.41 | 0.0243 | 0.0206 | 0.0037 | 0.0361 | 0.9639 | 0.1013 | $19,669,250 | $1,993,057 |
| 12/31/90 | 0.0374 | 25.74 | 0.0235 | 0.0206 | 0.0029 | 0.0361 | 0.9639 | 0.0719 | $19,526,000 | $1,404,810 |
| 3/31/91 | 0.0470 | 20.28 | 0.0274 | 0.0176 | 0.0098 | 0.0361 | 0.9639 | 0.1915 | $19,382,750 | $3,712,517 |
| 6/30/91 | 0.0517 | 18.34 | 0.0278 | 0.0176 | 0.0102 | 0.0361 | 0.9639 | 0.1803 | $19,239,500 | $3,469,614 |
| 9/30/91 | 0.0598 | 15.72 | 0.0286 | 0.0176 | 0.0110 | 0.0361 | 0.9639 | 0.1667 | $19,096,250 | $3,183,404 |
| 12/31/91 | 0.0646 | 14.48 | 0.0264 | 0.0176 | 0.0088 | 0.0361 | 0.9639 | 0.1228 | $18,953,000 | $2,327,863 |
| 3/31/92 | 0.0793 | 11.61 | 0.0279 | 0.0155 | 0.0124 | 0.0361 | 0.9639 | 0.1391 | $18,809,750 | $2,615,510 |
| 6/30/92 | 0.0673 | 13.86 | 0.0236 | 0.0155 | 0.0081 | 0.0361 | 0.9639 | 0.1085 | $16,952,214 | $1,839,961 |
| 9/30/92 | 0.0671 | 13.90 | 0.0225 | 0.0155 | 0.0070 | 0.0361 | 0.9639 | 0.0941 | $16,808,964 | $1,582,457 |
| 12/31/92 | 0.0656 | 14.24 | 0.0161 | 0.0155 | 0.0006 | 0.0361 | 0.9639 | 0.0086 | $16,665,714 | $143,010 |
| 3/31/93 | 0.0635 | 14.75 | 0.0152 | 0.0107 | 0.0045 | 0.0361 | 0.9639 | 0.0643 | $16,522,464 | $1,062,819 |
| 6/30/93 | 0.0661 | 14.13 | 0.0169 | 0.0107 | 0.0062 | 0.0361 | 0.9639 | 0.0848 | $15,695,214 | $1,330,569 |
| 9/30/93 | 0.0680 | 13.71 | 0.0201 | 0.0107 | 0.0094 | 0.0361 | 0.9639 | 0.1245 | $15,551,964 | $1,936,447 |
| 12/31/93 | 0.0666 | 14.02 | 0.0191 | 0.0107 | 0.0084 | 0.0361 | 0.9639 | 0.1138 | $15,408,714 | $1,753,726 |
| 3/31/94 | 0.0583 | 16.15 | 0.0172 | 0.0103 | 0.0070 | 0.0361 | 0.9639 | 0.1082 | $15,265,464 | $1,651,851 |
| 6/30/94 | 0.0533 | 17.76 | 0.0124 | 0.0103 | 0.0022 | 0.0361 | 0.9639 | 0.0368 | $14,389,357 | $529,660 |
| 9/30/94 | 0.0543 | 17.42 | 0.0166 | 0.0103 | 0.0064 | 0.0361 | 0.9639 | 0.1066 | $14,246,107 | $1,518,642 |
| | | | | | | | | | | |
| | | | | | | | | | TOTAL | $37,402,558 |

Sources:
- * Thakor Report Exhibit 4
- [2] Thakor Report Exhibit 7
- [3] Leverage ratio is reduced by one to reflect conversion of capital-to-assets ratio to debt-to-equity ratio
- [4] Thakor Rep. Exh. 16-19 Backup A
- [5] Thakor Rep. Exh. 12
- [7] Thakor Dep. (9/4/2007) at 38
- [10] Holland 3rd Supp. Rep. Exhibit E

# Dr. Thakor's Formula* Applied to Retained Earnings Functioning to Replace Regulatory Capital

| Debt-equity ratio | x | Unlevered expected return on equity - Expected return on debt | x | 1 - Marginal tax rate |
|---|---|---|---|---|
| Debt/Equity | x | Margin | x | After-tax rate |

*After-Tax Return*
*From Leveraging Intangible Capital*
*(Lost Profits)*

**Actual Values for River Valley**

| Date [1] | Core Capital Ratio [2] | Debt Equity Ratio [3] = (1/[2])-1 | Asset Yield [4] | Cost of Funds [5] | Margin [6] = [4] - [5] | Tax Rate per Dr. Holland [7] | After Tax Rate [8] = 1 - [7] | After Tax Return [9] = [3]x[6]x[8] | Retained Earnings Functioning to Replace Regulatory Capital [10] | Profits "Bought Back" with Retained Earnings [11] =[9]x[10] |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/90 | 0.0337 | 28.67 | 0.0245 | 0.0206 | 0.0039 | 0.35 | 0.65 | 0.0727 | $4,927,318 | $358,155 |
| 6/30/90 | 0.0335 | 28.85 | 0.0264 | 0.0206 | 0.0058 | 0.35 | 0.65 | 0.1088 | $5,238,103 | $569,734 |
| 9/30/90 | 0.0340 | 28.41 | 0.0243 | 0.0206 | 0.0037 | 0.35 | 0.65 | 0.0683 | $5,675,426 | $387,804 |
| 12/31/90 | 0.0374 | 25.74 | 0.0235 | 0.0206 | 0.0029 | 0.35 | 0.65 | 0.0485 | $6,510,652 | $315,871 |
| 3/31/91 | 0.0470 | 20.28 | 0.0274 | 0.0176 | 0.0098 | 0.35 | 0.65 | 0.1292 | $7,843,096 | $1,013,029 |
| 6/30/91 | 0.0517 | 18.34 | 0.0278 | 0.0176 | 0.0102 | 0.35 | 0.65 | 0.1216 | $9,689,992 | $1,178,398 |
| 9/30/91 | 0.0598 | 15.72 | 0.0286 | 0.0176 | 0.0110 | 0.35 | 0.65 | 0.1124 | $11,532,036 | $1,296,376 |
| 12/31/91 | 0.0646 | 14.48 | 0.0264 | 0.0176 | 0.0088 | 0.35 | 0.65 | 0.0828 | $12,653,555 | $1,048,029 |
| 3/31/92 | 0.0793 | 11.61 | 0.0279 | 0.0155 | 0.0124 | 0.35 | 0.65 | 0.0938 | $14,107,347 | $1,322,818 |
| 6/30/92 | 0.0673 | 13.86 | 0.0236 | 0.0155 | 0.0081 | 0.35 | 0.65 | 0.0732 | $14,546,283 | $1,064,672 |
| 9/30/92 | 0.0671 | 13.90 | 0.0225 | 0.0155 | 0.0070 | 0.35 | 0.65 | 0.0635 | $15,351,824 | $974,613 |
| 12/31/92 | 0.0656 | 14.24 | 0.0161 | 0.0155 | 0.0006 | 0.35 | 0.65 | 0.0058 | $14,726,630 | $85,217 |
| 3/31/93 | 0.0635 | 14.75 | 0.0152 | 0.0107 | 0.0045 | 0.35 | 0.65 | 0.0434 | $16,236,750 | $704,312 |
| 6/30/93 | 0.0661 | 14.13 | 0.0169 | 0.0107 | 0.0062 | 0.35 | 0.65 | 0.0572 | $15,449,500 | $883,214 |
| 9/30/93 | 0.0680 | 13.71 | 0.0201 | 0.0107 | 0.0094 | 0.35 | 0.65 | 0.0840 | $15,306,250 | $1,285,199 |
| 12/31/93 | 0.0666 | 14.02 | 0.0191 | 0.0107 | 0.0084 | 0.35 | 0.65 | 0.0767 | $15,163,000 | $1,163,756 |
| 3/31/94 | 0.0583 | 16.15 | 0.0172 | 0.0103 | 0.0070 | 0.35 | 0.65 | 0.0730 | $15,019,750 | $1,095,986 |
| 6/30/94 | 0.0533 | 17.76 | 0.0124 | 0.0103 | 0.0022 | 0.35 | 0.65 | 0.0248 | $14,186,500 | $352,137 |
| 9/30/94 | 0.0543 | 17.42 | 0.0166 | 0.0103 | 0.0064 | 0.35 | 0.65 | 0.0719 | $14,043,250 | $1,009,505 |
| | | | | | | | | | | |
| | | | | | | TOTAL PROFITS RECAPTURED BY MITIGATION THROUGH 9/94 = | | | | $16,108,826 |
| | | | | | | | | | | |
| | | | | | | | TOTAL COST OF MITIGATION THROUGH 9/94 = | | | $7,088,706 |

Sources:
* Thakor Report Exhibit 4
[2] Thakor Report Exhibit 7
[3] Leverage ratio is reduced by one to reflect conversion of capital-to-assets ratio to debt-to-equity ratio
[4] Thakor Rep. Exh. 16-19 Backup A
[5] Thakor Rep. Exh. 12
[7] Holland 3rd Supp. Rep. at para. 45
[10] Holland 3rd Supp. Rep. Exhibit D

# Dr. Thakor's Lost Profits Formula* Applied to Breach Excluded Capital

| Debt-equity ratio | x | Unlevered expected return on equity - Expected return on debt | x | 1 - Marginal tax rate |
|---|---|---|---|---|
| Debt/Equity | x | Margin | x | After-tax rate |

*After-Tax Return*
*From Leveraging Intangible Capital*
*(Lost Profits)*

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual Values for River Valley | | | | | | | | | | | |
| Date [1] | Core Capital Ratio [2] | Debt Equity Ratio [3] = (1/[2])-1 | Asset Yield [4] | Cost of Funds [5] | Margin [6] = [4] - [5] | Tax Rate per Dr. Thakor [7] | After Tax Rate [8] = 1 - [7] | After Tax Return [9] = [3]x[6]x[8] | Breach Excluded Regulatory Capital [10] | "Lost Profits" Per Dr. Thakor's Formula [11] =[9]x[10] |
| 3/31/90 | 0.0337 | 28.67 | 0.0245 | 0.0206 | 0.0039 | 0.0361 | 0.9639 | 0.1078 | $19,955,570 | **$2,151,012** |
| | | | | | | | | | TOTAL | **$2,151,012** |

Sources:
- * Thakor Report Exhibit 4
- [2] Thakor Report Exhibit 7
- [3] Leverage ratio is reduced by one to reflect conversion of capital-to-assets ratio to debt-to-equity ratio
- [4] Thakor Rep. Exh. 16-19 Backup A
- [5] Thakor Rep. Exh. 12
- [7] Thakor Dep. (9/4/2007) at 38
- [10] Holland 3rd Supp. Rep. Exhibit B

# Dr. Thakor's Formula* Applied to Retained Earnings Functioning to Replace Regulatory Capital

| Debt-equity ratio | x | Unlevered expected return on equity - Expected return on debt | x | 1 - Marginal tax rate |
|---|---|---|---|---|
| Debt/Equity | x | Margin | x | After-tax rate |

*After-Tax Return*
*From Leveraging Intangible Capital*
*(Lost Profits)*

| Actual Values for River Valley | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date [1] | Core Capital Ratio [2] | Debt Equity Ratio [3] = 1/[2] | Asset Yield [4] | Cost of Funds [5] | Margin [6] = [4] - [5] | Tax Rate per Dr. Holland [7] | After Tax Rate [8] = 1 - [7] | After Tax Return [9] = [3]x[6]x[8] | Retained Earnings Functioning to Replace Regulatory Capital [10] | Profits "Bought Back" with Retained Earnings [11] =[9]x[10] |
| 3/31/90 | 0.0337 | 28.67 | 0.0245 | 0.0206 | 0.0039 | 0.35 | 0.65 | 0.0727 | $4,927,318 | $358,155 |
| | | | | | | TOTAL PROFITS RECAPTURED BY MITIGATION THROUGH 3/90 = | | | | $358,155 |
| | | | | | | TOTAL COST OF MITIGATION THROUGH 3/90 = | | | | $123,899 |

Sources:
* Thakor Report Exhibit 4
[2] Thakor Report Exhibit 7
[3] Leverage ratio is reduced by one to reflect conversion of capital-to-assets ratio to debt-to-equity ratio
[4] Thakor Rep. Exh. 16-19 Backup A
[5] Thakor Rep. Exh. 12
[7] Holland 3rd Supp. Rep. at para. 45
[10] Holland 3rd Supp. Rep. Exhibit D