# In the United States Court of Federal Claims

**95-524 C**

**Filed: December 10, 2007**

**HOMER J. HOLLAND, STEVEN BANGERT, CO-EXECUTOR OF THE ESTATE OF HOWARD R. ROSS, AND FIRST BA.,**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**December 5, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.