IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, co-executor of the<br>ESTATE OF HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>(Judge George W. Miller)<br><br>(Winstar-Related Case) |

**JOINT STIPULATION FOR THE INTRODUCTION OF DOCUMENTS AT TRIAL**

Defendant, the United States, hereby moves, with the consent and stipulation of plaintiffs, Homer J. Holland, Steven Bangert, co-executor of the Estate of Howard R. Ross, and First Bank, for the admission of the following documents:

DX 271, subject to unsigned board minutes at H&R-B51-541, an unsigned letter at H&R-B51-543, and an unsigned board resolution at H&R-B51-552;

DX 290;

DX 306;

DX 419, subject to unsigned board minutes at H&R-B51-1482 and an unsigned investment portfolio policy at H&R-B51-1601-1603;

DX 543;

DX 564, less handwriting;

DX 580, less handwriting;

DX 601, subject to an unsigned letter at H&R-BO2-00706-08 and unsigned board resolution at

H&R-BO2-00755-61;

DX 618;

DX 665, subject to an unsigned letter at H&R-BX68-00792-99;

DX 789;

DX 817, less handwriting;

DX 891;

DX 899;

DX 935;

DX 967;

DX 1012;

DX 1029;

PX 228;

PX 301;

PX 305;

PX 334;

PX 335;

PX 420;

PX 421;

PX 496;

PX 639;

PX 660;

PX 682;

PX 710;

PX 775;

PX 793;

PX 808;

PX 819;

PX 828;

PX 921.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640

Of Counsel:
SCOTT D. AUSTIN
Senior Trial Counsel
ELIZABETH A. HOLT
WILLIAM G. KANELLIS
BRIAN A. MIZOGUCHI
AMANDA L. TANTUM
JOHN J. TODOR
Trial Attorneys
Department of Justice

December 18, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2007, a copy of the foregoing “JOINT STIPULATION FOR THE INTRODUCTION OF DOCUMENTS AT TRIAL” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson

John H. Roberson