**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, co-executor of the<br>ESTATE OF HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524<br>(Judge George W. Miller) |

**JOINT STIPULATION FOR THE INTRODUCTION OF DOCUMENTS AT TRIAL**

Defendant, the United States, hereby moves, with the consent and stipulation of plaintiffs, Homer J. Holland, Steven Bangert, co-executor of the Estate of Howard R. Ross, and First Bank, for the admission of the following documents:

DX 778;

DX 924, less the handwriting;

DX 1074;

DX 1078;

DX 1079;

DX 1080, objecting to the unexecuted merger agreement attached;

DX 1081;

DX 1082;

DX 1083;

DX 1084;

DX 1086;

DX 1087;

DX 1182;

DX 1184;

DX 1185;

DX 1186, objecting to the unexecuted merger agreements attached;

DX 1187;

DX 1188;

DX 1189;

DX 1190;

DX 1191;

DX 1193;

DX 1194;

DX 1195;

DX 1196;

DX 1197;

DX 1198;

DX 1263;

DX 1264;

DX 1265;

DX 1272;

DX 1273;

DX 1275;

DX 1276;

DX 1277;

DX 1298;

DX 1301;

DX 1302;

DX 1303, less the handwriting;

DX 1304;

DX 1305;

DX 1306;

DX 1307;

DX 1308;

DX 1309;

DX 1310;

DX 1311;

DX 1312, less the handwriting on the second page;

DX 1322;

DX 1323;

DX 1324;

DX 1325;

DX 1326;

DX 1327;

DX 1328;

DX 1329;

DX 1330;

DX 1331;

DX 1332;

DX 1333;

DX 1334;

DX 1335;

DX 1336, less the handwriting on the first page;

DX 1337;

DX 1345;

DX 1346;

DX 1350;

DX 1353;

DX 1354;

DX 1355;

DX 1356;

DX 1357;

DX 1359;

DX 1396, less the handwriting on page PHO087 2567;

DX 1419, less the handwriting and markings on pages PHO087 2049, PHO087 2060, and

PHO087 2107;

DX 1432

DX 1438, less the handwriting on the second page;

PX 1074.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640
Attorneys for Defendant

Of Counsel:
SCOTT D. AUSTIN
Senior Trial Counsel
ELIZABETH A. HOLT
WILLIAM G. KANELLIS
BRIAN A. MIZOGUCHI
AMANDA L. TANTUM
JOHN J. TODOR
Trial Attorneys
Department of Justice

January 3, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008, a copy of the foregoing "JOINT STIPULATION FOR THE INTRODUCTION OF DOCUMENTS AT TRIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson

John H. Roberson