# In the United States Court of Federal Claims

**95-524C**

**Filed: January 15, 2008**

**HOMER J. HOLLAND, ET AL.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (4 Volumes)**
**Held in Washington, D.C.**
**January 7, 2008 through January 11, 2008**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.