E-X-H-I-B-I-T-S

| PLAINTIFFS' EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 2 | 5278 | | APB Opinion No. 16 Business Combinations |
| 76 | -- | 85 | 7/31/87 Financial report via Steven Bangert |
| 77 | -- | 86 | Rock Falls Savings and Loan Association 1987 Business Plan |
| 79 | -- | 91 | Steven Bangert's Bid package |
| 81 | -- | 4215 | Rock Falls Savings & Loan Regular Meeting of Board of Directors |
| 88 | -- | 2199 | Bid proposal in reponse to bid package via Peter Bartnett |
| 89 | -- | 91 | Bids for three institutions (tab 5) |
| 99 | -- | 104 | Bid proposal for South Beloit, Republic Savings (exception of the handwriting) |
| 108 | -- | 120 | Tab 7, Homer J. Holland letter regarding Peerless Federal (exception of handwriting on top of first page) |
| 121 | -- | 2207 | February 1988 letter from Homer Holland to Herb Held |
| 129 | -- | 104 | Bid proposal for Republic Savings (exception of handwriting) |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 131 | -- | 2202 | Subsequent bid in response to original bid (behind tab 7) |
| 146 | -- | 1481 | Leo Blaber deposition excerpts |
| 148 | -- | 1550 | 4/28/88 memo referring to Bates Number ending 2573 (tab 3) |
| 149 | -- | 3559 | FDIC policy statement related to selection of securities, dealers, and unsuitable investment practices |
| 150 | -- | 2203 | Letter to Helen Mirza from Homer Holland regarding iteration in negotiations for Republic of South Beloit |
| 168 | -- | 3158 | 6/10/88 memo from John F. Kearney |
| 174 | -- | 1550 | 6/22/88 memo from Federal Home Loan Bank Board (FHLBB) (tab 4) |
| 175 | -- | 2520 | Memo from Leo Blaber |
| 179 | -- | 3119 | S memo to Secretary of Bank Board from President of FHLBB of Chicago |
| 182 | -- | 4317 | Memo from Federal Home Loan Bank Board |
| 183 | -- | 4319 | Federal Home Loan Bank Addendum to the "S" Memo |
| 191 | -- | 1492 | 12/10/07 Leo Blaber depositions |

E-X-H-I-B-I-T-S

PLAINTIFFS' (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 193 | -- | 1492 | 12/10/07 Leo Blaber depositions |
| 198 | -- | 108 | Bank Board resolution relating to Republic (7/27/88) (tab 7) |
| 199 | -- | 93 | FHLBB Board Resolution relating to Home, Mutual, Galva. (tab 8) |
| 200 | -- | 94 | 7/28/88 Forbearance letter (behind tab 5) with respect to Home, Mutual, Galva |
| 201 | -- | 897 | Put option and purchase agreement (backing $4.6M sub debt) |
| 202 | -- | 2233 | Document in relation to Preferred stock sold to FSLIC |
| 203 | -- | 93 | Regulatory capital maintenance and dividend limitation agreements (tab 19) |
| 204 | -- | 895 | 7/29/88 sub debt issued by American National Bank (ANB) to River Valley 1 (RV 1) |
| 205 | -- | 106 | Assistance agreement for bank transaction (tab 1) |
| 207 | -- | 92 | Assistance agreement relating to Home, Mutual, Galva (tab 2) |
| 209 | -- | 820 | $4.6M sub debt subject to purchase agreement (tab 5) |

E-X-H-I-B-I-T-S

| PLAINTIFFS' EXHIBITS: | (CONT'D) IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 222 | -- | 1301 | September 1988 thrift financial report |
| 224 | -- | 121 | 9/23/88 Board Minutes |
| 228 | -- | 3608 | Doc. (No description) |
| 232 | -- | 123 | Board minutes (tab 9) |
| 235 | -- | 4222 | Meeting of the Board of Directors |
| 243 | -- | 3162 | 11/10/88 memo from Herbert Held & J. Richard Earle to Jim Williams |
| 245 | -- | 109 | Acquisition proposal for Peoria Savings & Loan |
| 246 | -- | 126 | River Valley Savings Bank (RVSB) Board minutes (tab 10) |
| 253 | -- | 680 | 11/29/98 agreement between Homer Holland, Ross, Kipnis & Steven Bangert |
| 257 | -- | 1300 | December 1988 thrift financial report |
| 262 | -- | 1238 | RVSB FSB/ Peoria Savings business plan overview |
| 269 | -- | 3257 | Doc. (No description given) (Tab 11) |
| 276 | -- | 824 | 12/21/88 letter signed by Al Adams |
| 284 | -- | 111 | 12/31/88 Assistance agreement (tab 3) |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 285 | -- | 1302 | 12/31/88 consolidated financial reports for RVSB - audited financial report by KPMG Peat Marwick |
| 288 | -- | 677 | Sheshunoff law firm printout regarding RV 1, RV 2 |
| 293 | -- | 4224 | Regular meeting Board of Directors River Valley Savings Bank |
| 301 | -- | 3608 | Doc. (No description given) |
| 303 | -- | 2989 | Doc. (No description given) |
| 305 | -- | 3608 | Doc. (No description given) |
| 307 | -- | 308 | 3/22/89 meeting minutes for RV 1 Executive committee |
| 313 | -- | 715 | 3/88 - 3/89 consolidated financial statements prepared by Peat Marwick for RVSB |
| 315 | -- | 313 | 4/19/89 Board minutes for RV 1 |
| 324 | -- | 3767 | Doc. (No description) (except the handwriting) |
| 330 | -- | 1301 | June 1989 thrift financial report for RVSB |

E-X-H-I-B-I-T-S

PLAINTIFFS' (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 332 | -- | 3662 | 1989 exam report on RV 1, the Home, Mutual, Galva |
| 333 | -- | 331 | 6/29/89 executive committee meeting minutes for River Valley |
| 334 | -- | 3608 | Doc. (No description given) |
| 335 | -- | 3608 | Doc. (No description given) |
| 345 | -- | 714 | July 1989 Ron Pikus letter to Susan Mooney at FHLBB |
| 351 | -- | 127 | 9/89 RVSB acquisition and capital plan (tab 12) |
| 355 | -- | 2991 | Doc. (No description) (except the handwriting) |
| 363 | -- | 1346 | 10/30/89 letter from Ronald Pikus to Susan Mooney of OTS |
| 371 | -- | 4257 | Special Meeting of the Executive Committee of the Board of Directors River Valley Savings Bank |
| 378 | -- | 2518 | Bates Numbers WON 3390001 - 3390028 |
| 380 | -- | 133 | Richard Johnson and Homer Holland document (exception of the handwriting) |

E-X-H-I-B-I-T-S

PLAINTIFFS' (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 382 | -- | 4220 | Regular Meeting of the Board of Directors River Valley Savings Bank |
| 385 | -- | 827 | Stock purchase agreement from ANB purchased preferred stock from Holland & Ross (tab 12) |
| 386 | -- | 827 | Put option and purchase agreement from Brian Daniels (tab 13) |
| 388 | -- | 137 | Galesburg Institution reference (Tab 13A) |
| 390 | -- | 1279 | Consolidated financial report |
| 392 | -- | 1279 | Sixth internal financial statement |
| 393 | -- | 716 | December 88-89 consolidated financial statements for RV 1 |
| 399 | -- | 2522 | Public record |
| 403 | -- | 2522 | Public record |
| 411 | -- | 138 | February board meeting minutes (tab 14) |
| 415 | -- | 1279 | Second internal financial statement |
| 418 | -- | 1371 | 3/21/90 meeting minutes of board of directors of RVSB and executive committee meeting |
| 420 | -- | 3608 | Doc. (No description given) |

E-X-H-I-B-I-T-S

PLAINTIFFS' (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 421 | -- | 3608 | Doc. (No description given) |
| 436 | -- | 1279 | Third internal financial statement |
| 437 | -- | 1279 | Seventh internal financial statement |
| 448A | -- | 369 | 7/25/90 minutes of Joint Board meeting of RV 1 & 2 |
| 452A | -- | 1374 | 8/15/90 joint meeting minutes of board of directors of RVSB |
| 453 | -- | 2873 | 8/18/90 FDIC ROE for RV 2 |
| 454 | -- | 2873 | 8/18/90 FDIC ROE for RV 1 |
| 455 | -- | 149 | 8/20/90 - 11/8/90 OTS report of examination (ROE) (tab 23) |
| 456 | -- | 723 | 12/5/90 ROE by OTS and State of Illinois for RV 2 |
| 464 | -- | 1279 | Fourth internal financial statement |
| 466 | -- | 152 | 9/25/90 letter to Dennis Harootunian from Steven Bangert (tab 30) |
| 469 | -- | 1279 | Eighth internal financial statement |

E-X-H-I-B-I-T-S

PLAINTIFFS' (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 479 | -- | 453 | 11/7 complete report examination in relation to summary taken as attachment to DX 537 |
| 481 | -- | 1292 | Report of compliance examination |
| 489 | -- | 1279 | 1/23/91 joint RVSB board of directors and executive committee meeting minutes |
| 490 | -- | 2994 | Doc. (No description) |
| 495 | -- | 1279 | Ninth internal financial statements |
| 496 | -- | 3608 | Doc. (No description given) |
| 499B | -- | 730 | 1990 U.S tax return for RV 1 |
| 503 | -- | 614 | 1/21/91 business plan for RV 1 |
| 510 | -- | 4467 | FDIC, Letter to Mr. Stugart Brafman |
| 512 | -- | 616 | Letter from Steven Bangert to Larry Ferries of OTS |
| 516 | -- | 2995 | Doc. (No description) |
| 517 | -- | 1279 | 11th internal financial statement |
| 519 | -- | 685 | 3/18/91 agreement between RV & Laurence Barr & Co |
| 520 | -- | 3459 | Copy of DLJ book |

E-X-H-I-B-I-T-S

PLAINTIFFS' (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
| --- | --- | --- | --- |
| 521 | -- | 164 | Supervisory agreement letter with cover letter from OTS (tab 32) |
| 522 | -- | 3825 | Stuart Brafman memo by Phil Gerbick & staff |
| 526 | -- | 156 | Redemption agreement (tab 31) |
| 528 | -- | 1567 | RTC memoranda at tab 6 |
| 536 | -- | 521 | 4/24/91 River Valley (RV) board minutes |
| 555 | -- | 4454 | Transmittal letter of FDIC report of examination to Board of Directors of River Valley Savings Bank |
| 572 | -- | 1279 | 10th internal financial statement |
| 575 | -- | 506 | 6/5/91 executive committee meeting |
| 577 | -- | 510 | 6/12/91 board minutes |
| 579 | -- | 511 | 6/19/91 executive committee minutes |
| 581 | -- | 172 | 6/20/91 letter from Steven Bangert to Larry Ferries of OTS (tab 36) |
| 585 | -- | 1379 | 7/10/91 River valley Savings Bank FSB executive committee meeting |
| 588 | -- | 513 | 7/17/91 executive committee minutes |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 590 | -- | 161 | 7/24/91 board minutes (tab 25) |
| 592 | -- | 821 | Internal (background) memo for RV Holdings |
| 595 | -- | 839 | Investigation memo by Lynn Lavender at ANB (tab 23) |
| 596 | -- | 170 | 8/7/91 executive committee minutes (tab 35) |
| 597 | -- | 860 | Personal financial analysis for Howard Ross |
| 601 | -- | 2417 | Corrected expert report and declaration of Dr. Homer Holland |
| 603 | -- | 2413 | Secion 1, Calculation of lost profits suffered by RV (caption, title, paragraphs 6-9 incl table in paragraph 9) (DEMONSTRATIVE) |
| | -- | 2415 | Secion 1, Calculation of lost profits suffered by RV (signature page) |
| 605 | -- | 2425 | Third supplemental report (demonstratives) |
| 605A | -- | 2425 | First exhibit as part of third supplemental report (demonstrative) |
| 605B | -- | 2425 | Second exhibit as part of third supplemental report (demonstrative) |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 605C | -- | 2425 | Third exhibit as part of third supplemental report (demonstrative) |
| 605D | -- | 2425 | Fourth exhibit as part of third supplemental report (demonstrative) |
| 605E | -- | 2425 | Fifth exhibit as part of third supplemental report (demonstrative) |
| 605F | -- | 2425 | Sixth exhibit as part of third supplemental report (demonstrative) |
| 605G | -- | 2425 | Seventh exhibit as part of third supplemental report (demonstrative) |
| 605H | -- | 2425 | Eighth exhibit as part of third supplemental report (demonstrative) |
| 605I | -- | 2425 | Ninth exhibit as part of third supplemental report (demonstrative) |
| 605J | -- | 2425 | Tenth exhibit as part of third supplemental report (demonstrative) |
| 605K | -- | 2425 | Eleventh exhibit as part of third supplemental report (demonstrative) |
| 605L | -- | 2425 | Twelfth exhibit as part of third supplemental report (demonstrative) |
| 605M | -- | 2425 | Thirteenth exhibit as part of third supplemental report (demonstrative) |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 605N | -- | 2425 | Fourteenth exhibit as part of third supplemental report (demonstrative) |
| 605O | -- | 2525 | Fifteenth exhibit as part of third supplemental report (demonstrative) |
| 606 | -- | 1612 | Dr. Neil Murphy expert report (pages 1-5, 39-44) |
| 606H | -- | 1612 | CV attached to Dr. Neil Murphy's expert report (demonstrative) |
| 607 | -- | 1735 | Dr. Neil Murphy's first supplemental expert report and declaration |
| 611 | -- | 1279 | Twelfth internal financial statements |
| 619 | -- | 2311 | 9/30/91 balance sheet and capital ratio analysis for RV 1 |
| 620 | -- | 780 | Consolidated financial statement (exception of handwriting |
| 623 | -- | 180 | FDIC ROE (through 10/26/91) |
| 625 | -- | 725 | 2/18/92 ROE for RV 1 |
| 629 | -- | 671 | 11/1/91 deferred compensation agreement between Steven Bangert and RV |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 633 | -- | 207 | RTC document signed by James Wright and Homer J. Holland |
| 639 | -- | 3608 | Doc. (No description given) |
| 640 | -- | 732 | 1991 US tax return for River Holdings |
| 642 | -- | 719 | Consolidated financial statements 12/30-12/31/90 for RV 1 |
| 643 | -- | 162 | Audited consolidated financial statements for RV Holdings, Inc and Subsidiaries (12/31/90-12/31/91) (tab 29) |
| 648 | -- | 4278 | Shareholders Agreement by River Valley Holdings |
| 649 | -- | 620 | 1992 business plan for RVSB, FSB |
| 650 | -- | 881 | 1/15/92 letters from ANB to John Rose and Steven Bangert et al |
| 654 | -- | 206 | RV reference depositing money to RTC (tab 48) |
| 657 | -- | 215 | Board minutes to satisfy American National Bank (tab 43) |
| 660 | -- | 3608 | Doc. (No description given) |
| 665 | -- | 4479 | FDIC, Letter to Mr. Stuart Brafman |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 668 | -- | 4481 | Letter addressed to members of the board from the Board of Directors |
| 673 | -- | 853 | Duplicate of defendant document (tab 30) |
| 674 | -- | 706 | 3/23/92 letter from Susan Vranes to OTS |
| 680 | -- | 2521 | Letter from Simona Frank to Stewart Brafman of OTS Chicago (public record) |
| 682 | -- | 3608 | Doc. (No description given) |
| 684 | -- | 2522 | Testimony of Larry Ferries |
| 687 | (Dem) | 2755 | Document testified by Larry Ferries |
| 688 | -- | 2522 | In relation to Larry Ferries deposition |
| 703 | -- | 2999 | Doc. (No description) |
| 708 | -- | 219 | 9/23/92 RVSB Board minutes (tab 55) |
| 710 | -- | 3608 | Doc. (No description given) |
| 722 | -- | 1279 | Thirteenth internal financial statement |
| 723 | -- | 3387 | Joel Resnick routing copies |
| 724 | -- | 740 | 10/16/92 ROE of FDIC for River Valley |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 726 | -- | 218 | OTS exam report (tab 39) |
| 727 | -- | 2313 | ROE of RV Holdings, Inc (behind tab 19) |
| 733 | -- | 767 | 2/1/93 ROE of San Antonio Federal Savings Bank |
| 734 | -- | 2520 | Deposition excerpt of Ronald Karr |
| 735 | -- | 1287 | 2/2/93 ROE office of Thrift supervision letterhead addressed to board of Western Capital Holdings, Inc |
| 743 | -- | 2521 | In relation to Larry Ferries testimony/deposition |
| 754 | -- | 107 | 5/18/89 Forbearance letter (tab 6) |
| 768 | -- | 220 | 12/18/92 San Antonio Federal Savings Bank Board minutes (tab 56) |
| 769 | -- | 230 | 1992 tax return filed by Western Capital Holdings (tab 1) |
| 770 | -- | 733 | 1992 US tax return for RV Holdings, Inc (RVHI) |
| 772 | -- | 728 | 12/31/91-92 consolidated financial statement for RV |
| 775 | -- | 3608 | Doc. (No description given) |

E-X-H-I-B-I-T-S

PLAINTIFFS' (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 777 | -- | 780 | Consolidated financial statement |
| 782 | -- | 631 | 1993 RVSB business plan |
| 785 | -- | 2520 | Deposition excerpt of Ronald Karr |
| 793 | -- | 3608 | Doc. (No description given) |
| 794 | -- | 3832 | Letter from attorney addressing mortgage loan sale from SAFSB to RVSB (with note re attachment) |
| 801 | -- | 4420 | (except the handwritten notes) |
| 804 | -- | 1383 | 2/24/93 letter from OTS from board of directors of Western Capital Holdings (tab 6) |
| 807 | -- | 5422 | River Valley Bank Overview as of 3/31/93 |
| 808 | -- | 3608 | Doc. (No description given) |
| 810 | -- | 4445 | (exept handwritten notes on left-hand margin of first page) |
| 819 | -- | 3608 | Doc. (No description given) |
| 821 | -- | 4424 | (except the handwritten notes at bottom of first page) |
| 828 | -- | 3608 | Doc. (No description given) |

E-X-H-I-B-I-T-S

PLAINTIFFS' (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 833 | -- | 4644 | Donaldson, Lufkin & Jenrette letter from Board of Directors |
| 835 | -- | 3703 | RV 3 special limited exam (7/19/93 - 7/29/93) |
| 847 | -- | 1279 | Fifteenth internal financial statements |
| 851 | -- | 1279 | Fourteenth internal financial statements |
| 857 | -- | 726 | 10/12/93 ROE by OTS or River Valley |
| 865 | -- | 2517 | RV board minutes (demonstrative) |
| 871 | -- | 1279 | Sixteenth internal financial statement |
| 873 | -- | 4426 | Simona Frank letter, regional director of FDIC (9/10/93) |
| 875 | -- | 2771 | 12/31/92-12/31/93 consolidated financial statements for Western capital Holdings and Subs |
| 876 | -- | 729 | December 1992-1993 consolidated financial statements for RV Holdings, Inc |
| 880 | -- | 231 | Amended tax return for period ending 12/31/93 of Western Capital Holdings (tab 2) |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 882 | -- | 780 | Consolidated financial statement (exception of the handwriting) |
| 885 | -- | 721 | 1992-1993 consolidated financial statement for River Valley |
| 889 | -- | 635 | 1994 business plan for River Valley |
| 893 | -- | 2747 | Letter from Frank O'Connor to Peat Marwick to Dr. Homer J. Holland |
| 901 | -- | 4428 | Letter from Simona Frank (11/18/93) |
| 921 | -- | 3608 | Doc. (No description given) |
| 925 | -- | 3391 | Doc. (No description given) |
| 926 | -- | 3401 | Doc. (No description given) |
| 938 | -- | 1279 | Seventeeth internal financial statement |
| 942 | -- | 227 | Document in relation to sale of San Antonio or Western Capital |
| 946 | -- | 3403 | Frank O'Connor's signature on behalf of KPMG |
| 949 | -- | 3405 | Frank O'Connor's letter on behalf of KPMG |
| 961 | -- | 3406 | RV Holdings and First Banks' agreement and plan of merger |

E-X-H-I-B-I-T-S

| PLAINTIFFS' EXHIBITS: | (CONT'D) IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 983 | -- | 757 | Consolidated financial statement (volume 10) |
| 1002 | -- | 232 | 1994 tax return (tab 3) |
| 1003 | -- | 780 | Consolidated financial statement ( exception of handwriting) |
| 1004 | -- | 780 | Consolidated financial statement (exception of handwriting) |
| 1008 | -- | 232 | Western Capital Holdings tax return for year 12/31/95 (tab 4) |
| 1011 | -- | 2893 | Letter to First Banks regarding assignment of RV Holdings contingent claims |
| 1021 | -- | 5411 | San Antonio Federal Savings Banking Board of Directors Meeting |
| 1041 | -- | 780 | Consolidated financial statement (exception of handwriting) |
| 1047 | -- | 654 | Deposit sale and liquidation or RVSB referring to SAFSB |
| 1048 | -- | 780 | Consolidated financial statement (exception of handwriting) |
| 1067 | -- | 233 | 1996 tax return (tab 5) |
| 1074 | -- | 4083 | Annual Report/Securities and Exchange Commission |
| 1086 | -- | 233 | 1997 tax return (tab 6) |

E-X-H-I-B-I-T-S

| PLAINTIFFS' EXHIBITS: | (CONT'D) IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 1088 | -- | 234 | 1998 tax return (tab 7) |
| 1094 | -- | 236 | Western Capital Holdings Liquidating trust 2000 tax return (tab 10) |
| 1096 | -- | 1313 | Reconciliation of goodwill and capital credits (information taken from KPMG audit reports) |
| 1137 | -- | 236 | Western Capital Holdings Liquidating trust 2001 tax return (tab 11) |
| 1140 | -- | 237 | Western Capital Holdings Liquidating trust 2002 tax return (tab 12) |
| 1144 | -- | 237 | Western Capital Holdings Liquidating trust 2003 tax return |
| 1148 | -- | 238 | Western Capital Holdings Liquidating trust 2004 tax return |
| 1164 | -- | 2948 | Exhibit #1 of James Wright deposition (for identification purposes) ("Bidders instructions") |
| 1166 | -- | 2948 | Exhibit 2 of James Wright deposition (for identification purposes) (Unfamiliar document) |
| 1192 | -- | 4226 | Minutes of Joint Meeting of Board of Directors and Shareholders of River Valley Holdings |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 1196 | -- | 1291 | 10/17/92 closing bible for closing of San Antonio Federal Savings Bank transaction |
| 1199 | -- | 5413 | San Antonio Savings Bank, Net Liquidation Value |
| 1206 | -- | 5399 | River Valley Board Package |
| 1217 | -- | 4219 | Minutes of Board of Directors meeting |
| 1218 | -- | 4532 | Errata sheet for transcript of Holland & Ross v US |
| 2001 | -- | 1610 | Demonstratives from testimony of Dr. Neil Murphy |
| 2001A | -- | 1735 | Slide 11 from Dr. Neil Murphy's testimony (demonstrative) |
| 2002 | -- | 2482 | Cost of partial mitigation (demonstrative) |
| 2501 | -- | 3177 | December 1988 FSLIC AED policy manual |
| 2502 | -- | 3177 | March 1988 FSLIC AED modeling system users manual |
| 3000 | -- | 1932 | Deposition excerpt of Diana Januska |
| 4000 | -- | 5916 | (Demonstrative) |
| 4001 | -- | 5940 | (Demonstrative) |

E-X-H-I-B-I-T-S

| PLAINTIFFS' (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTIONS |
|---|---|---|---|
| 4002 | -- | 5940 | (Demonstrative) |
| 4003 | -- | 5940 | (Demonstrative) |
| 4004 | -- | 5940 | (Demonstrative) |
| 4006 | -- | 5940 | (Demonstrative) |
| 4007 | -- | 5940 | (Demonstrative) |
| 5000 | -- | 5826 | (Demonstrative) |
| 5001 | -- | 5874 | Excerpts from the Van Horne textbook |

# E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 51 | -- | 3223 | 9/10/87 transcript of bidders' conference |
| 80 | -- | 1550 | Collection of memoranda (Bates No. 2563) (tab 5) |
| 83 | -- | 4303 | Holland Partners Inc letter to Helen K. Mirza from Homer J. Holland |
| 84 | -- | 862 | 5/1/90 Homer J. Holland, statement of assets and liabilities, income tax basis |
| 90 | -- | 2180 | 3/31/88 Consolidated financial report, RVSB (includes audited financials) |
| 99 | -- | 4307 | 4/28/88 River Valley SB letter to Helen K. Mirza from Homer J. Holland |
| 101 | -- | 3560 | 4/29/88, regional director memo, date (used to assess risk in derivative portfolio of RV) |
| 117 | -- | 3239 | 6/17/88 issues memo from Stuart Root, FSLIC to FHLBB |
| 134 | -- | 4216 | 7/20/88 River Valley SB Board meeting minutes |
| 152 | -- | 824 | Purchase agreement for $2M subordinated debt at Rock Falls Republic signed by Tracey Carmen |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 156 | -- | 905 | 7/29/88 $2M subordinated debt issued by River Valley |
| 160 | -- | 246 | RVy Board of Directors meeting (8/17/88) |
| 162 | -- | 101 | RVSB FSB Board minutes 8/18/88 |
| 170 | -- | 254 | 9/22/88 Board minutes for RVSB FSB (RV 1) |
| 180 | -- | 3190 | Wayne Boone memo to Lawrence White & Dennis Pittman, board members |
| 182 | -- | 259 | 11/16/88 Board minutes for RVSB FSB (a.k.a RV 2) |
| 189 | -- | 3627 | December 1988 Thrift Bulletin 12 (except the handwriting) |
| 194 | -- | 4253 | 12/20/88 River Valley SB Board meeting minutes |
| 195 | -- | 1422 | 12/20/88 RVSB board of directors meeting minutes |
| 196 | -- | 1447 | 12/21/88 RVSB FSB Board of Directors meeting minutes and meeting package |
| 198 | -- | 279 | Signed version of 12/21/88 Board minutes |
| 206 | -- | 1445 | July through December 1988 consolidated financial statements of RVSB FSB |

EXHIBITS

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 208 | -- | 2988 | December 1988 to RVSB FSB Thrift Financial report (TFR) |
| 221 | -- | 272 | 1/26/89 RVSB Board of Directors meeting |
| 223 | -- | 737 | 1/26/89 RVSB board of directors meeting |
| 227 | -- | 3659 | Special limited exam of RV 1 (1/30/89 - 2/23/89) (except the handwriting) |
| 235 | -- | 282 | 2/16/89 Executive meeting |
| 241 | -- | 305 | 3/15/89 River valley Board of Directors meeting package |
| 247 | -- | 1442 | TFR |
| 248 | -- | 2988 | 3/89 RVSB amended quarterly report |
| 250 | -- | 2989 | 3/99 RVSB quarterly report |
| 255 | -- | 319 | 4/19/89 RVSB Board of Directors |
| 271 | -- | 3608 | 5/17/89 RVSB board package |
| 276 | -- | 327 | 5/18/89 executive committee minutes |
| 278 | -- | 2276 | ROE of RV 2 |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
| --- | --- | --- | --- |
| 279 | -- | 3643 | Joint regular exam between FHLBB of Chicago and State of Illinois (5/22/89- 7/28/89) (except the handwriting) |
| 286 | -- | 329 | 6/21/89 RVSB Board of Directors meeting |
| 290 | -- | 3608 | 6/29/89 RVSB exec. meeting board package |
| 292 | -- | 2989 | 6/89 RVSB quarterly report |
| 293 | -- | 334 | RV acquisitions |
| 295 | -- | 338 | 7/19/89 RVSB Board of Directors |
| 303 | -- | 343 | 8/16/89 RVSB Board of Directors meeting |
| 306 | -- | 3608 | 8/18/89 RVSB exec. comm. package |
| 311 | -- | 348 | 9/27/89 package for board meeting of RV 1 package |
| 314 | -- | 2990 | 9/89 RVSB quarterly report |
| 315 | -- | 2990 | 9/89 RVSB financial report |
| 319 | -- | 350 | 10/18/89 Joint regular meeting minutes of Board of Directors RV 1, RV 2 |
| 321 | -- | 353 | 10/18/89 RVSB for RV 1, RV 2 Board of Directors meeting |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 329 | -- | 1361 | 11/15/89 board package for RVSB |
| 333 | -- | 4255 | 11/15/89 River Valley SB letter from Board to Susan T. Mooney |
| 342 | -- | 3769 | 11/30/89 RV regulatory plan |
| 350 | -- | 1423 | 12/18/89 letter on RV letterhead from Holland to Susan Mooney at OTS |
| 354 | -- | 357 | 12/20/89 Package of materials for RVSB board meeting |
| 360 | -- | 359 | 12/21/89 executive committee meeting for RV 1 |
| 362 | -- | 3562 | 12/22/89 division of supervision memo system |
| 365 | -- | 425 | Tab 13 memo to Board of Directors from Steven Bangert |
| 366 | -- | 2321 | December 1989 business plan (tab 69 in volume 2) |
| 369 | -- | 2991 | 12/89 RVSB quarterly report |
| 373 | -- | 732 | 1990 Tax return for RV 2 |
| 376 | -- | 1363 | 1/24/90 joint regular meeting minutes of board of directors for both RVSB and RV FSB |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 386 | -- | 1369 | 2/21/90 RVSB board of directors meeting and RV FSB executive committee meeting |
| 387 | -- | 363 | 12/21/90 RV 2 Board minutes for executive of RVSB |
| 390 | -- | 367 | 3/14/90 executive committee meeting for RV 1 or FSB |
| 394 | -- | 717 | 3/31/89 - 3/31/90 consolidated financial statements for RVSB |
| 395 | -- | 2992 | 3/31/90 RVSB financial report |
| 397 | -- | 2993 | 3/90 RVSB quarterly report |
| 400 | -- | 657 | 4/18/90 board package for board of directors meeting for RVSB |
| 413 | -- | 3446 | Bobby Hughes memo sent to Mr. Weaver |
| 416 | -- | 2993 | 6/90 RVSB quarterly report |
| 417 | -- | 2992 | 6/90 RVSB quarterly report |
| 419 | -- | 3608 | 7/25/90 RVSB board package |
| 424 | -- | 605 | July 1990 5-year business plan for RVSB |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
| --- | --- | --- | --- |
| 427 | -- | 3448 | James A. Meyer memo sent to James Tenney regarding FSLIC's interest and equity positions in 1988 transactions. |
| 428 | -- | 3561 | 8/9/90, division of supervision, memo system used for RV examination |
| 430 | -- | 373 | 8/15/90, Book 1, financial statements, management reports Board of Directors meeting for RVSB |
| 431 | -- | 378 | 8/15/90 RV 2 Board of Directors meeting package |
| 432 | -- | 377 | 8/15/90 board package for executive committee meeting of RV 1 |
| 451 | -- | 383 | 9/19/90 board package for RV 1-2 executive committee meeting |
| 453 | -- | 2994 | 8/18/90 FDIC ROE for RV 2 |
| 454 | -- | 2992 | 8/18/90 FDIC ROE for RV 1 |
| 457 | -- | 386 | 10/24/90 RVSB, RV 2, board of directors meeting board package |
| 464 | -- | 661 | 12/5/90 state of Illinois and OTS ROE for RV 2 |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 467 | -- | 396 | 11/20/90 board package for RV 2 and RV 1 executive committee meeting |
| 479 | -- | 2993 | 12/90 RVSB quarterly report |
| 480 | -- | 2995 | 12/90 RVSB quarterly report |
| 486 | -- | 669 | 1/23/91 letter to Stephen Bangert from KPMG |
| 488 | -- | 418 | 1/23/91 board package for board meeting of RV1, RV2 institutions |
| 489 | -- | 422 | 1/23/91 joint minutes of joint meeting of Board of Directors for RV 1, RV 2 |
| 490 | -- | 2994 | Doc. (No description) (except the handwriting) |
| 493 | -- | 718 | 12/31/89-12/31/90 consolidated financial statements to RV 1 |
| 510 | -- | 4473 | FDIC letter from George J. Masa to Stuart Brafman |
| 511 | -- | 3809 | Stuart Brafman memo concerning RV merger of Rock Falls and Peoria |
| 514 | -- | 3924 | Fax from Laurence Barr & Co. |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 516 | -- | 434 | 3/20/91 minutes of Board of RVSB (RV 1, RV 2) |
| 520 | -- | 439 | 3/25/91 board meeting minutes for RV 1 |
| 522 | -- | 442 | Steven Bangert supervisory agreement |
| 523 | -- | 3778 | Joe Uson memo of RV applications department |
| 536 | -- | 3456 | RTC monthly report to Congress filed in conjunction with renegotiation of 1988-89 assistance agreements |
| 537 | -- | 451 | 4/2/91 letter to Board of Directors of RV FSB (handout) from Larry Ferries |
| 542 | -- | 503 | 4/24/91 board package for RVSB, board of directors meeting |
| 543 | -- | 3608 | 4/24/91 RVSB board package |
| 546 | -- | 709 | 4/30/91 statement of financial condition to Mr. Ross |
| 564 | -- | 3608 | 6/19/91 RVSB exec. comm. package |
| 567 | -- | 2996 | 6/91 RVSB quarterly report |
| 568 | -- | 2996 | 6/91 RVSB quarterly report |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 577 | -- | 516 | 6/12/91 board minutes of RVSB (draft of Pikus letter) |
| 580 | -- | 3608 | 7/24/91 RVSB board package |
| 582 | -- | 519 | Signed version of letter back from RV from Ron Pikus |
| 598 | -- | 174 | Final version of 9/9/91 Board minutes (not signed) |
| 601 | -- | 3608 | 9/25/91 RVSB board package |
| 608 | -- | 2996 | 9/91 RVSB quarterly report |
| 618 | -- | 3608 | 10/91 RVSB exec. comm. reports |
| 622 | -- | 525 | 11/20/91 Joint meeting minutes of Board of Directors of RV |
| 623 | -- | 204 | 11/20/91 Board minutes (Tab 47) |
| 626 | -- | 4234 | 12/1/91 Deferred comp. agreement/River Valley Holdings Inc. and Homer J. |
| 628 | -- | 209 | 12/10/91 memo from A. Timotijevic re: meeting OTS and RVSB |
| 629 | -- | 205 | 12/11/91 executive committee minutes |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 632 | -- | 532 | 12/18/91 Board minutes of the executive committee meeting |
| 637 | -- | 2997 | 12/91 RVSB quarterly report |
| 642 | -- | 3629 | January 1992 Thrift Bulletin 52 |
| 643 | -- | 703 | 1/22/92 board of directors meeting minutes for RV |
| 644 | -- | 563 | 1/22/92 board minutes (except handwriting) of RVSB |
| 645 | -- | 560 | 1/22/92 board package for RV |
| 651 | -- | 642 | January 1992 document called Western Holdings Inc, San Antonio Federal Savings bank |
| 660 | -- | 646 | 3/10/92 letter from Western Capital Holdings to RTC |
| 661 | -- | 1297 | 3/12/92 CRA Compliance and exam report |
| 662 | -- | 648 | 3/23/92 letter to Bangert, Holland, Ross and Western Capital Holdings in care of RV |
| 665 | -- | 3608 | 3/25/92 RVSB board package |
| 667 | -- | 569 | 3/25/92 Board minutes of RV |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 675 | -- | 2998 | 3/92 RVSB quarterly report |
| 676 | -- | 3862 | 4/10/92 Supervisory agreement document regarding tangible capital level |
| 688 | -- | 2229 | 5/20/92 minutes of board meeting for RVSB |
| 690 | -- | 570 | May 1992 board of directors meeting board package |
| 691 | -- | 180 | Companion to PX 623 Document at Tab 42 of large Steven Bangert witness folder (executed version of letter referenced in PX 687) (public record) |
| 704 | -- | 1411 | 7/22/92 board package for RVSB FSB board of directors meeting |
| 716 | -- | 534 | 8/17/92 minutes for San Antonio Federal Savings Bank |
| 721 | -- | 670 | 9/1/92 minutes of SAFSB executive committee meeting |
| 726 | -- | 219 | 9/17/92 minutes of San Antonio Federal Savings Bank board of directors (tab 54) |
| 729 | -- | 577 | 9/23/92 board minutes for RV |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 732 | -- | 2998 | 9/92 RVSB amended quarterly report |
| 740 | -- | 211 | 10/22/92 San Antonio Federal Savings Bank Board of Directors minutes (tab 45) |
| 746 | -- | 4412 | 11/4/92 Memo from Chester A. Biedron to Ronald N. Karr |
| 749 | -- | 542 | 11/18/92 meeting minutes for River valley |
| 751 | -- | 542 | 11/18/92 minutes for SAFSB |
| 760 | -- | 651 | 12/9/92 memo to board from Susan Vranes |
| 761 | -- | 3866 | 12/10/92 Memo from John D. Weier, Impeachment document |
| 768 | -- | 722 | 12/29/92 letter from Ron Seib to OTS |
| 771 | -- | 720 | 1991-1992 RV consolidated financial statements |
| 772 | -- | 780 | 12/31/91-12/31/92 for RV Holdings consolidated financial statements |
| 775 | -- | 2999 | 12/92 RVSB quarterly report |
| 778 | -- | 4105 | First Banks Inc. 1992 annual report |
| 781 | -- | 743 | Business plan for RV FSB 1992 |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 789 | -- | 3608 | 1/20/93 RVSB board package |
| 791 | -- | 221 | 1/21/93 Minutes for San Antonio Federal Savings Bank (tab 57) |
| 793 | -- | 4277 | 1/28/93 Amended shareholder's agreement by RVHI, H. Holland, H. Ross, S. Bangert, M. Kipnis, R. Pikus |
| 804 | -- | 649 | 2/24/93 letter from Western Capital Holdings to OTS in Texas |
| 815A | -- | 3835 | 3/25/93 RV board package (page PHO 0701981) |
| 815B | -- | 3836 | 3/25/93 RV board package (page PHO 0701982) |
| 817 | -- | 3608 | 3/31/93 RVSB interest rate risk sensitivity |
| 819 | -- | 3000 | 3/93 RVSB quarterly report (file copy only) |
| 846 | -- | 3795 | 8/20/90 composite rating examination |
| 849 | -- | 3000 | 6/93 RVSB quarterly report (file copy only) |
| 855 | -- | 581 | 7/21/93 board package for RV |
| 857 | -- | 225 | 7/22/93 Board minutes for RV Texas (tab 58) |
| 858 | -- | 5421 | 7/22/93 RVSB Board meeting package |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 863 | -- | 745 | 8/16/93 Letter from OTS to RV lifting supervisory agreement |
| 864 | -- | 3840 | 8/16/93 David Kalina memo recommending termination of supervisory agreement |
| 877 | -- | 683 | 9/22/93 package for board of directors meeting |
| 878 | -- | 1415 | 9/22/93 RVSB FSB board of directors meeting package |
| 884A | -- | 3001 | 9/93 RVSB financial report |
| 888 | -- | 1298 | 10/12/93 report of compliance examination |
| 891 | -- | 3608 | 10/20/93 RVSB exec. comm. meeting package |
| 892 | -- | 583 | 10/20/93 board package for RV |
| 899 | -- | 3608 | 11/17/93 RVSB board package |
| 911 | -- | 583 | 12/22/93 board package for executive committee meeting for RV |
| 919 | -- | 3001 | 12/93 RVSB financial report |
| 924 | -- | 4105 | FBSB state tax return 1993 |
| 925 | -- | 734 | 1993 US tax return for RVHI |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 935 | -- | 3608 | 1/19/94 RVSB board package |
| 947 | -- | 585 | 3/2/94 board package for RV |
| 954 | -- | 585 | 3/23/94 Board minutes for RV |
| 967 | -- | 3608 | 4/25/94 RVSB exec. comm. meeting package |
| 999 | -- | 3002 | 6/94 RVSB quarterly report (preceded by cert page) (file copy only) |
| 1002 | -- | 5872 | 7/5/94 RVSB report of examination |
| 1008 | -- | 3408 | 7/26/94 KPMG document |
| 1011 | -- | 652 | 7/27/94 RV 1 board of directors minutes |
| 1012 | -- | 3608 | 7/27/94 RVSB board package |
| 1017 | -- | 1389 | 8/24/94 memo from Ron Pikus to Jim Batsell, Conne de la Garza, Jim Pressler |
| 1019 | -- | 586 | 8/24/94 Package for board for RVSB |
| 1029 | -- | 3608 | 9/27/94 RVSB board package |
| 1031 | -- | 587 | 9/27/94 board package for RVSB |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1034 | -- | 654 | 9/30/94 Board of directors meeting for San Antonio Federal savings Bank |
| 1035 | -- | 3003 | 9/94 RVSB financial report (file copy only) |
| 1036 | -- | 1441 | 10/3/94 ROE from OTS for RV Holdings, Inc |
| 1062 | -- | 3409 | 12/22/94 KPMG letter in conjunction with RV engagement |
| 1074 | -- | 4105 | 1994 First Banks federal tax return |
| 1078 | -- | 4105 | First Bank 1994 annual report |
| 1079 | -- | 4105 | 1994 First Bank St Louis tax return |
| 1080 | -- | 4105 | First Bank Missouri tax return 1994 (objecting to unexecuted merger agreement attached) |
| 1081 | -- | 4105 | First Bank Missouri tax return 1994 |
| 1082 | -- | 4105 | First Bank St Louis tax return 1994 |
| 1083 | -- | 4105 | First Banks Missouri 1994 income tax return |
| 1084 | -- | 4105 | 1994 First Banks federal tax return |
| 1086 | -- | 4105 | First Banks Missouri tax return 1994 |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1087 | -- | 4105 | First Banks Missouri tax return amended 1994 |
| 1091 | -- | 735 | 1994 US tax return for RVHI |
| 1098 | -- | 4033 | 1/4/95 letter from H. Holland to First Banks |
| 1175 | -- | 2692 | 12/31/95 Document in relation to deposition regarding First Banks consolidated financial statements |
| 1178 | -- | 4021 | 12/31/95 First Banks form 10-K |
| 1180 | -- | 5871 | 12/31/95 First Banks annual report |
| 1180A | -- | 5871 | 4/5/96 letter from G. Griffin to M. Featherstun |
| 1182 | -- | 4105 | 1995 First Bank federal income tax return |
| 1184 | -- | 4105 | 1995 First Bank federal income tax return |
| 1185 | -- | 4105 | 1995 First Bank St Louis income tax return |
| 1186 | -- | 4105 | 1995 First Bank St Louis earnings tax return (objecting to unexecuted merger agreements attached) |
| 1187 | -- | 4105 | 1995 First Bank federal income tax return |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1188 | -- | 4105 | 1995 First Bank federal income tax return |
| 1189 | -- | 4105 | 1995 First Bank Missouri franchise tax return |
| 1190 | -- | 4105 | 1995 First Bank Missouri SLA tax return |
| 1191 | -- | 4105 | 1995 First Banks federal income tax return |
| 1193 | -- | 4105 | 1995 First Banks annual report |
| 1194 | -- | 4105 | 1995 First Banks federal income tax return |
| 1195 | -- | 4054 | 1995 First Banks annual report |
| 1196 | -- | 4105 | 1995 First Banks Illinois tax return |
| 1197 | -- | 4105 | 1995 First Banks Missouri tax return |
| 1198 | -- | 4105 | 1995 Holland Partners federal income tax return |
| 1206 | -- | 736 | 1995 US tax return for RVHI |
| 1259 | -- | 4039 | 11/27/96 KPMG letter to Annette R. Carson |
| 1260A | -- | 5871 | First Bank Sec Form S-2 |
| 1261 | -- | 4075 | 12/31/96 First Banks consolidated statements |
| 1263 | -- | 4105 | 1996 First Bank St Louis earnings tax return |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1264 | -- | 4105 | 1996 First Bank Missouri tax return |
| 1265 | -- | 4105 | 1996 First Banks California tax return and amended return |
| 1272 | -- | 4105 | 1996 First Bank St Louis earnings tax return |
| 1273 | -- | 4105 | 1996 First Bank Missouri tax return |
| 1275 | -- | 4105 | 1996 First Banks federal income tax return |
| 1276 | -- | 4105 | 1996 First Banks Illinois tax return |
| 1277 | -- | 4105 | 1996 First Banks Missouri tax return |
| 1284 | -- | 549 | 2/26/97 Holleb & Coff document (Mark Kipnis law firm) |
| 1298 | -- | 4087 | 12/31/97 First Banks form 10-K |
| 1301 | -- | 4105 | 1997 First Bank federal income tax return |
| 1302 | -- | 4105 | 1997 First Bank Louisiana tax returns |
| 1303 | -- | 4105 | 1997 First Bank Missouri tax return (except the handwriting) |
| 1304 | -- | 4105 | 1997 First Bank Texas tax report |
| 1305 | -- | 4105 | 1997 First Bank St Louis earnings tax return |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1306 | -- | 4105 | 1997 First Bank Texas tax report |
| 1307 | -- | 4105 | 1997 First Bank Louisiana tax return |
| 1308 | -- | 4105 | 1997 First Banks amended California tax return |
| 1309 | -- | 4105 | 1997 First Banks California tax return |
| 1310 | -- | 4105 | 1997 First Banks federal income tax return |
| 1311 | -- | 4105 | 1997 First Banks Illinois income and replacement tax return |
| 1312 | -- | 4105 | 1997 First Banks Missouri income tax return (except the handwriting on second page) |
| 1322 | -- | 4105 | 1998 First Bank Louisiana income tax return |
| 1323 | -- | 4105 | 1998 First Bank amended Missouri tax return |
| 1324 | -- | 4105 | 1998 First Bank St Louis tax return |
| 1325 | -- | 4105 | 1998 First Bank Missouri tax return |
| 1326 | -- | 4105 | 1998 First Bank Missouri tax return |
| 1327 | -- | 4105 | 1998 First Bank Texas final tax report |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1328 | -- | 4105 | 1998 First Banks amended Missouri tax return |
| 1329 | -- | 4105 | 1998 First Banks federal income tax return |
| 1330 | -- | 4105 | 1998 First Banks amended California tax return |
| 1331 | -- | 4105 | 1998 First Banks amended Illinois tax return |
| 1332 | -- | 4105 | 1998 First Banks amended Missouri tax return |
| 1333 | -- | 4105 | 1998 First Banks federal income tax return |
| 1334 | -- | 4105 | 1998 First Banks Illinois income tax return |
| 1335 | -- | 4105 | 1998 First Banks Missouri income tax return |
| 1336 | -- | 4105 | 1998 First Banks California tax return(except the handwriting on first page) |
| 1337 | -- | 4105 | 1998 First Banks Missouri tax return |
| 1345 | -- | 4105 | 1999 First Bank Missouri tax return |
| 1346 | -- | 4105 | 1999 First Banks amended Illinois tax return |
| 1348 | -- | 5871 | 1999 First Bank amended tax return |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1350 | -- | 4105 | 1999 First Bank St Louis tax return |
| 1353 | -- | 4105 | 1999 First Banks amended federal tax return |
| 1354 | -- | 4105 | 1999 First Banks amended California tax return |
| 1355 | -- | 4105 | 1999 First Banks California tax return |
| 1356 | -- | 4105 | 1999 First Banks federal income tax return |
| 1357 | -- | 4105 | 1999 First Banks Missouri income tax return |
| 1359 | -- | 4105 | 1999 First Banks Illinois tax return |
| 1361 | -- | 234 | 1999 WCH tax return (tab 8) |
| 1362 | -- | 235 | 1999 Western Capital Holdings tax return |
| 1396 | -- | 4105 | 2000 First Banks federal tax return (except the handwriting on page PHO087 2567) |
| 1414A | -- | 4911 | Expert report Carron (Paragraphs 4-40, 42-48, 58-64, 80-101, 131) (Demonstrative) |
| 1415 | -- | 4570 | Expert report Griffin (Demonstrative) |
| 1416A | -- | 5121 | Expert report Bankhead (Demonstrative) |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1419 | -- | 4105 | 2001 First Banks federal tax return (except the handwriting and markings on pages PHO087 2049, PHO087 2060 & PHO087 2107) |
| 1432 | -- | 4105 | 2002 First Banks federal tax return |
| 1438 | -- | 4105 | 2003 First Banks federal tax income (except the handwriting on second page) |
| 1443A | -- | 4911 | Expert report Carron (Paragraphs 4-6, 10-12, 20-40) (Demonstrative) |
| 1445A | -- | 5123 | Expert report Bankhead |
| 1467A | -- | 4912 | Expert report Carron (Paragraphs 7-11) (Demonstrative) |
| 1469A | -- | 5125 | Bankhead (Demonstrative) |
| 1477A | -- | 4912 | Carron (Paragraphs 2-24) (Demonstrative) |
| 1478 | -- | 4570 | Griffin (Demonstrative) |
| 1479A | -- | 5129 | Bankhead (Demonstrative) |
| 1490A | -- | 5132 | Bankhead (Demonstrative) |
| 1491A | -- | 4913 | Carron (Paragraphs 4-31) (Demonstrative) |
| 1492 | -- | 5824 | Thakor (Paragraphs 4-31) (Demonstrative) |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1524A | -- | 3004 | Net adjusted liquidation value RV thrifts (except the handwriting) (File copy only) |
| 1530 | -- | 907 | 7/29/88 Put option and purchases agreement between ANM and Holland & Ross |
| 1555 | -- | 3411 | Holleb and Coff Letter Demonstrative to accompany DX 1062 (unsigned portion goes to evidentiary weight) (marked "Exhibit A") |
| 1558 | -- | 3966 | 1/7/02 Treasury Bond 10-year yields |
| 1559 | -- | 2550 | 2003 joint stipulation of facts |
| 1559A | -- | 3953 | Joint stipulation of facts exerpt (Demonstrative) |
| 1560 | -- | 2840 | 11/5/07 Stipulation of fact |
| 1562 | -- | 2509 | Cornerstone chart regarding capital structure of RV |
| 1564 | -- | 5868 | 12/17/07 Defendant's motion (Holland) |
| 1565 | -- | 3213 | Sticker (Demonstrative only) |
| 1567 | -- | 3952 | (Demonstrative) |
| 1568 | -- | 3952 | (Demonstrative) |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1581 | -- | 5869 | 1/4/08 Defendant's motion (Blake) |
| 1582 | -- | 5869 | 1/8/08 Joint stipulation (Dalton) |
| 1583 | -- | 5870 | 1/8/08 Joint stipulation (Ells) |
| 1586 | -- | 5871 | 12/31/98 FBI form 10-K |
| 1587 | -- | 5871 | 12/31/99 FBI form 10-K |
| 1588 | -- | 5871 | 12/31/00 FBI form 10-K |
| 1589 | -- | 5871 | 12/31/01 FBI form 10-K |
| 1590 | -- | 5871 | 12/31/02 FBI form 10-K |
| 1591 | -- | 5871 | 12/31/03 FBI form 10-K |
| 1592 | -- | 5871 | 12/31/04 FBI form 10-K |
| 1593 | -- | 6054 | 12/91 Financial Acct Standards No. 107 |
| 3001 | -- | 5283 | (Demonstrative) |
| 3002 | -- | 5283 | (Demonstrative) |
| 3003 | -- | 5283 | (Demonstrative) |
| 3004 | -- | 5283 | (Demonstrative) |
| 3005 | -- | 5283 | (Demonstrative) |
| 3006 | -- | 5283 | (Demonstrative) |
| 3007 | -- | 5283 | (Demonstrative) |
| 3008 | -- | 5283 | (Demonstrative) |
| 3009 | -- | 5283 | (Demonstrative) |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 3010 | -- | 5283 | (Demonstrative) |
| 3011 | -- | 5283 | (Demonstrative) |
| 3012 | -- | 5283 | (Demonstrative) |
| 3013 | -- | 5283 | (Demonstrative) |
| 3014 | -- | 5283 | (Demonstrative) |
| 3015 | -- | 5283 | (Demonstrative) |
| 3016 | -- | 5283 | (Demonstrative) |
| 3017 | -- | 5283 | (Demonstrative) |
| 3018 | -- | 5283 | (Demonstrative) |
| 3019 | -- | 5283 | (Demonstrative) |
| 3020 | -- | 5283 | (Demonstrative) |
| 3021 | -- | 5283 | (Demonstrative) |
| 3022 | -- | 5283 | (Demonstrative) |
| 3500 | -- | 4706 | (Demonstrative) |
| 3501 | -- | 5060 | (Demonstrative) |
| 3502 | -- | 5060 | (Demonstrative) |
| 3503 | -- | 5060 | (Demonstrative) |
| 3504 | -- | 5060 | (Demonstrative) |
| 3505 | -- | 5060 | (Demonstrative) |
| 3506 | -- | 5060 | (Demonstrative) |
| 3507 | -- | 5060 | (Demonstrative) |
| 3508 | -- | 5060 | (Demonstrative) |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
| --- | --- | --- | --- |
| 3509 | -- | 5060 | (Demonstrative) |
| 3510 | -- | 5060 | (Demonstrative) |
| 3511 | -- | 5060 | (Demonstrative) |
| 3512 | -- | 5060 | (Demonstrative) |
| 3513 | -- | 5060 | (Demonstrative) |
| 3514 | -- | 5060 | (Demonstrative) |
| 3515 | -- | 5060 | (Demonstrative) |
| 3516 | -- | 5060 | (Demonstrative) |
| 3517 | -- | 5060 | (Demonstrative) |
| 3518 | -- | 5060 | (Demonstrative) |
| 3519 | -- | 5060 | (Demonstrative) |
| 3520 | -- | 5060 | (Demonstrative) |
| 3521 | -- | 5060 | (Demonstrative) |
| 3522 | -- | 5060 | (Demonstrative) |
| 3523 | -- | 5060 | (Demonstrative) |
| 3524 | -- | 5060 | (Demonstrative) |
| 3525 | -- | 5060 | (Demonstrative) |
| 3526 | -- | 5060 | (Demonstrative) |
| 3527 | -- | 5060 | (Demonstrative) |
| 3528 | -- | 5060 | (Demonstrative) |
| 3529 | -- | 5060 | (Demonstrative) |
| 3530 | -- | 5060 | (Demonstrative) |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 3531 | -- | 5060 | (Demonstrative) |
| 3532 | -- | 5060 | (Demonstrative) |
| 3533 | -- | 5060 | (Demonstrative) |
| 3534 | -- | 5060 | (Demonstrative) |
| 3535 | -- | 5060 | (Demonstrative) |
| 3536 | -- | 5060 | (Demonstrative) |
| 3537 | -- | 5060 | (Demonstrative) |
| 3538 | -- | 5060 | (Demonstrative) |
| 3539 | -- | 5060 | (Demonstrative) |
| 3540 | -- | 5060 | (Demonstrative) |
| 3541 | -- | 5060 | (Demonstrative) |
| 3542 | -- | 5060 | (Demonstrative) |
| 3543 | -- | 5060 | (Demonstrative) |
| 3544 | -- | 5060 | (Demonstrative) |
| 3545 | -- | 5060 | (Demonstrative) |
| 3546 | -- | 5060 | (Demonstrative) |
| 3547 | -- | 5060 | (Demonstrative) |
| 3548 | -- | 5060 | (Demonstrative) |
| 3549 | -- | 5060 | (Demonstrative) |
| 3550 | -- | 5060 | (Demonstrative) |
| 3551 | -- | 5060 | (Demonstrative) |
| 3552 | -- | 5060 | (Demonstrative) |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 3553 | -- | 5060 | (Demonstrative) |
| 3554 | -- | 5060 | (Demonstrative) |
| 3555 | -- | 5060 | (Demonstrative) |
| 3556 | -- | 5060 | (Demonstrative) |
| 3557 | -- | 5060 | (Demonstrative) |
| 3558 | -- | 5060 | (Demonstrative) |
| 4501 | -- | 5700 | (Demonstrative) |
| 4502 | -- | 5700 | (Demonstrative) |
| 4503 | -- | 5700 | (Demonstrative) |
| 4504 | -- | 5700 | (Demonstrative) |
| 4505 | -- | 5700 | (Demonstrative) |
| 4506 | -- | 5700 | (Demonstrative) |
| 4507 | -- | 5700 | (Demonstrative) |
| 4508 | -- | 5700 | (Demonstrative) |
| 4509 | -- | 5700 | (Demonstrative) |
| 4510 | -- | 5700 | (Demonstrative) |
| 4511 | -- | 5700 | (Demonstrative) |
| 4512 | -- | 5700 | (Demonstrative) |
| 4513 | -- | 5700 | (Demonstrative) |
| 4514 | -- | 5700 | (Demonstrative) |
| 4515 | -- | 5700 | (Demonstrative) |
| 4516 | -- | 5700 | (Demonstrative) |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 4517 | -- | 5700 | (Demonstrative) |
| 4518 | -- | 5700 | (Demonstrative) |
| 4519 | -- | 5700 | (Demonstrative) |
| 4520 | -- | 5700 | (Demonstrative) |
| 4521 | -- | 5700 | (Demonstrative) |
| 4522 | -- | 5700 | (Demonstrative) |
| 4523 | -- | 5700 | (Demonstrative) |
| 4524 | -- | 5700 | (Demonstrative) |
| 4525 | -- | 5700 | (Demonstrative) |
| 4526 | -- | 5700 | (Demonstrative) |
| 4527 | -- | 5700 | (Demonstrative) |
| 4528 | -- | 5700 | (Demonstrative) |
| 4529 | -- | 5700 | (Demonstrative) |
| 4530 | -- | 5700 | (Demonstrative) |
| 4531 | -- | 5700 | (Demonstrative) |
| 4532 | -- | 5700 | (Demonstrative) |
| 4533 | -- | 5700 | (Demonstrative) |
| 4534 | -- | 5700 | (Demonstrative) |
| 4535 | -- | 5700 | (Demonstrative) |
| 4536 | -- | 5700 | (Demonstrative) |
| 4537 | -- | 5700 | (Demonstrative) |
| 4538 | -- | 5700 | (Demonstrative) |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 4539 | -- | 5700 | (Demonstrative) |
| 4540 | -- | 5700 | (Demonstrative) |
| 4542 | -- | 5700 | (Demonstrative) |
| 4543 | -- | 5700 | (Demonstrative) |
| 4544 | -- | 5700 | (Demonstrative) |
| 4545 | -- | 5700 | (Demonstrative) |
| 4546 | -- | 5700 | (Demonstrative) |
| 4547 | -- | 5700 | (Demonstrative) |
| 4548 | -- | 5700 | (Demonstrative) |
| 4549 | -- | 5700 | (Demonstrative) |
| 4550 | -- | 5700 | (Demonstrative) |
| 4551 | -- | 5700 | (Demonstrative) |
| 4552 | -- | 5700 | (Demonstrative) |
| 4553 | -- | 5700 | (Demonstrative) |
| 4554 | -- | 5700 | (Demonstrative) |
| 4555 | -- | 5700 | (Demonstrative) |
| 4556 | -- | 5700 | (Demonstrative) |
| 4557 | -- | 5700 | (Demonstrative) |
| 4558 | -- | 5700 | (Demonstrative) |
| 4559 | -- | 5700 | (Demonstrative) |
| 4560 | -- | 5700 | (Demonstrative) |
| 4561 | -- | 5700 | (Demonstrative) |

## E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 4562 | -- | 5700 | (Demonstrative) |
| 4563 | -- | 5700 | (Demonstrative) |
| 4564 | -- | 5700 | (Demonstrative) |
| 4565 | -- | 5700 | (Demonstrative) |
| 4566 | -- | 5700 | (Demonstrative) |
| 4567 | -- | 5700 | (Demonstrative) |
| 4568 | -- | 5700 | (Demonstrative) |
| 4569 | -- | 5825 | (Demonstrative) |