# In the United States Court of Federal Claims

HOMER J. HOLLAND,
STEVEN BANGERT, Co-Executor of the Estate of HOWARD R. ROSS, and
FIRST BANK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 95-524C

Filed September 5, 2008

## ORDER

After discussion with the parties, the Court ORDERS that the parties shall participate in a telephonic status conference on **Wednesday, September 24, 2008, at 10:00 a.m. Eastern Daylight Time** regarding the nature and timing of further proceedings. The Court will initiate the conference call.

In advance of the status conference, the Court FURTHER ORDERS that the parties shall file and serve by **Friday, September 19, 2008**, a joint status report including a joint proposed schedule for the conduct of further proceedings.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge