# In the United States Court of Federal Claims

| | |
|---|---|
| HOMER J. HOLLAND,<br>STEVEN BANGERT, Co-Executor of the<br>Estate of HOWARD R. ROSS, and<br>FIRST BANK,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-524C<br><br>Filed September 8, 2008 |

## ORDER

On September 5, 2008, the Court set a status conference for 10:00 a.m. on Wednesday, September 24, 2008. On September 8, 2008, counsel for defendant informed the Court that he will be unavailable at that time due to travel. Counsel for both parties indicated they would be available for a status conference on the morning of September 26, 2008. Accordingly, the Court ORDERS that the telephonic status conference previously scheduled for 10:00 a.m. on Wednesday, September 24, 2008, be cancelled. The Court FURTHER ORDERS the parties to participate in a telephonic status conference on **Friday, September 26, 2008, at 10:00 a.m. Eastern Daylight Time**. The Court will initiate the conference call.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge